**Fill in this information to identify the case:**

Debtor name    **Chadley Management Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    **22-50726**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 22, 2022**    X **/s/ William Rhew**
Signature of individual signing on behalf of debtor

**William Rhew**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name     **Chadley Management Inc.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)     **22-50726**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..............................................................................    $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................    $ _____ 2,485,640.59

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................    $ _____ 2,485,640.59

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ 130,553.75

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____ 396,697.85

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____ 19,777,992.10

4.    **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b                                                                                    $ _____ 20,305,243.70

| Fill in this information to identify the case: |
| --- |

Debtor name     **Chadley Management Inc.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)     **22-50726**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.      **Cash on hand** | **$0.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Truist Bank** | **Checking** | **2890** | **$0.00** |
| 3.2. | **Truist Bank** | **Checking** | **4902** | **$0.00** |
| 3.3. | **Truist Bank** | **Checking** | **4910** | **$0.00** |
| 3.4. | **Chase Bank** | **Checking** | **5862** | **$477.88** |
| 3.5. | **Wilson Bank & Trust** | **Checking** | | **$0.00** |
| 3.6. | **Bank of America** | **Checking** | **2641** | **$0.00** |

| Debtor | **Chadley Management Inc.** | Case number *(If known)* | **22-50726** |
|---|---|---|---|
| | Name | | |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $477.88 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

       7.1.  **Security deposits for multiple commercial leases**            $126,424.71

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.      **Total of Part 2.**

       Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
| $126,424.71 |

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** **Safe inventory in eight (8) locations** | 12/2022 | $605,338.00 | Recent cost | $605,338.00 |

22.      **Other inventory or supplies**

| Debtor | **Chadley Management Inc.** | Case number *(If known)*  **22-50726** |
|---|---|---|
| | Name | |

**23.** **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| | $605,338.00 |
|---|---|

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office furniture located in multiple locations | $0.00 | Liquidation | $20,000.00 |
| 40. | **Office fixtures**<br>Office fixtures located in multiple locations | $0.00 | Liquidation | $5,000.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment located in multiple locations | $0.00 | Liquidation | $8,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $33,000.00 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Chadley Management Inc.**                                    Case number *(If known)*  **22-50726**
          Name

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | |
| | Toyota forklift model 8FBE15U s/n 10942 | Unknown | Liquidation | $25,000.00 |
| | Two (2) Toyota electric pallet jacks and four (4)<br>Lectrotruck stairclimbers | Unknown | Liquidation | $32,000.00 |

**51.** **Total of Part 8.**                                                          | $57,000.00 |
     Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets**<br>"Valor Safe" slogans | $0.00 | N/A | $0.00 |

Debtor    **Chadley Management Inc.**                                    Case number *(If known)*  **22-50726**
          _____
          Name

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites** | | |
| | spartansafe.com | $0.00 | N/A | $0.00 |

| | | | |
|---|---|---|---|
| | valorsafe.com | $0.00 | N/A | $0.00 |

62.    **Licenses, franchises, and royalties**

| | | | |
|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| | Customer list | $0.00 | N/A | $0.00 |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

$0.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

| | | | |
|---|---|---|---|
| 71. | **Notes receivable** | | |
| | Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | | |
| | Description (for example, federal, state, local) | | |
| | Operating loss | Tax year 2021 | $1,183,679.00 |

| | | | |
|---|---|---|---|
| | Operating loss | Tax year 2020 | $479,721.00 |

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**

| Debtor | **Chadley Management Inc.** | Case number *(If known)* **22-50726** |
| | Name | |

**every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

$1,663,400.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   □ Yes

Debtor    **Chadley Management Inc.**
Name    Case number *(If known)* **22-50726**

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $477.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $126,424.71 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $605,338.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $33,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $57,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,663,400.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,485,640.59 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,485,640.59 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Chadley Management Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    **22-50726**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Square Advance**<br>Creditor's Name<br>**Attn: Managing Agent**<br>**90 E. Halsey Road**<br>**Parsippany, NJ 07054**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Blanket lien**<br><br>Describe the lien<br>**UCC-1** | | **$130,553.75** | **Unknown** |

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** | **Toyota Industries Commercial Finance Inc**<br>Creditor's Name<br>**Attn: Managing Agent**<br>**P.O. Box 9050**<br>**Coppell, TX 75019**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Toyota forklift model 8FBE15U s/n 10942**<br><br>Describe the lien<br>**UCC-1** | | **Unknown** | **$25,000.00** |

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**11/20/2020**

Last 4 digits of account number
**9785**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Chadley Management Inc.**
_____
Name

Case number (if known)   **22-50726**
_____

- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$130,553.75** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Toyota Industries Commercial Finance Inc**<br>**Attn: Managing Agent**<br>**P.O. Box 660926**<br>**Dallas, TX 75266-6000** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name  **Chadley Management Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  **22-50726**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
     with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Albuquerque Tax Office**<br>**Attn: Managing Agent**<br>**P.O. Box 27800**<br>**Albuquerque, NM 87125** | **$80.58** | **$80.58** |

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Property tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Arizona Dept. of Revnue**<br>**Attn: Managing Agent**<br>**P.O. Box 29086**<br>**Phoenix, AZ 85038** | **$20,957.95** | **$20,957.95** |

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,422.00 | $13,422.00 |
|---|---|---|---|---|
| | **Arkansas Dept. of Revenue**<br>**Attn: Managing Agent**<br>**402 West Vine Street**<br>**Searcy, AR 72143** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.54 | $122.54 |
|---|---|---|---|---|
| | **Cabarrus County Tax Office**<br>**Attn: Managing Agent**<br>**65 Church St S**<br>**Concord, NC 28025** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,213.49 | $9,213.49 |
|---|---|---|---|---|
| | **California Dept. of Revenue**<br>**Attn: Managing Agent or Officer**<br>**3321 Power Inn Road, 2nd Floor**<br>**Sacramento, CA 95826** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $809.07 | $809.07 |
|---|---|---|---|---|
| | **Forsyth County Tax Office**<br>**P.O. Box 82**<br>**Winston Salem, NC 27102** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|

Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,237.73 | $4,237.73 |
|---|---|---|---|---|

**Georgia Department of Revenue**
**Attn: Managing Agent**
**1800 Century Boulevard NE**
**Atlanta, GA 30345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,893.59 | $26,893.59 |
|---|---|---|---|---|

**Illinois Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 19035**
**Springfield, IL 62794**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.01 | $390.01 |
|---|---|---|---|---|

**Jefferson County Tax Office**
**P.O. Box 34570**
**Louisville, KY 40232**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **Chadley Management Inc.**
_____
Name

Case number (if known)  **22-50726**
_____

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,044.54 | $14,044.54 |

**Kentucky Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 5222**
**Frankfort, KY 40601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |

**Knox County Tax Office**
**Attn: Manaing Agent**
**P.O. Box 70**
**Knoxville, TN 37901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.00 | $16.00 |

**Murfreesboro Tax Office**
**Attn: Managing Agent**
**P.O. Box 1316**
**Murfreesboro, TN 37133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236,747.28 | $236,747.28 |

**NC Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

| | |
|---|---|
| Debtor | **Chadley Management Inc.** |
| | Name |

Case number (if known)  **22-50726**

---

**2.15**  Priority creditor's name and mailing address

**New Mexico Dept. of Revenue**
**Attn: Managing Agent**
**1200 South St. Francis Drive**
**Santa Fe, NM 87505**

As of the petition filing date, the claim is:       $19,636.76       $19,636.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.16**  Priority creditor's name and mailing address

**Prima County Tax Office**
**Attn: Managing Agent**
**P.O. Box 29011**
**Phoenix, AZ 85038**

As of the petition filing date, the claim is:       $102.15       $102.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.17**  Priority creditor's name and mailing address

**Shelby County Tax Office**
**Attn: Managing Agent**
**P.O. Box 2751**
**Memphis, TN 38101**

As of the petition filing date, the claim is:       $113.90       $113.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.18**  Priority creditor's name and mailing address

**Tennessee Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 20207**
**Nashville, TN 37202**

As of the petition filing date, the claim is:       $2,388.04       $2,388.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,473.22 | $47,473.22 |
|---|---|---|---|---|

**Virginia Dept of Revenue**
**Attn: Managing Agent**
**P.O. Box 1115**
**Richmond, VA 23218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,731.94** |
|---|---|---|---|

**Aaron Bacon**
**Addington Warehouse**
**870 West Park Rd.**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/10/2022

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,932.45** |
|---|---|---|---|

**Aaron Ilbrink**
**206 Brooklain Dr.**
**Charlotte, NC 28214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/21/2022

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,499.75** |
|---|---|---|---|

**Aaron Pope**
**1208 Brook Acres Trail**
**Clemmons, NC 27012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/13/2022

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,119.31** |
|---|---|---|---|

**Aaron Woods**
**1041 Willoughby Station Blvd.**
**Juliet, TN 37122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/29/2022

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,099.00** |
|---|---|---|---|

**Abel Banderchuk**
**255 Truckers Gap Rd.**
**Lebanon, TN 37090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/19/2022

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,637.45**

**Adam Culler**
**5015 Murray Road**
**Salem, NC 27106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,577.29**

**Adam Ellison**
**908 N Harold Ave**
**Melrose Park, IL 60164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/29/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$941.19**

**Adam Haley**
**1918 Steaford Court**
**Murfreesboro, TN 37127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/14/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$970.92**

**Adam Haushahn**
**1620 Dundee Drive**
**Wheaton, IL 60189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,336.16**

**Adam Healy**
**1300 Tottys Bend Rd.**
**River, TN 38454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,995.38**

**Adam Jesenovec**
**12686 W Sherman St.**
**Waukegan, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/5/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,182.05**

**Adam Quanz**
**2758 Corte de la Villa SE**
**Rio Rancho, NM 87124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/8/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $799.00 |
|---|---|---|---|

**Adam Raymond**
**4014 Maggie Court**
**Smyrna, TN 37167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/20/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,641.36 |
|---|---|---|---|

**Adam Robbins**
**1501 n santa rosa Ave**
**Tucson, AZ 85712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/12/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,612.44 |
|---|---|---|---|

**Adam Roess**
**3010 Iris Way**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/30/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,881.24 |
|---|---|---|---|

**Adam Sanchez**
**6800 Augusta Hills Dr. NE**
**Rio Rancho, NM 87144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/7/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,145.92 |
|---|---|---|---|

**Adam Utermark**
**417 N. Ashbury Ave**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/27/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,577.48 |
|---|---|---|---|

**Adam Valdez**
**2890 Clark Ct.**
**Santa Fe, NM 87507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/3/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,349.00 |
|---|---|---|---|

**Adam Zellner**
**6689 Millcreek Dr.**
**Aubumdale, WI 54412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/20/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,292.88 |
|---|---|---|---|

**Addison Pike**
**112 Stoneway Close,**
**Nashville, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/18/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193.80 |
|---|---|---|---|

**ADS Security**
**Attn: Managing Agent**
**P.O. Box 531687**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,674.01 |
|---|---|---|---|

**Affirm**
**Attn: Managing Agent**
**30 Isabella Street, Floor 4**
**Pittsburgh, PA 15212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,580.93 |
|---|---|---|---|

**Al Keeton**
**2311 Cantle Lane**
**Roanoke, VA 24018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/22/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,371.44 |
|---|---|---|---|

**Al Leung**
**7310 Laurel Creek Ct.**
**Springfield, VA 22150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/7/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,555.53 |
|---|---|---|---|

**Al Trotsky**
**4410 Tuma**
**Yorkville, IL 60560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/15/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.93 |
|---|---|---|---|

**Alan Bauer**
**7610 Dellinger Rd.**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/13/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address
**Alan Hartzburg**
**2534 Smithfield Rd. Tellico**
**Plains, TN 00037-3855**

Date(s) debt was incurred  **11/10/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,717.94

---

**3.28** | Nonpriority creditor's name and mailing address
**Alan Varner**
**664 Stanley Rd.**
**McMinnville, TN 37110**

Date(s) debt was incurred  **3/12/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,325.34

---

**3.29** | Nonpriority creditor's name and mailing address
**Alan Wynkoop**
**2619 Barwood Drive**
**Greenbrier, TN 37073**

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,678.25

---

**3.30** | Nonpriority creditor's name and mailing address
**Alanna Guardino**
**5626 Regal Way**
**Indian Land, SC 29707**

Date(s) debt was incurred  **5/27/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,164.94

---

**3.31** | Nonpriority creditor's name and mailing address
**Alarm New England**
**Attn: Managing Agent**
**65 Inwood Road**
**Rocky Hill, CT 06067**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$163.98

---

**3.32** | Nonpriority creditor's name and mailing address
**Alec White**
**211 Casabella Ct., Unit 211**
**Louisville, KY 40229**

Date(s) debt was incurred  **3/15/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$952.94

---

**3.33** | Nonpriority creditor's name and mailing address
**Alex Cavalea**
**2502 Windjammer Lane**
**Knoxville, TN 37932**

Date(s) debt was incurred  **8/2/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,681.81

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address
**Alex Fider**
**1276 St. Andrews Dr.**
**Murfreesboro, TN 37128**

Date(s) debt was incurred  **6/24/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$899.00

---

**3.35** | Nonpriority creditor's name and mailing address
**Alex Free**
**1201 Dublin Ct.**
**China Grove, NC 28023**

Date(s) debt was incurred  **9/16/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,868.93

---

**3.36** | Nonpriority creditor's name and mailing address
**Alex Keehma**
**0S 068 Beverly Street**
**Wheaton, IL 60187**

Date(s) debt was incurred  **9/20/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,248.93

---

**3.37** | Nonpriority creditor's name and mailing address
**Alex Kintop**
**1919 Pepper Valley**
**Geneva, IL 60134**

Date(s) debt was incurred  **6/9/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,073.93

---

**3.38** | Nonpriority creditor's name and mailing address
**Alex Snider**
**1578 Hickory Point Rd.**
**Clarksville, TN 37043**

Date(s) debt was incurred  **10/12/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,399.00

---

**3.39** | Nonpriority creditor's name and mailing address
**Alexander Apple**
**404 West Holly Avenue**
**Sterling, VA 20164**

Date(s) debt was incurred  **7/19/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,856.05

---

**3.40** | Nonpriority creditor's name and mailing address
**Alexander Rajic**
**43482 Ogden Pl**
**Sterling, VA 20166**

Date(s) debt was incurred  **7/2/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,431.94

---

| Debtor | **Chadley Management Inc.** | | Case number *(if known)* | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

**3.41** | Nonpriority creditor's name and mailing address

**Alexander Smith**
5304 Graycliff Lane
Clemmons, NC 27012

Date(s) debt was incurred  **9/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

$4,355.40

---

**3.42** | Nonpriority creditor's name and mailing address

**Alexandra Metelski**
210 Pine Lake Dr.
Monroe, NC 28110

Date(s) debt was incurred  **6/21/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

$1,723.98

---

**3.43** | Nonpriority creditor's name and mailing address

**Alias Jenkins**
218 Oregon Rd.
Stevensville, MD 21666

Date(s) debt was incurred  **10/7/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

$4,139.94

---

**3.44** | Nonpriority creditor's name and mailing address

**Alicia Bunting**
5513 Farm Crest Ln.
Long Grove, IL 60049

Date(s) debt was incurred  **7/14/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

$329.25

---

**3.45** | Nonpriority creditor's name and mailing address

**Alicia Floyd**
1472 Orazk Acres
Cave Springs, AR 72713

Date(s) debt was incurred  **9/10/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

$3,506.53

---

**3.46** | Nonpriority creditor's name and mailing address

**Alkesh Trivedi**
1119 Coubertin Dr.
Leesburg, VA 02015

Date(s) debt was incurred  **9/9/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

$2,593.94

---

**3.47** | Nonpriority creditor's name and mailing address

**Allan Sangwin**
1503 NW 12th St.
Bentonville, AR 72712

Date(s) debt was incurred  **7/29/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

$5,154.31

---

| Debtor | Chadley Management Inc. | | Case number (if known) | 22-50726 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,439.42 |
|---|---|---|---|

**Allen Cox**
**5724 Hinshaw Town Road**
**Ramseur, NC 27316**

Date(s) debt was incurred  **9/10/2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,241.29 |
|---|---|---|---|

**Allen Gates**
**124 Cool Springs Drive**
**Murfreesboro, TN 37127**

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,277.14 |
|---|---|---|---|

**ALM Builders**
**6501 Bright Mountain Rd.**
**McLean, VA 22101**

Date(s) debt was incurred  **8/27/2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,425.04 |
|---|---|---|---|

**Alphonse Galdes**
**3061 North Pollard St.**
**Arlington, VA 22207**

Date(s) debt was incurred  **5/24/2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,790.73 |
|---|---|---|---|

**Alyson Strickland**
**4869 Trestle Lane**
**Denver, NC 28037**

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $744.44 |
|---|---|---|---|

**Amanda Conway**
**114 Woodcliff Ln.**
**Rogers, AR 72756**

Date(s) debt was incurred  **11/1/2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,375.30 |
|---|---|---|---|

**Amanda Davis**
**9721 e colette st**
**Tucson, AZ 85748**

Date(s) debt was incurred  **8/27/2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,127.08**

Amanda Newcomer
4154 Watts Street
Tobaccoville, NC 27050

Date(s) debt was incurred  **8/27/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$172,406.41**

American Security
Attn: Managing Agent
11925 Pacific Avenue
Fontana, CA 92337

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,390.33**

Amy Nikrasch
14434 e desert plume Ct.
Vail, AZ 85641

Date(s) debt was incurred  **8/2/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,915.92**

Andrew Black
28459 W. Cutter Lane
Lake Barrington, IL 60010

Date(s) debt was incurred  **4/26/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,190.19**

Andrew Doyka
7700 Budding Vine Lane
Knoxville, TN 37931

Date(s) debt was incurred  **5/10/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,332.56**

Andrew Hermon
426 Avery Way
Apt #9202
Knoxville, TN 37922

Date(s) debt was incurred  **8/10/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,947.03**

Andrew Larson
1424 Janet Lane
Sycamore, IL 60178

Date(s) debt was incurred  **9/3/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,265.44 |
|---|---|---|---|

**Andrew Lingo**
**1000 Worthington Lane**
**Apt. 10-205**
**Spring Hill, TN 37174**

Date(s) debt was incurred  8/5/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,189.94 |
|---|---|---|---|

**Andrew Luker**
**15 East Thomas St.**
**Corydon, IN 47112**

Date(s) debt was incurred  7/8/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.93 |
|---|---|---|---|

**Andrew Meyer**
**3057 Manchester Drive**
**Montgomery, IL 60538**

Date(s) debt was incurred  8/25/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,503.35 |
|---|---|---|---|

**Andrew Michyeta**
**143 South Delaplaine Road**
**Riverside, IL 60546**

Date(s) debt was incurred  5/3/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,622.13 |
|---|---|---|---|

**Andrew Moore**
**920 Woodmont Blvd.**
**Apt. M-5**
**Nashville, TN 37204**

Date(s) debt was incurred  2/8/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $754.05 |
|---|---|---|---|

**Andrew Patten**
**7244 Chickadee Lane NE**
**Albuquerque, NM 87109**

Date(s) debt was incurred  6/21/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,155.69 |
|---|---|---|---|

**Andrew Thomas**
**105 Polk Place**
**Franklin, TN 37064**

Date(s) debt was incurred  5/7/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,861.44 |
|---|---|---|---|

**Andrew Zimmerman**
**6022 Clevelandtown Rd.**
**Boonsboro, MD 21713**

Date(s) debt was incurred  **5/21/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,369.74 |
|---|---|---|---|

**Andy Bair**
**7201 Matthew Mills Rd.**
**McLean, VA 22101**

Date(s) debt was incurred  **8/16/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,896.93 |
|---|---|---|---|

**Andy Fleming**
**1321 Reid Street**
**Western Springs, IL 60558**

Date(s) debt was incurred  **9/6/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,325.98 |
|---|---|---|---|

**Andy Johnson**
**181 Mulberry Creek Rd.**
**Vonore, TN 37885**

Date(s) debt was incurred  **7/13/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,076.42 |
|---|---|---|---|

**Andy King**
**# 1 Marquez Rd.**
**Los Lunas, NM 87031**

Date(s) debt was incurred  **7/20/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,361.25 |
|---|---|---|---|

**Andy Sawyer**
**177 Hidden Creek Road**
**Winston-Salem, NC 27127**

Date(s) debt was incurred  **5/28/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,055.46 |
|---|---|---|---|

**Andy Scott**
**5089 Novella Dr.**
**Kernersville, NC 27284**

Date(s) debt was incurred  **4/21/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|

Name

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,087.39 |
|---|---|---|---|

**Angie Staples**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/9/2022

Last 4 digits of account number  _

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,264.99 |
|---|---|---|---|

**Anita B Leivo**
**815 Sierra Verda Way NE**
**Rio Rancho, NM 87124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/30/2022

Last 4 digits of account number  _

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,298.94 |
|---|---|---|---|

**Anita Davis/Jonathan Anthony**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/19/2022

Last 4 digits of account number  _

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,920.31 |
|---|---|---|---|

**Ann Still**
**799 Liberty Pike**
**Bell Buckle, TN 37020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/18/2022

Last 4 digits of account number  _

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,443.56 |
|---|---|---|---|

**Anne Nichols**
**1248 w weeping wash way Oro**
**Oro Valley, AZ 85737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/19/2022

Last 4 digits of account number  _

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,086.49 |
|---|---|---|---|

**Anne Roberts**
**591 S Sierra Ave.**
**Solana Beach, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2/2022

Last 4 digits of account number  _

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,831.03 |
|---|---|---|---|

**Anthony Brewer**
**721 Vernon Rd.**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/12/2022

Last 4 digits of account number  _

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,632.39 |
|---|---|---|---|

**Anthony DeFurio**
**102 Eastham Ct.**
**Mooresville, NC 28117**

Date(s) debt was incurred  **7/6/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Anthony Kellow**
**10385 Lower River Rd.**
**Louisville, KY 40272**

Date(s) debt was incurred  **10/6/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,647.44 |
|---|---|---|---|

**Anthony Langley**
**7115 Woodhaven Rd.**
**Louisville, KY 40291**

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,470.31 |
|---|---|---|---|

**Anthony Livingston**
**103 Martin Court**
**Hopkinsville, KY 42240**

Date(s) debt was incurred  **10/1/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $918.76 |
|---|---|---|---|

**Anthony Martin**
**7136 Hill Hughes Rd.**
**Fairview, TN 37062**

Date(s) debt was incurred  **7/21/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,374.00 |
|---|---|---|---|

**Anthony Riedlinger**
**4820 Powell Rd.**
**Fairfax, VA 22032**

Date(s) debt was incurred  **11/4/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,276.81 |
|---|---|---|---|

**ArcBest**
**Attn: Managing Agent**
**1165 NC Hwy 6 S**
**Kernersville, NC 27284**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,798.37 |
|---|---|---|---|

**Archie Hicks**
**349 Benbow Drive**
**East Bend, NC 27018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/28/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,542.07 |
|---|---|---|---|

**Arley Umphries**
**133 Oliver St.**
**York, SC 29745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/21/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $812.42 |
|---|---|---|---|

**Arthur DeCosta**
**16745 Avenida Florencia**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/25/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,910.56 |
|---|---|---|---|

**Arvis Holt**
**120 South Branch Court**
**Wartrace, TN 37183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,368.94 |
|---|---|---|---|

**Ashley King-Tinsley**
**13508 Pleasant Glen Ct.**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/24/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.39 |
|---|---|---|---|

**AT&T**
**Attn: Managing Agent**
**P.O. Box 5001**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.04 |
|---|---|---|---|

**Atmos- Murfreesboro**
**Attn: Managing Agent**
**P.O. Box 740353**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.97** | Nonpriority creditor's name and mailing address
**Audrey Byers**
**409 general John Payne Rd.**
**Georgetown, KY 40324**

Date(s) debt was incurred  **7/12/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,655.94

---

**3.98** | Nonpriority creditor's name and mailing address
**Austen Carter**
**4361 Woodlawn Rd.**
**Bardstown, KY 40004**

Date(s) debt was incurred  **9/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,675.44

---

**3.99** | Nonpriority creditor's name and mailing address
**Austin Hancock**
**1922 Indian Springs Lane**
**Knoxville, TN 37932**

Date(s) debt was incurred  **7/20/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,545.25

---

**3.100** | Nonpriority creditor's name and mailing address
**Austin Leake**
**9785 N Hwy 59**
**Decatur, AR 72722**

Date(s) debt was incurred  **8/31/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,936.56

---

**3.101** | Nonpriority creditor's name and mailing address
**Austin Osgood**
**19846 Smith Cir.**
**Ashburn, VA 20147**

Date(s) debt was incurred  **7/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,253.94

---

**3.102** | Nonpriority creditor's name and mailing address
**Azalea Management- Concord**
**Attn: Managing Agent**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,994.92

---

**3.103** | Nonpriority creditor's name and mailing address
**B. Thomas Criscione**
**13820 Wilshire Way**
**Huntley, IL 60142**

Date(s) debt was incurred  **10/28/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,403.92

---

| Debtor | **Chadley Management Inc.** | Case number *(if known)* | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.104**

**Nonpriority creditor's name and mailing address**
**B.J. McGraw**
**82 Dents Bridge Rd.**
**Irvington, KY 40146**

Date(s) debt was incurred **7/12/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,628.44**

---

**3.105**

**Nonpriority creditor's name and mailing address**
**B.W. Anderson**
**4712 Woody Mill Road**
**Greensboro, NC 27406**

Date(s) debt was incurred **11/10/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,319.93**

---

**3.106**

**Nonpriority creditor's name and mailing address**
**Babloo Chacko**
**111 Dames Ave.S.**
**Gallatin, TN 37066**

Date(s) debt was incurred **6/14/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,306.06**

---

**3.107**

**Nonpriority creditor's name and mailing address**
**Bailey Hale**
**80 Ashley Lane**
**Wodbury, TN 37190**

Date(s) debt was incurred **4/12/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,010.56**

---

**3.108**

**Nonpriority creditor's name and mailing address**
**Barron Gunnings**
**2438 Transom Pl.**
**Woodbridge, VA 22191**

Date(s) debt was incurred **6/28/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,209.44**

---

**3.109**

**Nonpriority creditor's name and mailing address**
**Barry Jansen**
**153 Aqua Lane Spring**
**Spring City, TN 37381**

Date(s) debt was incurred **7/19/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,050.29**

---

**3.110**

**Nonpriority creditor's name and mailing address**
**Barry Sanders**
**721 Pebble Point Rd.**
**Lebanon, TN 37087**

Date(s) debt was incurred **2/26/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,520.57**

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|--------|--------------------------|-------------------------|----------|
| | Name | | |

---

**3.111** Nonpriority creditor's name and mailing address

**Bart Cole**
365 Dunn Rd. Tellico
Tellico Plains, TN 37385

Date(s) debt was incurred  __11/3/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No  ☐ Yes

$4,484.64

---

**3.112** Nonpriority creditor's name and mailing address

**Becky Cooper**
8413 Mile Tree Dr. Ft.
Ft. Smith, AR 72903

Date(s) debt was incurred  __10/7/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No  ☐ Yes

$3,927.91

---

**3.113** Nonpriority creditor's name and mailing address

**Ben Baker**
932 Goodwood Road
Oak Ridge, NC 27106

Date(s) debt was incurred  __10/19/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No  ☐ Yes

$1,154.52

---

**3.114** Nonpriority creditor's name and mailing address

**Ben Billman**
4365 Shauna Dr.
Winston-Salem, NC 27107

Date(s) debt was incurred  __5/31/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No  ☐ Yes

$3,721.18

---

**3.115** Nonpriority creditor's name and mailing address

**Ben Brearly**
983 Branch Line Lane
Apex, NC 27502

Date(s) debt was incurred  __9/7/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No  ☐ Yes

$2,834.25

---

**3.116** Nonpriority creditor's name and mailing address

**Ben Covington**
261 Blueberry Road
Reidsville, NC 27320

Date(s) debt was incurred  __9/30/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No  ☐ Yes

$2,566.93

---

**3.117** Nonpriority creditor's name and mailing address

**Ben Eley**
430 Gant Road,
Shelbyville, TN 37160

Date(s) debt was incurred  __2/12/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No  ☐ Yes

$2,579.58

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,623.41 |
|---|---|---|---|

**Ben Landry**
74 Overton Dr. Bella
Bella Vista AR 72714, AR 72714

Date(s) debt was incurred  **11/8/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,076.42 |
|---|---|---|---|

**Ben Roberts**
32145 Fireside Dr.
Temecula, CA 92592

Date(s) debt was incurred  **9/29/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,866.65 |
|---|---|---|---|

**Benjamin Bienia**
8 North Trail
Lemont, IL 60439

Date(s) debt was incurred  **6/18/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,292.94 |
|---|---|---|---|

**Benjamin Davis**
2309 Hwy 205
Marshville, NC 28103

Date(s) debt was incurred  **9/6/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,846.15 |
|---|---|---|---|

**Benjamin Schlechter**
2222 Bracken Ln.
Northfield, IL 60093

Date(s) debt was incurred  **7/1/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,035.46 |
|---|---|---|---|

**Benny Bowen**
4241 Vecelli Lane
Knoxville, TN 37938

Date(s) debt was incurred  **7/30/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,436.92 |
|---|---|---|---|

**Benton Everly**
15 Wadley Station Ct.
Macon, GA 31210

Date(s) debt was incurred  **10/5/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,512.76 |
|---|---|---|---|

**Bernadette Coty**
**1001 Festival Ct. NW**
**Los Lunas, NM 87031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/20/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,527.44 |
|---|---|---|---|

**Berry Rakdham**
**135 Rock Raymond Rd.**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/10/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,222.76 |
|---|---|---|---|

**Bert Levan**
**1024 Club View Dr.**
**Gallatin, TN 37066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/10/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,029.00 |
|---|---|---|---|

**Best Logistics**
**Attn: Managing Agent**
**P.O. Box 336**
**Kernersville, NC 27285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,945.25 |
|---|---|---|---|

**Beth Greenlee**
**10208 Birch Hill Lane**
**Knoxville, TN 37932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,151.16 |
|---|---|---|---|

**Bill Beatty**
**5511 w circle z**
**Tucson, AZ 85713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/17/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $992.37 |
|---|---|---|---|

**Bill Casaus**
**2839 Camacho Rd. SE**
**Rio Rancho, NM 87124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/14/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,051.74 |
|---|---|---|---|

**Bill Higdon**
**8908 Mountain Brook Ct.**
**Louisville, KY 40272**

Date(s) debt was incurred  5/14/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,365.26 |
|---|---|---|---|

**Bill Kloos**
**95 Water Oak Cir**
**Cir Eads, TN 38028**

Date(s) debt was incurred  7/29/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,583.75 |
|---|---|---|---|

**Bill Maffeo**
**4101 Windmill Place**
**Charlotte, NC 28226**

Date(s) debt was incurred  7/30/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,429.40 |
|---|---|---|---|

**Bill Roe**
**1605 e Ganymede Dr.**
**Oro Valley, AZ 85737**

Date(s) debt was incurred  4/9/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,159.00 |
|---|---|---|---|

**Bill Shannon**
**587 Catoosa Rd.**
**Wartburg, TN 37887**

Date(s) debt was incurred  9/1/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,512.51 |
|---|---|---|---|

**Bill Tsagalis**
**1815 E Oakton St**
**Arlington Heights, IL 60004**

Date(s) debt was incurred  10/28/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,589.98 |
|---|---|---|---|

**Billy Austin**
**6709 Shimmering Brooks Lane**
**Knoxville, TN 37918**

Date(s) debt was incurred  8/3/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Chadley Management Inc.**                                         Case number (if known)   **22-50726**
_____
Name

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,166.16 |
|---|---|---|---|

**Billy McCoy**
**1010 S Dixieland Rd.**
**Rogers, AR 72758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/29/2022**

Last 4 digits of account number __

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,934.25 |
|---|---|---|---|

**Billy Shomaker**
**186 Frosty Lane**
**Beech Mountain, NC 28604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/18/2022**

Last 4 digits of account number __

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,791.44 |
|---|---|---|---|

**Billy Xiao**
**11595 n desert calico lp Oro**
**Valley, AZ 85742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/9/2022**

Last 4 digits of account number __

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,332.00 |
|---|---|---|---|

**Blake Harold**
**7011 Brenlee Dr.**
**Georgetown, IN 47122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/23/2022**

Last 4 digits of account number __

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,844.44 |
|---|---|---|---|

**Blake Oberhansley**
**60 South West Paine St.**
**Hanover, IN 47243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2/2022**

Last 4 digits of account number __

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,499.44 |
|---|---|---|---|

**Bob Browne**
**1302 Byrams Fork Rd.**
**Andersonville, TN 37705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/29/2022**

Last 4 digits of account number __

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,877.05 |
|---|---|---|---|

**Bob Keissami**
**35W349 Chateau**
**West Dundee, IL 60118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/24/2022**

Last 4 digits of account number __

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.146** | Nonpriority creditor's name and mailing address

**Bob Klesges**
**9110 Baynard Loop North**
**Germantown, TN 38139**

Date(s) debt was incurred  __10/25/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$2,089.99

---

**3.147** | Nonpriority creditor's name and mailing address

**Bobby Marshall**
**674 N Ingleside Farm Rd.**
**Iron Station, NC 28080**

Date(s) debt was incurred  __10/14/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$1,454.34

---

**3.148** | Nonpriority creditor's name and mailing address

**Brad Blackwell**
**1599 Lanyard Way**
**Lenoir City, TN 37772**

Date(s) debt was incurred  __9/22/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$4,065.69

---

**3.149** | Nonpriority creditor's name and mailing address

**Brad Cook**
**2303 15 th St SE**
**Rio Rancho, NM 87124**

Date(s) debt was incurred  __9/3/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$1,023.63

---

**3.150** | Nonpriority creditor's name and mailing address

**Brad Freeman**
**1013 Annecy Parkway**
**Nolensville, TN 37135**

Date(s) debt was incurred  __9/13/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$3,765.42

---

**3.151** | Nonpriority creditor's name and mailing address

**Brad Henderson**
**7321 Audubon Cove**
**Fairview, TN 37062**

Date(s) debt was incurred  __7/26/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$6,315.44

---

**3.152** | Nonpriority creditor's name and mailing address

**Brad Rankin**
**386 Meigs Dr.**
**Murfreesboro, TN 37128**

Date(s) debt was incurred  __4/9/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$3,410.56

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,283.91**

**Brad Scott**
**5985 Anglin**
**Bentonville, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/24/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$999.00**

**Brad Stidham**
**153 Chadwick Way**
**Blaine, TN 37709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,988.33**

**Brad/Johannah Goss**
**3399 E carmel Ln**
**Fayetteville, AR 72701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/3/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$899.00**

**Braden Prall**
**803 North Howard St**
**Apt 258**
**Alexandria, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,577.40**

**Bradley Harroff**
**3346 Marino Dr. SE**
**Albuquerque, NM 87124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,597.75**

**Bradley Rivera**
**5365 Goodman Rd.**
**Olive Branch, MS 38654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/27/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,261.70**

**Bradly Mueller**
**312 Longacres Ln.**
**Palentine, IL 60067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/6/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

**3.160** | Nonpriority creditor's name and mailing address

**Brady Thomas**
**134 Stillwater Dr.**
**Union Hall, VA 24176**

Date(s) debt was incurred  **4/7/2022**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$6,508.93**

---

**3.161** | Nonpriority creditor's name and mailing address

**Brandon Brackett**
**912 Habour Shore Dr.**
**Knoxville, TN 37934**

Date(s) debt was incurred  **8/9/2022**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,554.06**

---

**3.162** | Nonpriority creditor's name and mailing address

**Brandon Cash**
**2227 Kivett Drive**
**Greensboro, NC 27406**

Date(s) debt was incurred  **9/14/2022**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$4,415.60**

---

**3.163** | Nonpriority creditor's name and mailing address

**Brandon Chapman**
**410 Shady Lake Dr.**
**LaVergne, TN 37086**

Date(s) debt was incurred  **7/26/2022**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,259.00**

---

**3.164** | Nonpriority creditor's name and mailing address

**Brandon Lopez**
**5602 Elam Rd.**
**Murfreesboro, TN 37127**

Date(s) debt was incurred  **10/13/2022**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$4,154.59**

---

**3.165** | Nonpriority creditor's name and mailing address

**Brandon Parker**
**938 Lusted Lane**
**Batavia, IL 60510**

Date(s) debt was incurred  **6/6/2022**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,248.93**

---

**3.166** | Nonpriority creditor's name and mailing address

**Brandon Pratt**
**10557 e singing canyon Dr.**
**Tucson, AZ 85747**

Date(s) debt was incurred  **8/17/2022**

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,259.85**

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|

Name

---

**3.167** | Nonpriority creditor's name and mailing address
**Brantley Riddle**
**377 Fairview Rd.**
**Chatham, VA 24531**

Date(s) debt was incurred  **6/25/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$5,558.33

---

**3.168** | Nonpriority creditor's name and mailing address
**Brent Bowling**
**3641 Grandview Club Road**
**Pfafftown, NC 27040**

Date(s) debt was incurred  **9/3/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$8,340.84

---

**3.169** | Nonpriority creditor's name and mailing address
**Brent Pless**
**230 Wingmaster Dr.**
**Mooresville, NC 28115**

Date(s) debt was incurred  **7/14/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,276.82

---

**3.170** | Nonpriority creditor's name and mailing address
**Brent Rutterbush**
**4539 Wayside Rd.**
**Christiana, TN 37037**

Date(s) debt was incurred  **6/25/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,502.63

---

**3.171** | Nonpriority creditor's name and mailing address
**Bret Meitzler**
**7092 Fiddlers Glen Dr.**
**Arrington, TN 37014**

Date(s) debt was incurred  **7/9/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,795.69

---

**3.172** | Nonpriority creditor's name and mailing address
**Brett Akers**
**8 S Clubhouse Dr.**
**Rogers, AR 72758**

Date(s) debt was incurred  **7/29/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,540.09

---

**3.173** | Nonpriority creditor's name and mailing address
**Brett Allred**
**1035 Three Brothers Road**
**Yadkinville, NC 27055**

Date(s) debt was incurred  **5/31/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,834.25

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,903.14 |

**Brett Basler**
**23750 Knoll Ct.**
**Aldie, VA 20148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/17/2022

Last 4 digits of account number __

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,347.99 |

**Brett Dehlinger**
**2034 Oliver Dr.**
**Mount Juliet, TN 37122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/23/2022

Last 4 digits of account number __

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,678.90 |

**Brett Dougan**
**5724 N  Manton Ave.**
**Chicago, IL 60646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/9/2022

Last 4 digits of account number __

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,135.69 |

**Brett Fisher**
**103 Showers Lane**
**Shelbyville, TN 37160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/10/2022

Last 4 digits of account number __

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,376.42 |

**Brett Massena**
**2639 Withington Peak Dr. NE**
**Rio Rancho, NM 87144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/25/2022

Last 4 digits of account number __

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,758.34 |

**Brett Silva**
**1445 Underwood Rd.**
**Sykesville, MD 21784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/29/2022

Last 4 digits of account number __

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,294.94 |

**Brett Sofie**
**3714 Wooded View Dr.**
**Georgetown, IN 47122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/27/2022

Last 4 digits of account number __

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Chadley Management Inc.**                                  Case number (if known)    **22-50726**
Name

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,549.00 |
|---|---|---|---|

**Brian Bednarz**
**1622 Paintede Horse Pass**
**Collierville, TN 38017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/14/2022__

**Basis for the claim:  Potential comsumer claim__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,853.94 |
|---|---|---|---|

**Brian Bienacker**
**19949 Augusta Village Pl.**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __8/11/2022__

**Basis for the claim:  Potential comsumer claim__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,406.73 |
|---|---|---|---|

**Brian Britt**
**6130 Blue Dawn Trail**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/1/2022__

**Basis for the claim:  Potential comsumer claim__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,614.00 |
|---|---|---|---|

**Brian Brown**
**216 Howard Carr Rd.**
**Manchester, TN 37355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __9/2/2022__

**Basis for the claim:  Potential comsumer claim__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,841.44 |
|---|---|---|---|

**Brian Chang**
**6230 Mcconnell Ln.**
**Springfield, VA 22152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __7/15/2022__

**Basis for the claim:  Potential comsumer claim__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,966.41 |
|---|---|---|---|

**Brian Davis**
**16225 n forcastle Ave**
**Tucson, AZ 85739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/7/2022__

**Basis for the claim:  Potential comsumer claim__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,191.44 |
|---|---|---|---|

**Brian Delmenhorst**
**4125 Andrew Dr.**
**Floyds Knobs, IN 47119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __8/23/2022__

**Basis for the claim:  Potential comsumer claim__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.188** | Nonpriority creditor's name and mailing address
**Brian Ferguson**
1397 Round Hill Lane
Spring Hill, TN 37174

Date(s) debt was incurred  **8/18/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,396.04**

---

**3.189** | Nonpriority creditor's name and mailing address
**Brian Gallas**
6766 N. Onarga Avenue
#3
Chicago, IL 60631

Date(s) debt was incurred  **6/7/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,503.92**

---

**3.190** | Nonpriority creditor's name and mailing address
**Brian Gregory**
10160 Roanoke Dr.
Murfreesboro, TN 37129

Date(s) debt was incurred  **3/29/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,245.94**

---

**3.191** | Nonpriority creditor's name and mailing address
**Brian Grover**
4354 Scottish Dr.
Murfreesboro, TN 37128

Date(s) debt was incurred  **3/15/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,475.93**

---

**3.192** | Nonpriority creditor's name and mailing address
**Brian Hansen**
22 Radcliffe Dr.
Bella Vista, AR 72714

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,141.61**

---

**3.193** | Nonpriority creditor's name and mailing address
**Brian Heibel**
7233 Ludlow Dr.
College Grove, TN 37046

Date(s) debt was incurred  **6/21/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,324.00**

---

**3.194** | Nonpriority creditor's name and mailing address
**Brian Howay**
10703 Cedar Creek Rd.
Louisville, KY 40229

Date(s) debt was incurred  **3/5/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,287.52**

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|

Name

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,190.19 |

**Brian Lee**
**3323 Cliffbranch Lane**
**Knoxville, TN 37931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/10/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,622.56 |

**Brian Lin**
**2619 Hoddam Road**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/9/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,955.51 |

**Brian McCarthy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/20/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,023.53 |

**Brian Porter**
**4402 Derbyshire Ln.**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/24/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,085.91 |

**Brian Purvis**
**4520 w dakota st**
**Tucson, AZ 85746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,190.19 |

**Brian Rocshli**
**137 Arsenault Crossing**
**Kingston, TN 37763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/7/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,194.42 |

**Brian Schneider**
**36 Leslie Rd.**
**Edgewood, NM 87015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/27/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.202 | **Nonpriority creditor's name and mailing address** | **$3,277.77** |

**Brice Brackett**
**6561 WH Stowe Rd.**
**Clover, SC 29710**

Date(s) debt was incurred  9/10/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.203 | **Nonpriority creditor's name and mailing address** | **$2,214.00** |

**Brock Cislaghi**
**1115 Carter Dr.**
**Georgetown, IN 47122**

Date(s) debt was incurred  8/11/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.204 | **Nonpriority creditor's name and mailing address** | **$1,569.61** |

**Brown Clark**
**6760 N Andrea Doria Dr.**
**Tucson, AZ 85704**

Date(s) debt was incurred  9/29/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.205 | **Nonpriority creditor's name and mailing address** | **$147,027.46** |

**Browning Arms**
**Attn: Managing Agent**
**One Browning Place**
**Morgan, UT 84050**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dealer agreement obligations**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** | **$3,263.31** |

**Bruce Edwards**
**1909 River Edge Dr.**
**Cookeville, TN 38506**

Date(s) debt was incurred  8/26/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.207 | **Nonpriority creditor's name and mailing address** | **$1,352.96** |

**Bruce Good**
**506 Golden Harvest Circle**
**Seymour, TN 37865**

Date(s) debt was incurred  8/10/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.208 | **Nonpriority creditor's name and mailing address** | **$2,242.23** |

**Bruce Kintop**
**578 Mallard Point Drive North**
**Aurora, IL 60542**

Date(s) debt was incurred  11/8/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.209** | Nonpriority creditor's name and mailing address
**Bruce Mau**
**726 Candelaria Rd. NW**
**Albuquerque, NM 87107**

Date(s) debt was incurred  8/13/2022

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,076.42

---

**3.210** | Nonpriority creditor's name and mailing address
**Bruce Merino**
**17257 Country Girl Ln.**
**San Diego, CA 92127**

Date(s) debt was incurred  9/9/2022

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,954.59

---

**3.211** | Nonpriority creditor's name and mailing address
**Bryan Fridlund**
**300 Bailey Ridge**
**Bloomfield, KY 40008**

Date(s) debt was incurred  4/2/2022

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,645.15

---

**3.212** | Nonpriority creditor's name and mailing address
**Bryan Phillips**
**3341 Deerwood Dr.**
**Gastonia, NC 28054**

Date(s) debt was incurred  1/3/2022

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$925.54

---

**3.213** | Nonpriority creditor's name and mailing address
**Bryan Spencer**
**7413 Burnheim Way**
**Knoxville, TN 37920**

Date(s) debt was incurred  6/30/2022

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,190.19

---

**3.214** | Nonpriority creditor's name and mailing address
**Buck Morgan**
**4204 Hwy 205**
**Marshville, NC 28103**

Date(s) debt was incurred  10/13/2022

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,289.18

---

**3.215** | Nonpriority creditor's name and mailing address
**Butch Brown**
**1720 E Emory Rd.**
**Knoxville, TN 37938**

Date(s) debt was incurred  7/14/2022

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,599.93

---

Debtor  **Chadley Management Inc.**                                    Case number (if known)   **22-50726**
          Name

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,495.98** |

**Byron Asher**
**206 Dean Hill Dr.**
**Pineville, KY 40977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/23/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,473.44** |

**Byron Thomas**
**14809 Old Henry Rd.**
**Louisville, KY 40245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,948.44** |

**Caine & Weiner Collections**
**Attn: Managing Agent**
**P.O. Box 55848**
**Sherman Oaks, CA 91413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,725.80** |

**Cale Shelton**
**2200 Thompson Rd.**
**Lewisburg, TN 37091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/8/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,114.06** |

**Cameron Gaines**
**809 Sargent Dr.**
**Kingston, TN 37763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,265.44** |

**Cameron Hale**
**1033 Mires Rd.**
**Mount Juliet, TN 37122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,790.68** |

**Cameron Smith**
**2086 Darlington Ct.**
**El Cajon, CA 92019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/8/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Chadley Management Inc.**                                   Case number (if known) **22-50726**
_____
Name

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,263.31 |

**3.223** | Nonpriority creditor's name and mailing address

**Carl Best**
134 Baypath Dr. Oak
Oak Ridge, TN 37830

Date(s) debt was incurred  8/2/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,263.31

---

**3.224** | Nonpriority creditor's name and mailing address

**Carl Curbo**
2602 Atticus Ln.
Nesbit, MS 38651

Date(s) debt was incurred  4/23/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,197.75

---

**3.225** | Nonpriority creditor's name and mailing address

**Carl Erdman**
12134 Autumn Woods Ln.
Pineville, NC 28134

Date(s) debt was incurred  4/23/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,104.18

---

**3.226** | Nonpriority creditor's name and mailing address

**Carla Scanlan**
4045 N Avenida Del Cazador
Tucson, AZ 85718

Date(s) debt was incurred  9/3/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,128.33

---

**3.227** | Nonpriority creditor's name and mailing address

**Carlan Snipes**
18482 Perdido Bay Ter.
Leesburg, VA 20176

Date(s) debt was incurred  9/10/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,452.44

---

**3.228** | Nonpriority creditor's name and mailing address

**Carlos Lopez**
1502 S 61st Ave
Chicago, IL 60804

Date(s) debt was incurred  9/22/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$5,917.90

---

**3.229** | Nonpriority creditor's name and mailing address

**Carol Giles**
10724 Horde St.
Silver Spring, MD 20902

Date(s) debt was incurred  11/9/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,410.44

---

Debtor   **Chadley Management Inc.**                                    Case number (if known)   **22-50726**
_____
Name

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283.10 |

**Carroll Electric- Rogers**
**Attn: Managing Agent**
**P.O. Box 4000**
**Berryville, AR 72616**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,887.75 |

**Carson Mueller**
**141 Varner Rd.**
**Mount Juliet, TN 37122**

Date(s) debt was incurred  **6/11/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,408.69 |

**Casey Stooksbury**
**7012 Alice Springs Lane**
**Corryton, TN 37721**

Date(s) debt was incurred  **7/1/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,099.72 |

**Casey Sykes**
**220 Brush Creek Rd.**
**Brush Creek, TN 38547**

Date(s) debt was incurred  **8/10/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,119.00 |

**Casey Tackett**
**181 Sophias Rd.**
**Kingston, TN 37763**

Date(s) debt was incurred  **7/29/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,692.08 |

**Cedric Eldridge**
**3906 Myrtle Ave**
**Baltimore, MD 21227**

Date(s) debt was incurred  **7/27/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,719.31 |

**Cedric Tan**
**8221 River Quarry Pl.**
**Bethesda, MD 20817**

Date(s) debt was incurred  **6/18/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Chadley Management Inc.**                                      Case number (if known)    **22-50726**
_____
Name

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,397.14 |

**Chad Akers**
**10516 Samaga Dr.**
**Oakton, VA 22124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/11/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,482.30 |

**Chad Jones**
**1114 Rome Pike**
**Lebanon, TN 37087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,535.93 |

**Chad Knaggs**
**2013 Lincoln Rd.**
**Spring Hill, TN 37174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,642.78 |

**Chad Zettler**
**412 Grapevine Cir.**
**Taylorsville, NC 28681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238,219.48 |

**Chadley Capital LLC**
**8 The Green Suite 8260**
**Dover, DE 19904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.93 |

**Charles Glassford**
**200 Alexis Street**
**Plano, IL 60545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,386.45 |

**Charles Jenkins**
**2827 Plantation Ct.**
**Sellersburg, IN 47172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/9/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.244** Nonpriority creditor's name and mailing address

**Charles Johnson**
**795 Charles Johnson Rd.**
**Forsyth, GA 31029**

Date(s) debt was incurred  __10/21/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No  ☐ Yes

$3,432.92

---

**3.245** Nonpriority creditor's name and mailing address

**Charles Jones**
**1514 Christi Ave**
**Chapel Hill, TN 37034**

Date(s) debt was incurred  __3/5/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No  ☐ Yes

$2,992.88

---

**3.246** Nonpriority creditor's name and mailing address

**Charles Laramie**
**1319 Northern Lights way NE**
**Rio Rancho, NM 87144**

Date(s) debt was incurred  __6/23/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No  ☐ Yes

$3,490.78

---

**3.247** Nonpriority creditor's name and mailing address

**Charles Nelson**
**3906 NE Nightingale Ct.**
**Bentonville, AR 72712**

Date(s) debt was incurred  __7/30/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No  ☐ Yes

$5,701.07

---

**3.248** Nonpriority creditor's name and mailing address

**Charles Shoemaker**
**116 Norway Lane Oak**
**Oak Ridge, TN 37830**

Date(s) debt was incurred  __10/1/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No  ☐ Yes

$2,449.00

---

**3.249** Nonpriority creditor's name and mailing address

**Charles-Hubert Devaux**
**511 Ashburn Lane**
**Durham, NC 27703**

Date(s) debt was incurred  __10/15/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No  ☐ Yes

$3,103.24

---

**3.250** Nonpriority creditor's name and mailing address

**Chase Blasingame**
**690 Cook Road**
**Rural Hall, NC 27045**

Date(s) debt was incurred  __6/17/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No  ☐ Yes

$4,991.63

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.251 | **Nonpriority creditor's name and mailing address**<br>**Chase Isley**<br>**4109 Guilchrist Dr.**<br>**Burlington, NC 27215**<br><br>Date(s) debt was incurred  **5/24/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Potential comsumer claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,294.77** |
| 3.252 | **Nonpriority creditor's name and mailing address**<br>**Chase Lee**<br>**412 Frank Rd.**<br>**Denton, NC 27239**<br><br>Date(s) debt was incurred  **3/15/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Potential comsumer claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,282.18** |
| 3.253 | **Nonpriority creditor's name and mailing address**<br>**Chase Ryan**<br>**13311 Creek View Rd.**<br>**Prospect, KY 40059**<br><br>Date(s) debt was incurred  **8/18/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Potential comsumer claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,058.94** |
| 3.254 | **Nonpriority creditor's name and mailing address**<br>**Chase Swaim**<br>**1113 Cloud Peak Ct.**<br>**Kernersville, NC 27284**<br><br>Date(s) debt was incurred  **9/8/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Potential comsumer claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,138.93** |
| 3.255 | **Nonpriority creditor's name and mailing address**<br>**Chelsea Wilson**<br>**103 Stewarts Landing Dr.**<br>**Mount Juliet, TN 37122**<br><br>Date(s) debt was incurred  **8/5/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Potential comsumer claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,347.75** |
| 3.256 | **Nonpriority creditor's name and mailing address**<br>**Chesterbrook One, LLC**<br>**c/o Federal Realty Investment Trust**<br>**1626 East Jefferson Street**<br>**Rockville, MD 20852**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Rent**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,003.79** |
| 3.257 | **Nonpriority creditor's name and mailing address**<br>**Chicago Wolves Hockey Team**<br>**Attn: Managing Agent**<br>**2301 Ravine Way**<br>**Glenview, IL 60025**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Business debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,300.00** |

Debtor   **Chadley Management Inc.**                                    Case number (if known)   **22-50726**
_____
Name

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,252.27 |
|---|---|---|---|

**Chris Armstrong**
**2785 NC 152 West**
**China Grove, NC 28023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/3/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,766.69 |
|---|---|---|---|

**Chris Caballero**
**8921 W. 167th Place**
**Orland Hills, IL 60487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/10/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $961.93 |
|---|---|---|---|

**Chris Dickerson**
**3329 Harvey Lane**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,533.94 |
|---|---|---|---|

**Chris Edgar**
**615 Dillon Ct.**
**Edgewater, MD 21037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/9/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,435.25 |
|---|---|---|---|

**Chris Ferguson**
**108 Apple Tree Dr.**
**Clinton, TN 37716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/8/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,257.34 |
|---|---|---|---|

**Chris Gainer**
**222 Ross Moore Ave**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/6/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,305.93 |
|---|---|---|---|

**Chris Gilder**
**493 Olde Towne Rd.**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/11/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,359.00** |
|---|---|---|---|

**Chris Harder**
419 Glade Dr.
Maryville, TN 37803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/19/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,390.19** |
|---|---|---|---|

**Chris Haynes**
9835 Saint Germaine Dr.
Knoxville, TN 37922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/3/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,141.63** |
|---|---|---|---|

**Chris Henson**
905 Hunter Ridge Siloam
Siloam Springs, AR 72761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,068.93** |
|---|---|---|---|

**Chris Locklear**
5036 Phelps Drive
Winston-Salem, NC 27105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/17/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,111.99** |
|---|---|---|---|

**Chris Martinez**
828 w calle chico nogales
Tucson, AZ 85621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/15/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,433.94** |
|---|---|---|---|

**Chris Meurer**
926 Ellison Ave
Louisville, KY 40204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/21/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,399.00** |
|---|---|---|---|

**Chris Niles**
454 Campbell Hollow Rd.
Bethpage, TN 37022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/14/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,580.46** |
|---|---|---|---|

**Chris Sieglock**
**16738 Zumaque St Rancho**
**Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/22/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,401.21** |
|---|---|---|---|

**Chris Skelte**
**6550 e Via Orroyo Azul**
**Tucson, AZ 85756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,914.39** |
|---|---|---|---|

**Chris Unger**
**133 Ross Rd.**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,849.00** |
|---|---|---|---|

**Christian Ardito**
**2405 Liberty Loop**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,593.54** |
|---|---|---|---|

**Christiana Baughan**
**6096 Brixham Dr.**
**Greensboro, NC 27455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/18/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,076.42** |
|---|---|---|---|

**Christine J Turpen Patton**
**11108 Bobcat Pl NE**
**Albuquerque, NM 87122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/13/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,551.94** |
|---|---|---|---|

**Christopher Caldwell**
**311 Inaugural Way**
**Charles town, WV 25414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/5/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Chadley Management Inc.**                                      Case number (if known)  **22-50726**
_____
Name

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,184.17 |

**Christopher Desarno**
**428 El Monte**
**El Cajon CA 92020, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/20/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,914.92 |

**Christopher Futch**
**151 Cox Woodland Rd.**
**Milledgeville, GA 31061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/11/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,058.94 |

**Christopher Goss**
**149 Indian Ridge Ct.**
**Taylorsville, KY 40071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/21/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,520.53 |

**Christopher Leigh**
**727 Little Bluestem Dr. Lake**
**Lake Wylie, SC 29710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/5/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,514.65 |

**Christopher Michnicki**
**411 Summerhill Dr.**
**Kodak, TN 37764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/16/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,245.69 |

**Christopher Miller**
**517-A Eastboro Dr.**
**Dr., Nashville, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/20/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,485.00 |

**Christopher Robinson**
**223 Caitlin Lane**
**Lexington, NC 27295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,015.43 |

**Christopher Susi**
**1819 Crossroads Drive**
**Greensboro, NC 27455**

Date(s) debt was incurred  **9/6/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,257.14 |

**Christopher White**
**716 N Meyers Ave**
**Milledgeville, IL 61051**

Date(s) debt was incurred  **6/14/2002**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,509.17 |

**Chrystal Green**
**2802 Morton Lane SW**
**Albuquerque, NM 87105**

Date(s) debt was incurred  **10/1/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,774.00 |

**Chuck Eaton**
**415 Pearce St.**
**West Memphis, AR 72301**

Date(s) debt was incurred  **11/9/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,802.26 |

**Chuck Law**
**14192 e whispering ocotillo pl**
**Vail, AZ 85641**

Date(s) debt was incurred  **6/3/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,802.17 |

**Cindy Gomez**
**4530 Sunstone Way NE**
**Rio Rancho, NM 87124**

Date(s) debt was incurred  **9/16/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,393.46 |

**Cindy Stacy**
**8671 Buenning Ln.**
**Decatur, AR 72722**

Date(s) debt was incurred  **7/29/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,944.45** |
|---|---|---|---|

**Citgo**
**Attn: Managing Agent**
**P.O. Box 6293**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$233.29** |
|---|---|---|---|

**City of Concord**
**Attn: Managing Agent**
**P.O. Box 580469**
**Charlotte, NC 28258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.31** |
|---|---|---|---|

**City of Danville**
**Attn: Managing Agent**
**P.O. Box 3308**
**Danville, VA 24543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.47** |
|---|---|---|---|

**City of Knoxville**
**Attn: Managing Agent**
**P.O. Box 15001**
**Knoxville, TN 37901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14.79** |
|---|---|---|---|

**City of Mebane**
**Attn: Managing Agent**
**106 E. Washington Street**
**Mebane, NC 27302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,014.36** |
|---|---|---|---|

**City of Monroe**
**2201 Walkup Ave**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/14/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,085.91** |
|---|---|---|---|

**Clayton Aupperle**
**3340 W Flowering Cactus Ct.**
**Tucson, AZ 85745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/21/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Chadley Management Inc.**
_____
Name

Case number (if known)    **22-50726**

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,402.67 |
|---|---|---|---|

**Clayton Padilla**
**341 Tribal Rd. 10**
**Bosque Farms, NM 87068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/18/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.09 |
|---|---|---|---|

**Cliff Alford**
**3423 Cornerstone Dr.**
**Murfreesboro, TN 37128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/13/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,499.01 |
|---|---|---|---|

**Cliff Bazarnic**
**5915 n camino arizpe**
**Tucson, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/3/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,455.30 |
|---|---|---|---|

**Clifford Williams**
**914 Maderia Dr. SE**
**Albuquerque, NM 87108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/4/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,867.94 |
|---|---|---|---|

**Clint (Tony) Hunter**
**7600 Endecott Place**
**Prospect, KY 40059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,111.18 |
|---|---|---|---|

**Clive Davis**
**1582 Fitzgerald St NW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/13/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,692.69 |
|---|---|---|---|

**Clyde Bristow III**
**235 South March Ferry Road**
**Advance, NC 27006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

**3.307** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$523,859.04**

**Cobalt Funding Solutions**
Attn: Managing Agent
99 Wall Street, Suite 3618
New York, NY 10005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,453.92**

**Coby Brandman**
6611 N. Drake Avenue
Lincolnwood, IL 60712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/4/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$960.74**

**Cole Leimone**
2613 Moores Mill Rd.
Rougemont, NC 27572

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/21/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,279.43**

**Colin Klingler**
361 W Vista Monte Dr.
Corona De Tucson, AZ 85641

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/3/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,495.33**

**Collin Safine**
102 Kinderston Dr.
Davidson, NC 28036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2/2022**

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,456.94**

**Comcast**
Attn: Managing Agent
P.O. Box 60533
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$209.30**

**ComEd**
Attn: Managing Agent
P.O. Box 6111
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Chadley Management Inc.**                                  Case number (if known)    **22-50726**
_____
Name

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,941.44** |

**Connie Miglio**
**410 Silverlake St.**
**Erlanger, KY 41018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2/2022**

Last 4 digits of account number  _

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,860.94** |

**Connor Cox**
**2426 Taft Street**
**Buford, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/5/2022**

Last 4 digits of account number  _

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,357.89** |

**Connor Tolley**
**9165 e ironbark st**
**Tucson, AZ 85747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/6/2022**

Last 4 digits of account number  _

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$115.46** |

**Consolidated Utility**
**Attn: Managing Agent**
**P.O. Box 249**
**Murfreesboro, TN 37133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,950.34** |

**Corey Hatfield**
**6420 Calvary Way**
**Thomasville, NC 27360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/27/2022**

Last 4 digits of account number  _

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,747.75** |

**Corey Simmons**
**224 Coutta Rd.**
**Winchester, TN 37398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/6/2022**

Last 4 digits of account number  _

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,701.73** |

**Cory Clifton**
**1795 Panettah Dr.**
**Alpine, CA 91901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2022**

Last 4 digits of account number  _

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Chadley Management Inc.**                    Case number (if known)   **22-50726**
_____
Name

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,413.63 |

**Cory Hall**
**3824 Mathewson Way**
**Murfreesboro, TN 37128**

Date(s) debt was incurred  **6/28/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,655.94 |

**Cory Williams**
**5466 Bruce Ave**
**Louisville, KY 40214**

Date(s) debt was incurred  **9/17/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.59 |

**Cox Communication**
**Attn: Managing Agent**
**P.O. Box 78000**
**Detroit, MI 48278**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,072.13 |

**Craig Brewer**
**461 Howard Rd.**
**Bean Station, TN 37708**

Date(s) debt was incurred  **9/10/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,106.24 |

**Craig Greco**
**580 Curry Springs Rd.**
**Hamilton, VA 20158**

Date(s) debt was incurred  **8/9/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,578.51 |

**Craig Lamp**
**805 Novalis St.**
**Nolensville, TN 37135**

Date(s) debt was incurred  **6/7/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,139.94 |

**Craig Mazeska**
**15310 Sunset Hill Ln.**
**Waterford, VA 20197**

Date(s) debt was incurred  **5/24/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,614.00** |
|---|---|---|---|

**Craig Ragan**
**8630 Hwy 77**
**Huntingdon, TN 38344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/7/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,801.59** |
|---|---|---|---|

**Crispin Sortino**
**606 Edgemont Lane**
**Park Ridge, IL 60068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/4/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$999.00** |
|---|---|---|---|

**Curt Davis**
**4717 Spottswood Ave**
**Memphis, TN 38117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/12/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Curtis Shields**
**1452 Cardinal Dr.**
**Louisville, KY 40213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/17/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,227.19** |
|---|---|---|---|

**Cynthia George**
**159 Overlook Lane**
**Clinton, TN 37716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,499.99** |
|---|---|---|---|

**Cynthia/Grady Long**
**4505 Vienna Dozier Road**
**Pfafftown, NC 27040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/12/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,443.61** |
|---|---|---|---|

**Dale Chudomelka**
**29744 Disney Lane**
**Vista, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/9/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Chadley Management Inc.**
Name

Case number (if known)   **22-50726**

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,521.28 |

**Dale Lock**
7238 Highway 41 N
Cedar Hill, TN 37032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/29/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.81 |

**Dale Sweitzer**
4048 Trail Ridge Dr.
Franklin, TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/24/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,428.49 |

**Dale Watson**
1020 Dividing Ridge Rd.
Spring City, TN 37381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/18/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,111.50 |

**Dallas Delaney**
1632 N Orchard St.
Unit 102N
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,899.00 |

**Dalton White**
1068 Hartmann Plantation Circle
Lebanon, TN 37090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,170.58 |

**Damon Psaros**
610 Kenway Loop
Mooresville, NC 28117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/10/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,264.99 |

**Damon Ritter**
1404 Sepulveda Ave.NE
Albuquerque, NM 87113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/10/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,076.42 |
|---|---|---|---|

**Dan Buehler**
**1517 Elizabeth NE**
**Albuquerque, NM 87112**

Date(s) debt was incurred  9/9/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,184.17 |
|---|---|---|---|

**Dan Golden**
**1045 Turquoise St**
**Apt. B**
**San Diego, CA 92109**

Date(s) debt was incurred  6/11/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,046.43 |
|---|---|---|---|

**Dan Graziadei**
**962 E Grant Drive**
**DesPlaines, IL 60016**

Date(s) debt was incurred  4/22/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,775.19 |
|---|---|---|---|

**Dan Parker**
**726 Springlake Dr.**
**Franklin, TN 37064**

Date(s) debt was incurred  6/3/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,514.18 |
|---|---|---|---|

**Dan Terry**
**5417 Huntwell Commons Lane**
**Charlotte, NC 28226**

Date(s) debt was incurred  10/27/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,420.44 |
|---|---|---|---|

**Dan Williams**
**155 High Point Crossing**
**Campbellsville, KY 42718**

Date(s) debt was incurred  9/13/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,274.34 |
|---|---|---|---|

**Dana Pritchard**
**277 Heart Pine Dr.**
**Eagle Rock, NC 27591**

Date(s) debt was incurred  6/9/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

**3.349** | Nonpriority creditor's name and mailing address
**Dane  Bogal**
**1010 Barthelme Ave**
**Joliet, IL 60435**

Date(s) debt was incurred  **5/27/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,362.94**

---

**3.350** | Nonpriority creditor's name and mailing address
**Daniel Bochicchio**
**573 Trestle Crt.**
**Grays Lake, IL 60030**

Date(s) debt was incurred  **7/27/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,410.98**

---

**3.351** | Nonpriority creditor's name and mailing address
**Daniel Byers**
**741 Obsidian Way**
**Durham, NC 27703**

Date(s) debt was incurred  **3/17/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,398.18**

---

**3.352** | Nonpriority creditor's name and mailing address
**Daniel Curtis**
**102 Cliffside Ave**
**Shelbyville, TN 37160**

Date(s) debt was incurred  **6/17/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,155.69**

---

**3.353** | Nonpriority creditor's name and mailing address
**Daniel Davis**
**613 Walton Rd.**
**Salisbury, NC 28146**

Date(s) debt was incurred  **5/26/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,292.73**

---

**3.354** | Nonpriority creditor's name and mailing address
**Daniel Elefante**
**114 Velazquez San**
**Clemente, CA 92672**

Date(s) debt was incurred  **10/18/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,716.30**

---

**3.355** | Nonpriority creditor's name and mailing address
**Daniel Gomez**
**260 Hoot Owl Rd.**
**Watertown, TN 37184**

Date(s) debt was incurred  **8/27/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,501.63**

---

Debtor    **Chadley Management Inc.**                                    Case number (if known)    **22-50726**
<br>Name

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,987.10 |
|---|---|---|---|

**Daniel Gonzalez**
**2455 e Calle Pelicano**
**Tucson, AZ 85706**

Date(s) debt was incurred  **6/29/2022**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Daniel Hopper**
**48 Roberts Rd.**
**Pinson, TN 38366**

Date(s) debt was incurred  **7/22/2022**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,384.23 |
|---|---|---|---|

**Daniel Kelly**
**318 Gleaves Lane**
**Nolensville, TN 37135**

Date(s) debt was incurred  **6/2/2022**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $899.00 |
|---|---|---|---|

**Daniel Martin**
**3010 Crossgate Lane**
**Columbia, TN 38401**

Date(s) debt was incurred  **6/17/2022**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,453.55 |
|---|---|---|---|

**Daniel McCann**
**2015 Oak Hill Dr.**
**Escondido, CA 92027**

Date(s) debt was incurred  **9/27/2022**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,547.88 |
|---|---|---|---|

**Daniel Mcclintock**
**2114 Galloping Way**
**Vienna, VA 22181**

Date(s) debt was incurred  **5/27/2022**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,058.94 |
|---|---|---|---|

**Daniel McMahon**
**830 Texas Ave**
**Louisville, KY 40217**

Date(s) debt was incurred  **7/12/2022**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Chadley Management Inc.**                                Case number (if known)   **22-50726**
_____
Name

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,802.75** |
|---|---|---|---|

**Daniel Pleasant**
**1264 Hensfield Dr.**
**Murfreesboro, TN 37128**

Date(s) debt was incurred  **5/21/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,166.45** |
|---|---|---|---|

**Daniel Shipps**
**27825 Silo Lane Valley**
**Center, CA 92082**

Date(s) debt was incurred  **8/27/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,064.06** |
|---|---|---|---|

**Daniel Smith**
**6904 Rising Rd.**
**Knoxville, TN 37924**

Date(s) debt was incurred  **8/20/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,459.66** |
|---|---|---|---|

**Daniel Wolf**
**6507 Avenda La Cost NE**
**Albuquerque, NM 87109**

Date(s) debt was incurred  **7/2/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,770.55** |
|---|---|---|---|

**Daniel Zimmerman**
**7217 Donet Ct. NE**
**Rio Rancho, NM 87144**

Date(s) debt was incurred  **10/8/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,404.00** |
|---|---|---|---|

**Danny Dyer**
**131 Laurel Lane**
**Munford, TN 38058**

Date(s) debt was incurred  **11/3/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,579.58** |
|---|---|---|---|

**Danny Ramirez**
**223 Elderberry Way**
**Murfreesboro, TN 37128**

Date(s) debt was incurred  **3/29/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.49 |
|---|---|---|---|

**Danville Utility**
Attn: Managing Agent
P.O. Box 3308
Danville, VA 24543

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,438.46 |
|---|---|---|---|

**Darby Grady**
6320 Saddlewood Dr.
Waxhaw, NC 28172

Date(s) debt was incurred  9/7/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,421.86 |
|---|---|---|---|

**Darlene Baty**
7841 n john paul jones Ave
Tucson, AZ 85741

Date(s) debt was incurred  7/9/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,802.63 |
|---|---|---|---|

**Darrell Woodcock**
245 Collier Lane
Gallatin, TN 37066

Date(s) debt was incurred  6/1/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,998.93 |
|---|---|---|---|

**Darwin Erezo**
8293 Swope Ct.
Springfield, VA 22153

Date(s) debt was incurred  7/12/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,209.47 |
|---|---|---|---|

**Dave Smith**
838 Manderlay Way
Murfreesboro, TN 37130

Date(s) debt was incurred  8/2/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,631.88 |
|---|---|---|---|

**Dave Tincher**
4408 Marymount Springs Blvd.
Murfreesboro, TN 37128

Date(s) debt was incurred  9/16/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chadley Management Inc. | | Case number (if known) | 22-50726 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,816.22 |
|---|---|---|---|

**David Baker**
**21315 Wind River Ct.**
**Sterling, VA 20165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/22/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,237.02 |
|---|---|---|---|

**David Brewer**
**662 e Romsdalen Rd. Oro**
**Oro Valley, AZ 85755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/8/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,456.61 |
|---|---|---|---|

**David Burt**
**1308 Penasco Rd. NE**
**Rio Rancho, NM 87144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/17/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,725.74 |
|---|---|---|---|

**David Carter**
**2487 Sugar Mill Way**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/30/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,727.69 |
|---|---|---|---|

**David Clark**
**269 Macbennett Dr.**
**Williamsburg, KY 40769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/26/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,085.91 |
|---|---|---|---|

**David Connor**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/24/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,058.94 |
|---|---|---|---|

**David Cummings**
**26342 W. Silver Stream**
**Channahon, IL 60410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/5/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|--------|--------------------------|------------------------|----------|
|        | Name                     |                        |          |

---

**3.384** Nonpriority creditor's name and mailing address

**David Cummings**
**3802 Little Bend Rd.**
**Louisville, KY 40241**

Date(s) debt was incurred  **4/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,058.94

---

**3.385** Nonpriority creditor's name and mailing address

**David Davis**
**2368 Saundersville Ferry Mount**
**Mount Juliet, TN 37122**

Date(s) debt was incurred  **3/22/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,365.44

---

**3.386** Nonpriority creditor's name and mailing address

**David Dewyngaert**
**2011 Pine Hill Rd.**
**Winfield, TN 37892**

Date(s) debt was incurred  **9/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,672.13

---

**3.387** Nonpriority creditor's name and mailing address

**David Dragt**
**157 Harvey Teague Road**
**Winston-Salem, NC 27107**

Date(s) debt was incurred  **7/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,393.93

---

**3.388** Nonpriority creditor's name and mailing address

**David Elleman**
**3566 Creamery Bridge Rd.**
**Thompsons Station, TN 37179**

Date(s) debt was incurred  **10/27/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,128.25

---

**3.389** Nonpriority creditor's name and mailing address

**David Erstad**
**3233 Apache Ave.**
**San Diego, CA 92117**

Date(s) debt was incurred  **9/27/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,401.42

---

**3.390** Nonpriority creditor's name and mailing address

**David Flesh**
**1690 Jackson Road**
**Fallbrook, CA 92028**

Date(s) debt was incurred  **3/29/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,919.23

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,350.19 |
|---|---|---|---|

**David Frazier**
**3501 Peppermint Hills Dr.**
**Maryville, TN 37804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/26/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,426.61 |
|---|---|---|---|

**David Gibson**
**3552 Starboard Circle**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/6/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,410.34 |
|---|---|---|---|

**David Hiemstra**
**66 Beaver Tavern Dr.**
**Benson, NC 27504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/16/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,324.00 |
|---|---|---|---|

**David Hsia**
**3412 15th St. N.**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,104.18 |
|---|---|---|---|

**David Jackson**
**6709 Austin Grove Church Rd.**
**Marshville, NC 28103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/14/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,957.65 |
|---|---|---|---|

**David Janik**
**11709 Eleana Dr. NE**
**Albuquerque, NM 87122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/18/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,514.94 |
|---|---|---|---|

**David Kaspary**
**1625 Carnoustie Dr.**
**Pasadena, MD 21122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/17/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.398** | Nonpriority creditor's name and mailing address
**David Klicka**
1110 Viking Dr.
Knoxville, TN 37932

Date(s) debt was incurred  **4/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,099.00**

---

**3.399** | Nonpriority creditor's name and mailing address
**David Lawhorn**
200 Sweetbay Road
Kathleen, GA 31047

Date(s) debt was incurred  **11/9/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,887.92**

---

**3.400** | Nonpriority creditor's name and mailing address
**David Lee**
1970 Mount Pleasant Rd. W
Mount Pleasant, NC 28124

Date(s) debt was incurred  **10/22/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,508.06**

---

**3.401** | Nonpriority creditor's name and mailing address
**David Lee**
3218 Jordan Crossing
Alma, AR 72921

Date(s) debt was incurred  **7/29/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,148.12**

---

**3.402** | Nonpriority creditor's name and mailing address
**David March**
737 W Washington Blvd
Apt. 1702
Chicago, IL 60661

Date(s) debt was incurred  **7/1/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,426.40**

---

**3.403** | Nonpriority creditor's name and mailing address
**David McNeill**
740 Young Road
Stoneville, NC 27048

Date(s) debt was incurred  **7/16/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$4,735.93**

---

**3.404** | Nonpriority creditor's name and mailing address
**David Moore**
956 Interpid Ct.
Del Mar, CA 92014

Date(s) debt was incurred  **7/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,308.07**

---

| Debtor | **Chadley Management Inc.** | Case number *(if known)* | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,184.17** |
|---|---|---|---|

**David Murken**
**5404 La Colonia Dr. NW**
**Albuquerque, NM 87120**

Date(s) debt was incurred  **9/22/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,754.18** |
|---|---|---|---|

**David Owens**
**76 Walnut St.**
**Badin, NC 28009**

Date(s) debt was incurred  **10/4/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,660.98** |
|---|---|---|---|

**David Remkus**
**1755 Umbria Drive.**
**Brentwood, TN 37027**

Date(s) debt was incurred  **3/25/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,481.88** |
|---|---|---|---|

**David Russell**

Date(s) debt was incurred  **7/30/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$999.00** |
|---|---|---|---|

**David Shell**
**309 Dinwiddie Dr.**
**Madison, TN 37115**

Date(s) debt was incurred  **10/4/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,602.63** |
|---|---|---|---|

**David Trimbach**
**145 Philadelphia Rd.**
**Lebanon, TN 37087**

Date(s) debt was incurred  **9/3/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,834.44** |
|---|---|---|---|

**David White**
**31 Bradford Ct.**
**Charles Town, WV 25414**

Date(s) debt was incurred  **6/9/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor      **Chadley Management Inc.**
_____      Case number (if known) __22-50726__
            Name

| | | |
|---|---|---|
| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,218.25 |

**David Williams**
**101 Nutcracker Court**
**Eagleville, TN 37060**

Date(s) debt was incurred  __9/3/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,452.67 |
|---|---|---|---|

**David Worledge**
**7931 Sartan Way NE**
**Albuquerque, NM 87109**

Date(s) debt was incurred  __5/10/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $753.17 |
|---|---|---|---|

**Davio Fryauf**
**3607 Saint Andrews Dr. SE**
**Rio Rancho, NM 87124**

Date(s) debt was incurred  __11/12/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,078.00 |
|---|---|---|---|

**Davis Mccue**
**4850 Woods Pike**
**Pleasureville, KY 40057**

Date(s) debt was incurred  __9/13/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,045.46 |
|---|---|---|---|

**Dawn Stephens**
**2313 Henpeck Lane**
**Franklin, TN 37064**

Date(s) debt was incurred  __8/3/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,249.00 |
|---|---|---|---|

**Dean Porter**
**6681 stonetrace Dr.**
**Bartlett, TN 38135**

Date(s) debt was incurred  __10/1/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,193.93 |
|---|---|---|---|

**Dean Raschke**
**911 N 3rd Ave. St.**
**Charles, IL 60174**

Date(s) debt was incurred  __10/18/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

**3.419** | Nonpriority creditor's name and mailing address

**Deanna Heitschmidt**
2726 Congress Dr.
Murfreesboro, TN 37128

Date(s) debt was incurred  **4/26/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$1,760.56

---

**3.420** | Nonpriority creditor's name and mailing address

**Deanna Popp**
12905 Marissa Ct.
Louisville, KY 40299

Date(s) debt was incurred  **6/25/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$2,408.94

---

**3.421** | Nonpriority creditor's name and mailing address

**Debbie Esquivel**
2175 Copeland Rd. SW
Albuquerque, NM 87105

Date(s) debt was incurred  **7/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$2,909.92

---

**3.422** | Nonpriority creditor's name and mailing address

**Debra Christoffers**
524 N Olive Ave
Fayetteville, AR 72701

Date(s) debt was incurred  **10/18/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$4,589.15

---

**3.423** | Nonpriority creditor's name and mailing address

**Debra Vaughan**
215 Sunset View Ridge
Bryson City, NC 28713

Date(s) debt was incurred  **8/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$3,443.93

---

**3.424** | Nonpriority creditor's name and mailing address

**Deck Blankenbaker LLC**
Attn: Managing Agent
150 Thierman Lane
Louisville, KY 40207

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ☑ No ☐ Yes

$4,478.34

---

**3.425** | Nonpriority creditor's name and mailing address

**Del Shannon**
1034 Lovell View Dr.
Knoxville, TN 37932

Date(s) debt was incurred  **9/1/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$2,159.00

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.426**

**Nonpriority creditor's name and mailing address**
**Delta Bridge Partners, LLC**
**Attn: Managing Agent**
**950 Brickell Bay Drive, Ste 4504**
**Miami, FL 33131**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ☐ No  ☐ Yes

**$174,671.00**

---

**3.427**

**Nonpriority creditor's name and mailing address**
**Demarcus Poe**

Date(s) debt was incurred  **8/6/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,001.13**

---

**3.428**

**Nonpriority creditor's name and mailing address**
**Deniz Emre**
**2223 N. Oak Ct.**
**Arlington, VA 22209**

Date(s) debt was incurred  **5/10/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,079.94**

---

**3.429**

**Nonpriority creditor's name and mailing address**
**Dennis Ealey**
**6104 Heritage Lane**
**Lisle, Il 60532**

Date(s) debt was incurred  **6/16/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,749.18**

---

**3.430**

**Nonpriority creditor's name and mailing address**
**Dennis Lee**
**158 Sugar Tree Knob Rd.**
**Liberty, TN 37095**

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,865.44**

---

**3.431**

**Nonpriority creditor's name and mailing address**
**Dennis Mayfield**
**2733 Lake Valley Dr.**
**Cookeville, TN 38506**

Date(s) debt was incurred  **7/19/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$999.00**

---

**3.432**

**Nonpriority creditor's name and mailing address**
**Dennis Tipton**
**520 Ebenezer Rd.**
**Bluemont, VA 20135**

Date(s) debt was incurred  **7/16/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,058.94**

---

| Debtor | Chadley Management Inc. | | Case number (if known) | 22-50726 |
|---|---|---|---|---|
| | Name | | | |

---

**3.433** | Nonpriority creditor's name and mailing address
**Denny Prier**
333 Fannis Circle
Gallatin, TN 37066

Date(s) debt was incurred **2/12/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,901.81**

---

**3.434** | Nonpriority creditor's name and mailing address
**Derek Crase**
1721  w niona pl
Tucson, AZ 85704

Date(s) debt was incurred **7/7/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,844.71**

---

**3.435** | Nonpriority creditor's name and mailing address
**Derek Main**
1402 Manor Rd.
Columbia, TN 38401

Date(s) debt was incurred **6/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,437.58**

---

**3.436** | Nonpriority creditor's name and mailing address
**Derek Totten**
2806 Lenox Lane
Durham, NC 27703

Date(s) debt was incurred **6/3/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$4,166.93**

---

**3.437** | Nonpriority creditor's name and mailing address
**Diamond Stone Funding**
Attn: Managing Agent
663 East Crescent Avenue
Ramsey, NJ 07446

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business loan**

Is the claim subject to offset? ■ No ☐ Yes

**$58,303.46**

---

**3.438** | Nonpriority creditor's name and mailing address
**Diana Brauer**
7403 Texas Valley Rd.
Knoxville, TN 37938

Date(s) debt was incurred **4/8/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,322.37**

---

**3.439** | Nonpriority creditor's name and mailing address
**Diane Brazelle**
403 O'Neil Drive
Jamestown, NC 27282

Date(s) debt was incurred **8/11/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,321.23**

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.440**

**Nonpriority creditor's name and mailing address**
Dianne Dorton
8106 Strandhill Rd.
Huntersville, NC 28078

Date(s) debt was incurred  6/3/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential consumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$2,060.93**

---

**3.441**

**Nonpriority creditor's name and mailing address**
Dillon Lee
2609 e alta vista st
Tucson, AZ 85716

Date(s) debt was incurred  7/13/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$4,162.11**

---

**3.442**

**Nonpriority creditor's name and mailing address**
Dillon Melton
502 Usher St.
Pageland, SC 29728

Date(s) debt was incurred  4/27/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$2,118.94**

---

**3.443**

**Nonpriority creditor's name and mailing address**
Dipal Patel
12565 Suffield Drive Palos
Palos Hills, IL 60464

Date(s) debt was incurred  5/13/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential consumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$2,915.92**

---

**3.444**

**Nonpriority creditor's name and mailing address**
Doc Holliday
2268 Winder Circle
Franklin, TN 37064

Date(s) debt was incurred  3/31/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$2,799.00**

---

**3.445**

**Nonpriority creditor's name and mailing address**
Dodson
Attn: Managing Agent
P.O. Box 17242
Baltimore, MD 21297

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.446**

**Nonpriority creditor's name and mailing address**
Dogwood Propco I, LP
c/o Dogwood Industrial Properties
307 W. Tremont Avenue, Ste 200
Charlotte, NC 28203

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent

Is the claim subject to offset? ■ No ☐ Yes

**$116,747.83**

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$161.71** |
|---|---|---|---|

**Dominion Energy**
Attn: Managing Agent
P.O. Box 100256
Columbia, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,713.31** |
|---|---|---|---|

**Don Kennedy**
3116 Byington Beaver Ridge Rd.
Knoxville, TN 37931

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/29/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,692.88** |
|---|---|---|---|

**Don Stiebohr**
2314 Murano Dr.
Murfreesboro, TN 37128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/25/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,274.31** |
|---|---|---|---|

**Don Voss**
11816 Baccarat NE
Albuquerque, NM 87111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/9/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,190.19** |
|---|---|---|---|

**Donald Fincher**
3043 Crosswinds Lane
Sevierville, TN 37876

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/9/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,472.56** |
|---|---|---|---|

**Donald Goncher**
204 W. Cherokee Ave
Shabbona, IL 60550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/6/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,171.83** |
|---|---|---|---|

**Donald Holland**
18015 s placita del Florero
Sahuarita, AZ 85629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/6/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Chadley Management Inc.**                                    Case number (if known)    **22-50726**
_____
Name

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,746.53 |

**Donald Metcalf**
**12516 Spring Falls Ct.**
**Louisville, KY 40229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,429.42 |

**Donna Cueroni**
**2461 Mountain Dr.**
**Lenoir City, TN 37772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/19/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,051.93 |

**Donna Turner**
**37983 Trinity Cir.**
**New London, NC 28127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,319.84 |

**Donnie Mils**
**2193 Burgin Drive**
**Thompsons Station, TN 37179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/29/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,464.53 |

**Donnie Moore**
**3484 County Down Ave**
**Kannapolis, NC 28081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,241.06 |

**Doreen Shelton**
**1830 Wood Oak Dr.**
**Cordova, TN 38016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,539.73 |

**Doug Foley**
**591 Ken Lane**
**Ridgeway, VA 24148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/5/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

**3.461** | **Nonpriority creditor's name and mailing address**

**Doug Robison**
4125 Andrew Dr.
Floyds Knobs, IN 47119

Date(s) debt was incurred  8/19/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,590.84

---

**3.462** | **Nonpriority creditor's name and mailing address**

**Douglas Johnston**
2066 Taffrail Dr.
Lenoir City, TN 37772

Date(s) debt was incurred  6/30/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,945.25

---

**3.463** | **Nonpriority creditor's name and mailing address**

**Douglas Outdoor**
Attn: Managing Agent
P.O. Box 31609
Knoxville, TN 37930

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,100.00

---

**3.464** | **Nonpriority creditor's name and mailing address**

**Douglas Seals**
3000 S. Randolph St.
Arlington, VA 22206

Date(s) debt was incurred  9/13/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$766.37

---

**3.465** | **Nonpriority creditor's name and mailing address**

**Douglas Smith**
10616 East Coast Tellico Parkway
Greenback, TN 37742

Date(s) debt was incurred  10/25/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,863.31

---

**3.466** | **Nonpriority creditor's name and mailing address**

**Douglas Taylor**
2030 Cliff Dr.
Rio Rancho, NM 87144

Date(s) debt was incurred  5/5/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$861.92

---

**3.467** | **Nonpriority creditor's name and mailing address**

**Douglas Williams**
16353 Covey Cir.
Amissville, VA 20106

Date(s) debt was incurred  3/29/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,330.94

---

Debtor   **Chadley Management Inc.**                                    Case number (if known)   **22-50726**
_____
Name

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,637.03 |
|---|---|---|---|

**Drew Borowski**
**216 Princeton Dr.**
**Lebanon, TN 37087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,570.15 |
|---|---|---|---|

**Drew Middleton**
**4619 Northridge Circle**
**Crestwood, KY 40014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/24/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,785.18 |
|---|---|---|---|

**Drew Sharpe**
**2350 Phifer Road**
**Cleveland, NC 27013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/24/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,845.96 |
|---|---|---|---|

**Drussie Meier**
**26871 S 622 Ln.**
**Grove, OK 74344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/9/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.82 |
|---|---|---|---|

**Duke Energy**
**Attn: Managing Agent**
**P.O. Box 1094**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,042.86 |
|---|---|---|---|

**Dusk Lemartz**
**567 S Sierra Ave.**
**#76**
**Solana Beach, Ca 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/28/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,667.92 |
|---|---|---|---|

**Dustin Howard**
**1422 Rebie Rd.**
**Dudley, GA 31022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/7/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Chadley Management Inc.**                                     Case number (if known)   **22-50726**
_____
Name

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,020.31**

**Dustin Joseph**
**321 Dobson Branch Trail**
**Nolensville, TN 37135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/12/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,103.71**

**Dwight Brown**
**3068 Norris Freeway**
**Andersonville, TN 37705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/9/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,779.00**

**Dwight Brungard**
**717 Twin Leaf Rd.**
**Collierville, TN 38017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/5/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,190.19**

**Dylan Bradley**
**145 Upper Clear Creek Rd.**
**Andersonville, TN 37705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/7/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.479** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,154.97**

**Dylan Summerhill**
**404 Wilis Way**
**Columbia, TN 38401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,436.74**

**Dylan Zachary**
**1008 Country Side Lane**
**Yadkinville, NC 27055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/19/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,172,250.00**

**Dynasty Capital 26 LLC**
**Attn: Managing Agent**
**96-14 MMetropolitan Ave, 2nd Fl**
**Forest Hills, NY 11375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|

Name

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,312.93 |
|---|---|---|---|

**Ed Broaddus**
1515 Laughridge Dr.
Cary, NC 27511

Date(s) debt was incurred  **10/1/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,432.73 |
|---|---|---|---|

**Ed Drabic**
7036 Kitty Hawk Lane
Indian Land, SC 29707

Date(s) debt was incurred  **3/15/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,120.78 |
|---|---|---|---|

**Ed Grossman**
7422 W. Choctaw Rd.
Palos Heights, IL 60463

Date(s) debt was incurred  **7/2/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,506.18 |
|---|---|---|---|

**Ed Robertson**
7313 Shellford Drive
Greensboro, NC 27406

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eddie C Juardo**
8109 Indian School Rd. NE
Albuquerque, NM 87110

Date(s) debt was incurred  **5/7/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,020.82 |
|---|---|---|---|

**Eddie Green**
318 Lawrence Ave
Chapel Hill, TN 37034

Date(s) debt was incurred  **7/7/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,973.38 |
|---|---|---|---|

**Edelmiro Arroyo**
7042 Harriswood lane.
Murfreesboro, TN 37129

Date(s) debt was incurred  **3/26/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.489** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,309.59**

**Edgar Penaranda**
**3005 Ora Lane Spring**
**Spring Hill, TN 37174**

Date(s) debt was incurred  **6/18/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,490.07**

**Edmund Becker**
**14621 Stone Chase Way**
**Centerville, VA 20121**

Date(s) debt was incurred  **6/24/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,912.92**

**Edward Espinosa**
**6301 Alameda Blvd.**
**Albuquerque, NM 87113**

Date(s) debt was incurred  **3/31/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,308.94**

**Edward Martin**
**1108 Blackthorn Rd.**
**Louisville, KY 40299**

Date(s) debt was incurred  **9/20/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.493** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,124.00**

**Edward Nall**
**352 Mingo Way**
**Loudon, TN 37774**

Date(s) debt was incurred  **5/24/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$799.00**

**Edwin Lawrence**
**299 Harris Lane**
**Apt. S308**
**Gallatin, TN 37066**

Date(s) debt was incurred  **7/15/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,719.21**

**Eli Jenkins**
**146 Brookdale Drive**
**Advance, NC 27006**

Date(s) debt was incurred  **6/23/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,027.69 |

**Elias Gamboa**
**5 W Lexington Circle**
**Yorkville, IL 60560**

Date(s) debt was incurred  __8/25/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,849.89 |

**Elijah Fitts**
**116 Wynbrook Court**
**Winston-Salem, NC 27103**

Date(s) debt was incurred  __7/9/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,128.17 |

**Elizabeth Adams**
**1639 Costilla Rd. NE Rio**
**Rio Rancho, NM 87144**

Date(s) debt was incurred  __8/31/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.94 |

**Emily Maclean**
**201 W Uhler Ter.**
**Alexandria, VA 22301**

Date(s) debt was incurred  __11/3/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $699.30 |

**Enrique Delval**
**896 PASSI FLORA AveNUE**
**ENCINITAS, CA 92024**

Date(s) debt was incurred  __7/16/2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**Entergy**
**Attn: Managing Agent**
**P.O. Box 8101**
**Baton Rouge, LA 70891**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,955.67 |

**Epicor Software Corporation**
**Attn: Managing Agent**
**804 Las Cimas Parkway**
**Austin, TX 78746**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Chadley Management Inc.**
_____
Name

Case number (if known) **22-50726**

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,801.00 |

**Epiq RE Partners**
**Attn: Managing Agent**
**P.O. Box 841623**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,508.00 |

**EREP Forest Hill I, LLC**
**Attn: Managing Agent**
**626 Congress Ave, Ste 1925**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,192.88 |

**Eric Chandler**
**5118 Victoria Cove**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/12/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,482.67 |

**Eric Childress**
**7619 Lenox Trace Drive**
**Hixson, TN 37343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/19/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,619.00 |

**Eric Eagleson**
**417 Carl Miller Dr.**
**Antioch, TN 37013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/25/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,462.99 |

**Eric Farquharson**
**11800 Oakwood Dr.**
**Woodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/21/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,899.00 |

**Eric Gilley**
**406 Berry Circle**
**Springfield, TN 37172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/25/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.510** | Nonpriority creditor's name and mailing address
Eric Jackson
6010 Rooster Point Rd. NE
Rio Rancho, NM 87144

Date(s) debt was incurred  **9/16/2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,448.67**

---

**3.511** | Nonpriority creditor's name and mailing address
Eric Kinslow
108 N. Public Square
Alexandria, TN 37012

Date(s) debt was incurred  **8/2/2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,945.69**

---

**3.512** | Nonpriority creditor's name and mailing address
Eric Sandoval
10336 Round Up Pl SW
Albuquerque, NM 87121

Date(s) debt was incurred  **8/10/2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,508.36**

---

**3.513** | Nonpriority creditor's name and mailing address
Eric Solarchick
4064 Cressida Pl.
Woodbridge, VA 22192

Date(s) debt was incurred  **10/22/2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,655.94**

---

**3.514** | Nonpriority creditor's name and mailing address
Eric Theison
257 West Stephanie
Cortland, IL 60112

Date(s) debt was incurred  **7/12/2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,673.12**

---

**3.515** | Nonpriority creditor's name and mailing address
Erik Jensen
# 4 Canyon Del Agua Rd.
Plactias, NM 87043

Date(s) debt was incurred  **6/29/2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$929.05**

---

**3.516** | Nonpriority creditor's name and mailing address
Ethan Colborn
17242 Prado Rd.
San Diego, CA 92128

Date(s) debt was incurred  **8/6/2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,410.40**

---

Debtor  **Chadley Management Inc.**                                    Case number (if known)    22-50726
_____                                                    _____
Name

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,396.23 |

**3.517** **Nonpriority creditor's name and mailing address**

**Ethan Sparks**
**110 Cypress Lane**
**Granite Falls, NC 28630**

Date(s) debt was incurred  **9/6/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,396.23**

---

**3.518** **Nonpriority creditor's name and mailing address**

**Eugene Torres**
**1653 15Th Ave.SE**
**Rio Rancho, NM 87124**

Date(s) debt was incurred  **8/20/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,692.67**

---

**3.519** **Nonpriority creditor's name and mailing address**

**Eugene Yio**
**309 Western Drive  North**
**Aurora, Il 60542**

Date(s) debt was incurred  **11/3/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,124.27**

---

**3.520** **Nonpriority creditor's name and mailing address**

**Eva Powers**
**182 Powell Dr.**
**Loudon, TN 37774**

Date(s) debt was incurred  **8/6/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$4,728.69**

---

**3.521** **Nonpriority creditor's name and mailing address**

**Everett Stotesbury**
**49428 River Run Rd.**
**Albemarle, NC 28001**

Date(s) debt was incurred  **7/12/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,396.23**

---

**3.522** **Nonpriority creditor's name and mailing address**

**Faviola Cruz**
**816 Phelps Rd.**
**Hillsborough, NC 27278**

Date(s) debt was incurred  **5/13/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,984.48**

---

**3.523** **Nonpriority creditor's name and mailing address**

**Federal Realty Investment Trust**
**Attn: Managing Agent**
**909 Rose Avenue, Suite 200**
**North Bethesda, MD 20852**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$4,617.94**

---

| Debtor | **Chadley Management Inc.** | Case number *(if known)* | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Fish Window**
Attn: Managing Agent
5710-K Gate City Blvd.
Greensboro, NC 27407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179.97** |
|---|---|---|---|

**Five Alarm Security**
Attn: Managing Agent
P.O. Box 428
Bedford Park, IL 60499

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,630.67** |
|---|---|---|---|

**Fox Management**
Attn: Managing Agent
4001 Middlebrook Pike
Knoxville, TN 37921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,152.31** |
|---|---|---|---|

**FR Linden Square, Inc.**
c/o Federal Realty Investment Trust
909 Rose Avenue, Ste 200
North Bethedsa, MD 20852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,096.78** |
|---|---|---|---|

**Francis Gacon**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/24/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,258.20** |
|---|---|---|---|

**Frank Chiaramonte**
215 Tierra De Corales
Corrales, NM 87048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/17/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,139.00** |
|---|---|---|---|

**Frank Digiovanni**
6915 32nd St NW
Washington, DC 20015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/28/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,400.44 |
|---|---|---|---|

**Frank Hilgendorf**
**2603 Salem Creek Dr.**
**Murfreesboro, TN 37128**

Date(s) debt was incurred  5/10/2022

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,560.14 |
|---|---|---|---|

**Frank Kresica**
**5401 Gilbert LaGrange**
**Highlands, Il 60525**

Date(s) debt was incurred  4/29/2022

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,297.27 |
|---|---|---|---|

**Frank Lehr**
**424 Old Orchard Dr.**
**Lascassas, TN 37085**

Date(s) debt was incurred  8/2/2022

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,461.14 |
|---|---|---|---|

**Frank Soverino**
**135 Locksley Dr.**
**Streamwood, IL 60107**

Date(s) debt was incurred  9/3/2022

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,334.38 |
|---|---|---|---|

**Frank Venaglia**
**320 W River St.**
**Red River, NM 87558**

Date(s) debt was incurred  8/3/2022

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,048.03 |
|---|---|---|---|

**Fred Heffner**
**5308 Thorncliff Dr.**
**Greensboro, NC 27410**

Date(s) debt was incurred  7/1/2022

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,175.93 |
|---|---|---|---|

**Fred Maray**
**4406 Lespedeza Ct.**
**Amissville, VA 20106**

Date(s) debt was incurred  10/18/2022

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Chadley Management Inc.**                                     Case number (if known) **22-50726**
_____
Name

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,191.49 |

3.538 | **Nonpriority creditor's name and mailing address**
**Fred Smith**
**326 Cornwallis Drive**
**Mocksville, NC 27028**

Date(s) debt was incurred  **8/24/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$4,191.49

---

3.539 | **Nonpriority creditor's name and mailing address**
**Freddie Young**
**6209 Sweetwater Dr. NW**
**Albuquerque, NM 87120**

Date(s) debt was incurred  **7/22/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,131.24

---

3.540 | **Nonpriority creditor's name and mailing address**
**Frontline Real Estate Partners**
**Attn: Managing Agent**
**477 Elm Place**
**Highland Park, IL 60035**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

$9,330.02

---

3.541 | **Nonpriority creditor's name and mailing address**
**Fundonatic**
**Attn: Managing Agent**
**20200 W Dixie Hwy, Ste 908**
**Miami, FL 33180**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business loan**

Is the claim subject to offset? ■ No  ☐ Yes

$329,951.50

---

3.542 | **Nonpriority creditor's name and mailing address**
**Garland Poindexter**
**396 Quaker Church Road**
**Siloam, NC 27047**

Date(s) debt was incurred  **10/29/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$4,776.37

---

3.543 | **Nonpriority creditor's name and mailing address**
**Garland Spears**
**691 s 9th Ave**
**Tucson, AZ 85701**

Date(s) debt was incurred  **6/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,041.41

---

3.544 | **Nonpriority creditor's name and mailing address**
**Garrett Frey**
**1013 Stallings Glen Rd.**
**Raleigh, NC 27603**

Date(s) debt was incurred  **3/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,396.77

| Debtor | **Chadley Management Inc.** | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.545**

Nonpriority creditor's name and mailing address
**Garrett Schaner**
**5630 Murfreesboro Rd.**
**Lebanon, TN 37090**

Date(s) debt was incurred  **10/6/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,928.25

---

**3.546**

Nonpriority creditor's name and mailing address
**Garrett Thorne**
**455 S. Ray Rd.**
**Portland, TN 37148**

Date(s) debt was incurred  **5/28/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,447.75

---

**3.547**

Nonpriority creditor's name and mailing address
**Garrick Rumley**
**3524 Cherry Valley Dr.**
**Olney, MD 20832**

Date(s) debt was incurred  **2/26/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,567.31

---

**3.548**

Nonpriority creditor's name and mailing address
**Garry Herzog**
**1011 West Bank Dr.**
**Hendersonville, TN 37075**

Date(s) debt was incurred  **8/26/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,889.00

---

**3.549**

Nonpriority creditor's name and mailing address
**Garry Simons**
**726 Latrob way**
**Macon, GA 31220**

Date(s) debt was incurred  **10/1/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,136.92

---

**3.550**

Nonpriority creditor's name and mailing address
**Gary Edwards**
**P.O. Box 10**
**Southmont, NC 27351**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$125.00

---

**3.551**

Nonpriority creditor's name and mailing address
**Gary Elliott**
**414 Nevis Dr.**
**Elizabethtown, KY 42701**

Date(s) debt was incurred  **2/26/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,408.94

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,418.00** |
|---|---|---|---|

**Gary Grubb**
**1518 Summey Town Road**
**Trinity, NC 27370**

Date(s) debt was incurred  2/26/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,244.44** |
|---|---|---|---|

**Gary Kistner**
**12407 Trophy Place**
**Louisville, KY 40299**

Date(s) debt was incurred  9/8/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,376.40** |
|---|---|---|---|

**Gary Pickens**
**110 Willard St.**
**Maryville, TN 37803**

Date(s) debt was incurred  7/21/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,527.90** |
|---|---|---|---|

**Gary Teune**
**5239 W. Belle Plaine Ave**
**Chicago, Il 60641**

Date(s) debt was incurred  8/6/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,910.15** |
|---|---|---|---|

**Gene Marshall**
**5401 Merribrook Ln.**
**Prospect, KY 40059**

Date(s) debt was incurred  9/9/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,474.00** |
|---|---|---|---|

**Geoff Willis**
**44317 Lord Fairfax Pl.**
**Ashburn, VA 20147**

Date(s) debt was incurred  9/7/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,645.92** |
|---|---|---|---|

**Geoffrey Engel**
**2800 N. Lake Shore Dr.**
**#1902**
**Chicago, IL 60657**

Date(s) debt was incurred  4/19/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Chadley Management Inc. | | Case number (if known) | 22-50726 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,224.00 |
|---|---|---|---|

George Alston
1771 Candle Ridge Drive
Cordova, TN 38016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/2022**

Basis for the claim:  **Potential consumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,924.93 |
|---|---|---|---|

George Beauchamp
3240 Woodland Trace W
Southaven, MS 38672

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/21/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,014.94 |
|---|---|---|---|

George Brown
5422 Manfield Way
Charlestown, IN 47111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,335.91 |
|---|---|---|---|

George Gilbert
7751 e fairmount st
Tucson, AZ 85715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.50 |
|---|---|---|---|

Georgia Power
Attn: Managing Agent
96 Annex
Atlanta, GA 30396

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,407.20 |
|---|---|---|---|

Gerald Williams
133 Galax Dr.
Statesville, NC 28677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/18/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,182.18 |
|---|---|---|---|

Gerald Zimbro
1588 Lake Country Dr.
Asheboro, NC 27205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.566** | Nonpriority creditor's name and mailing address | | $2,477.17

**Gladis Marcado**
**7424 Aster Rd. SW**
**Albuquerque, NM 87121**

Date(s) debt was incurred  **10/21/2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.567** | Nonpriority creditor's name and mailing address | | $2,343.86

**Glen Bonin**
**2888 Lake Shore Rd.**
**Denver, NC 28037**

Date(s) debt was incurred  **9/6/2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.568** | Nonpriority creditor's name and mailing address | | $1,378.09

**Glen Daughtery**
**9434 Trails End Rd.**
**Knoxville, TN 37931**

Date(s) debt was incurred  **6/17/2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.569** | Nonpriority creditor's name and mailing address | | $2,226.16

**Glen James**
**7445 w balcony bay Dr.**
**Tucson, AZ 85743**

Date(s) debt was incurred  **8/6/2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.570** | Nonpriority creditor's name and mailing address | | $11,746.39

**Glenn Atkins**
**315 Ireland St.**
**Springdale, AR 72762**

Date(s) debt was incurred  **8/20/2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.571** | Nonpriority creditor's name and mailing address | | $3,534.58

**Glenn Longey**
**1208 Seymour Dr.**
**Pleasant View, TN 37146**

Date(s) debt was incurred  **4/14/2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.572** | Nonpriority creditor's name and mailing address | | $1,362.10

**Glenn Newman**
**15290 Lodge Ter.**
**Woodbridge, VA 22191**

Date(s) debt was incurred  **10/7/2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **Chadley Management Inc.**                                      Case number (if known)   **22-50726**
_____
Name

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,131.84** |

**Golden Eagle Real Estate Investment, LP**
**Attn: Managing Agent**
**2775 Via de la Valle, #200**
**Del Mar, CA 92014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,337.03** |

**Graham Ritchie**
**308 Boddington Lane**
**Antioch, TN 37013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/23/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,296.00** |

**Graphic Alliance**
**Attn: Managing Agent**
**600 Northgate Parkway, Ste G**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,447.75** |

**Grayson Huggins**
**2319 HWY 54 E**
**Covington, TN 38019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __7/28/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$381.60** |

**Great American**
**Attn: Managing Agent**
**P.O. Box 660831**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,865.69** |

**Greg Baird**
**1923 Kittemer Lane**
**Spring Hill, TN 37174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/29/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,261.25** |

**Greg Edwards**
**131 Rabbit Run**
**Roaring Gap, NC 28668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __5/7/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,592.37 |
|---|---|---|---|

**Greg Endicott**
7706 Briza Placida
San Diego, CA 92127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/13/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,452.43 |
|---|---|---|---|

**Greg Sandack**
2544 Sun Valley Road
Lisle, IL 60532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/13/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,536.00 |
|---|---|---|---|

**Greg Snyder**
809 Mount Harmony Rd.
Niota, TN 37826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,082.88 |
|---|---|---|---|

**Greg Valenza**
10 Entrada Descanso
Santa Fe, NM 87506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/27/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,691.06 |
|---|---|---|---|

**Greg Whitmer**
607 Open Range Rd.
Spencer, TN 38585

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/21/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,150.61 |
|---|---|---|---|

**Gregg Raineri**
4460 Brisbane Way
Oceanside, CA 92058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/3/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,533.94 |
|---|---|---|---|

**Gregory Mesack**
44200 Lavin Ln.
Chantilly, VA 20152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/9/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Chadley Management Inc.**                                    Case number (if known)    22-50726

Name

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,335.93 |

**Gus Grega**
**319 Dunaway Rd.**
**Lebanon, TN 37090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/24/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,813.92 |

**Gus Warren**
**8 Tioga Trail**
**Lake Barrington, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,620.44 |

**Gusta Lucini**
**47832 Saulty Rd.**
**Sterling, VA 20165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,099.19 |

**Hank Huffman**
**7505 Window Peak Rd. NW**
**Albuquerque, NM 87114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/5/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,191.06 |

**Harold Geick**
**258 Highland Trace**
**Sewanee, TN 37375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/12/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,074.12 |

**Harry Andria Geanuleas**
**240 Greenleaf Ave**
**Wilmette, IL 60091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/15/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,153.63 |

**Harry Gaines**
**5438 E Pointe Dr.**
**Southaven, MS 38672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,170.43** |
|---|---|---|---|

**Harry Grant**
**111 Conrad Road**
**Lewisville, NC 27023**

Date(s) debt was incurred  __2/26/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,624.02** |
|---|---|---|---|

**Harry Partridge**
**2624 Unionville - Indian Trail Rd. W**
**Indian Trail, NC 28079**

Date(s) debt was incurred  __4/5/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,162.18** |
|---|---|---|---|

**Harry Tompary**
**2648 W Winnemac**
**Chicago, IL 60625**

Date(s) debt was incurred  __8/6/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,328.92** |
|---|---|---|---|

**Harry Young**
**1458 Juliette Rd.**
**Forsyth, GA 31029**

Date(s) debt was incurred  __10/7/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$899.00** |
|---|---|---|---|

**Hart Armstrong**
**1304 Plymouth Ave**
**Nashville, TN 37216**

Date(s) debt was incurred  __7/19/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,853.44** |
|---|---|---|---|

**Hasani Isom**
**5037 Rushlight Path**
**Columbia, MD 21044**

Date(s) debt was incurred  __10/4/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,857.21** |
|---|---|---|---|

**Heath Allen**
**2456n. Southwick Dr**
**Fayetteville, AR 72704**

Date(s) debt was incurred  __9/10/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.601** | **Nonpriority creditor's name and mailing address**

**Heath Bush**
**843 Pleasant Cross Road**
**Asheboro, NC 27205**

Date(s) debt was incurred  **8/6/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$9,051.13

---

**3.602** | **Nonpriority creditor's name and mailing address**

**Heidi Lawton**
**912 Burr Oak Court**
**Oakbrook, IL 60523**

Date(s) debt was incurred  **4/20/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,511.92

---

**3.603** | **Nonpriority creditor's name and mailing address**

**Helen Callus**
**70 Arts Circle Drive**
**Evanston, IL 60208**

Date(s) debt was incurred  **6/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,079.92

---

**3.604** | **Nonpriority creditor's name and mailing address**

**Henry Barron**
**2 Lockhart Pl**
**Bella Vista, AR 72715**

Date(s) debt was incurred  **9/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,703.91

---

**3.605** | **Nonpriority creditor's name and mailing address**

**Herbert Crum**
**4784 Cedar Ridge**
**Springdale, AR 72764**

Date(s) debt was incurred  **7/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,534.62

---

**3.606** | **Nonpriority creditor's name and mailing address**

**Herbert Newman**
**215 Barney Venable Rd.**
**Pilot Mountain, NC 27041**

Date(s) debt was incurred  **5/24/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,833.33

---

**3.607** | **Nonpriority creditor's name and mailing address**

**Herman Johnson**
**1304 20th Ave.NE**
**Rio Rancho, NM 87124**

Date(s) debt was incurred  **7/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,131.38

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.608** | Nonpriority creditor's name and mailing address

**Hillcrest Holdings, LLC**
**Attn: Managing Agent**
**P.O. Box 564**
**Johnson, AR 72741**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$3,391.65**

---

**3.609** | Nonpriority creditor's name and mailing address

**Hintz Chaddick LLC**
**c/o CSJ Investments LLC**
**551 Roosevelt Road, #90**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$15,425.16**

---

**3.610** | Nonpriority creditor's name and mailing address

**Holly Powell**
**513 Stonehenge Dr.**
**Mount Juliet, TN 37122**

Date(s) debt was incurred __8/27/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$1,165.44**

---

**3.611** | Nonpriority creditor's name and mailing address

**Horton Group/Glenn Horton**
**10320 Orland parkway**
**Orland Park, IL 60467**

Date(s) debt was incurred __7/19/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$4,967.93**

---

**3.612** | Nonpriority creditor's name and mailing address

**Hugh Ordonez**
**536 Kingsbrooke Crossing**
**Bolingbrook, IL 60440**

Date(s) debt was incurred __6/1/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$1,073.93**

---

**3.613** | Nonpriority creditor's name and mailing address

**Hunter Gough**
**3360 Courthouse Rd.**
**Louisa, VA 23093**

Date(s) debt was incurred __11/5/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$4,320.44**

---

**3.614** | Nonpriority creditor's name and mailing address

**Hunter Pinkerton**
**205 Baptist Church Rd.**
**Eagleville, TN 37060**

Date(s) debt was incurred __6/28/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$6,835.69**

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,158.43 |
|---|---|---|---|
| | **Ian Bass**<br>**102 Cassablanca Ct.**<br>**Cary, NC 27519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/17/2022 | Basis for the claim:  **Potential comsumer claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154.79 |
|---|---|---|---|
| | **IdeaCom**<br>**Attn: Managing Agent**<br>**6522 Airport Center Drive**<br>**Greensboro, NC 27409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,076.42 |
|---|---|---|---|
| | **Ignacio Venegas**<br>**2158 Buena Creek Rd.**<br>**Visat, CA 92084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/17/2022 | Basis for the claim:  **Potential comsumer claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,795.12 |
|---|---|---|---|
| | **Igor Motkalyuk**<br>**1850 Duffy Lane**<br>**Bannockburn, IL 60015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/25/2022 | Basis for the claim:  **Potential comsumer claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479,231.30 |
|---|---|---|---|
| | **Infusion Capital Group**<br>**Attn: Managing Agent**<br>**40 Wall Street, 28th Floor, # 2765**<br>**New York, NY 10005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,857.89 |
|---|---|---|---|
| | **Irene Chavira**<br>**2700 Vusta Grande Dr. NW #**<br>**Albuquerque, NM 87120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/28/2022 | Basis for the claim:  **Potential comsumer claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $753.17 |
|---|---|---|---|
| | **J.J. Kopko**<br>**12819 Via Grimaldi**<br>**Del Mar, CA 92014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/15/2022 | Basis for the claim:  **Potential comsumer claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|--------|-------------------------|------------------------|----------|
|        | Name                    |                        |          |

---

**3.622** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,770.31**

Jack Boone
106 Ridley St.
Smyrna, TN 37167

Date(s) debt was incurred  **6/7/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.623** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,599.00**

Jack Young
587 Sulphur Springs Rd.
Clinton, TN 37716

Date(s) debt was incurred  **4/9/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.624** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,337.07**

Jackie Stone
4228 Aesop Ave
Springdale, AR 72762

Date(s) debt was incurred  **8/6/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.625** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,639.44**

Jacob Meehan
1814 N CO Rd. W West
West Baden, IN 47469

Date(s) debt was incurred  **3/26/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.626** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.09**

Jacob Pickett
3071 E fox Run Way
San Diego, CA 92111

Date(s) debt was incurred  **9/2/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.627** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,927.19**

Jacob Poersch
7330 Remagen Lane
Knoxville, TN 37920

Date(s) debt was incurred  **10/11/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.628** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,294.85**

Jacob Riis
8308 s long r ranch pl
Vail, AZ 85641

Date(s) debt was incurred  **9/9/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Chadley Management Inc.**                                      Case number (if known)   **22-50726**
_____
Name

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,767.05** |
|---|---|---|---|

**Jacob Spiers**
**4380 Argyle Lane**
**McHenry, IL 60050**

Date(s) debt was incurred  **10/1/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,744.44** |
|---|---|---|---|

**Jag Ajjampur**
**315 Crescent Spring Drive**
**Louisville, KY 40206**

Date(s) debt was incurred  **9/1/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,138.36** |
|---|---|---|---|

**Jaimie Pinchen**
**948 Estes Dr.**
**Pea Ridge, AR 72751**

Date(s) debt was incurred  **8/3/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,299.20** |
|---|---|---|---|

**Jake Hale**
**376 Bonkin Lake Road**
**Mocksville, NC 27028**

Date(s) debt was incurred  **6/1/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,727.45** |
|---|---|---|---|

**Jake Harchick**
**430 n Chaparral Dr.**
**Oracle, AZ 85623**

Date(s) debt was incurred  **5/24/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,312.93** |
|---|---|---|---|

**Jake Joyner**
**313 Twin Valley Drive**
**Clemmons, NC 27012**

Date(s) debt was incurred  **6/16/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,033.84** |
|---|---|---|---|

**Jake Whatley**
**631 Cyan Ct. NW**
**Albuquerque, NM 87120**

Date(s) debt was incurred  **8/25/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,966.41** |
|---|---|---|---|

**James A Daube**
**5701 n placita del trueno**
**Tucson, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/6/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,607.71** |
|---|---|---|---|

**James Andrews**
**1402 Iron Drive**
**Mebane, NC 27302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/5/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,175.19** |
|---|---|---|---|

**James Baker**
**715 Farmington Dr.**
**Lebanon, TN 37087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/7/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,585.14** |
|---|---|---|---|

**James Beaudet III**
**2169 Chihuahua Rd. NE**
**Rio Rancho, NM 87144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/23/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,539.10** |
|---|---|---|---|

**James Brasfield**
**211 Ernest Dr.**
**Lebanon, TN 37087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/23/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,099.00** |
|---|---|---|---|

**James Byrd**
**205 Cora Beth Court**
**Lascassas, TN 37085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,398.93** |
|---|---|---|---|

**James Carpenter**
**190 Plantation Rd.**
**Gray, GA 31032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/21/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Chadley Management Inc.**                                    Case number (if known)  **22-50726**
        Name

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,694.42 |
|---|---|---|---|

**James Cobb**
**8731 Placitas Roca Rd. NW**
**Albuquerque, NM 87120**

Date(s) debt was incurred  **9/30/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,085.91 |
|---|---|---|---|

**James D**

Date(s) debt was incurred  **6/15/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,403.22 |
|---|---|---|---|

**James Darr**
**115 Somerton Ct.**
**Stephens City, VA 22655**

Date(s) debt was incurred  **4/27/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,699.72 |
|---|---|---|---|

**James Dean**
**3007 Kedzie Dr.**
**Murfreesboro, TN 37128**

Date(s) debt was incurred  **9/20/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.44 |
|---|---|---|---|

**James Estes**
**736 Elkmont Rd.**
**Knoxville, TN 37922**

Date(s) debt was incurred  **6/18/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $929.05 |
|---|---|---|---|

**James Harrell**
**836 Nakomis Dr.**
**Albuquerque, NM 87123**

Date(s) debt was incurred  **6/29/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,455.43 |
|---|---|---|---|

**James Helms**
**714 Tammy Dr.**
**Monroe, NC 28110**

Date(s) debt was incurred  **9/10/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,148.38** |
|---|---|---|---|

**James Johnson**
**23 W 512 Woodworth PL**
**Roselle, IL 60172**

Date(s) debt was incurred  **11/2/2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,454.97** |
|---|---|---|---|

**James King**
**2355 Locke Creek Rd.**
**Readyville, TN 37149**

Date(s) debt was incurred  **6/2/2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,906.94** |
|---|---|---|---|

**James Kirkpatrick**
**12935 Oak Lawn Pl.**
**Herndon, VA 20171**

Date(s) debt was incurred  **6/28/2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,803.93** |
|---|---|---|---|

**James Lindquist**
**One East Progress Road**
**Lombard, IL 60148**

Date(s) debt was incurred  **9/27/2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,274.06** |
|---|---|---|---|

**James Makemson**
**543 Carrington Blvd**
**Lenoir City, TN 37771**

Date(s) debt was incurred  **9/9/2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,182.18** |
|---|---|---|---|

**James Martinez**
**121 Kellams Creek Ct.**
**Greensboro, NC 27455**

Date(s) debt was incurred  **4/1/2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,594.44** |
|---|---|---|---|

**James Mathena**
**104 Sidney Ct.**
**New Albany, IN 47150**

Date(s) debt was incurred  **2/16/2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|

Name

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,128.47 |
|---|---|---|---|

**James Mckenzie**
**7501 Mission Rd.**
**Mount Pleasant, NC 28124**

Date(s) debt was incurred  **6/11/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,366.43 |
|---|---|---|---|

**James Moore**
**2994 Dick Holeman Rd.**
**Timberlake, NC 27583**

Date(s) debt was incurred  **7/20/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,344.84 |
|---|---|---|---|

**James Moore**
**1901 Woodruff Ave**
**Greenbrier, TN 37073**

Date(s) debt was incurred  **3/12/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,139.53 |
|---|---|---|---|

**James Paugh**
**1923 E Hope St**
**St Mesa, AZ 85203**

Date(s) debt was incurred  **8/2/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,465.44 |
|---|---|---|---|

**James Pergande**
**2433 Ravine Dr.**
**Nashville, TN 37217**

Date(s) debt was incurred  **5/17/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,249.00 |
|---|---|---|---|

**James Ruland**
**9002 Ruby Lockhart Blvd.**
**Lanham, MD 20706**

Date(s) debt was incurred  **7/26/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,952.11 |
|---|---|---|---|

**James Stewart**
**629 Abington Dr.**
**Concord, NC 28025**

Date(s) debt was incurred  **4/13/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,276.93 |
|---|---|---|---|

**James Tardiff**
**1501 Crutchfield Road**
**Reidsville, NC 27320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/13/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,887.75 |
|---|---|---|---|

**James Thurston**
**3425 Howard Rd.**
**Murfreesboro, TN 37127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/11/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,155.38 |
|---|---|---|---|

**James Tucker**
**6738 HWY 62 W**
**Pocahontas, AR 72455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/20/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,868.29 |
|---|---|---|---|

**James Voss**
**10129 Diamond Head Ct. Spring**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/20/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,450.18 |
|---|---|---|---|

**James Wagner**
**37 N Brainard Ave.**
**Apt. 5**
**La Grange, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/9/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,547.75 |
|---|---|---|---|

**James Walker**
**116 Romie Dr.**
**Jackson, TN 38305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/14/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,132.05 |
|---|---|---|---|

**James Walker**
**1867 Goldenflare Loop NE**
**Rio Rancho, NM 87144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/17/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Chadley Management Inc.**      Case number (if known) **22-50726**

Name

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,606.50 |

**James Welch**
**Alicia Lane**
**Mount Airy, NC 27030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/6/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,683.55 |

**Jamie Curtis**
**1999 Maple Hills Lane**
**Loudon, TN 37774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/30/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.81 |

**Jamie Gregory**
**498 Highway 31E Pvt. Lane**
**Bethpage, TN 37022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/26/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,555.69 |

**Jamie Veazey**
**437 Herringbone Court**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/10/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,060.93 |

**Janet Martin**
**1115 Asheford Green Ave**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/3/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,354.06 |

**Jared Hedd**
**120 Roberts Rd.**
**Kingston, TN 37763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/12/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,041.41 |

**Jared Oliver**
**9871 E Paseo San Bernardo**
**Tucson, AZ 85747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/13/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,111.99** |
|---|---|---|---|

**Jared Owen**
**2550 W. Ironwood Hill Dr**
**#324A**
**Tucson, AZ 85745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,228.00** |
|---|---|---|---|

**Jason Astle**
**1123 Hollis Crk S.**
**Woodbury, TN 37190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/20/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,322.55** |
|---|---|---|---|

**Jason Beall**
**2003 Via Esterlina Ave.SE**
**Rio Rancho, NM 87124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,634.17** |
|---|---|---|---|

**Jason Bies**
**3509 Caribeth Dr.**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,383.13** |
|---|---|---|---|

**Jason Booton**
**409 Hunterwood Court**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/17/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,308.69** |
|---|---|---|---|

**Jason Chambers**
**1313 Grand Colony Lane**
**Powell, TN 37849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,314.93** |
|---|---|---|---|

**Jason Clukey**
**616 Dan Valley Rd.**
**Madison, NC 27025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

**3.685** | Nonpriority creditor's name and mailing address

**Jason Culpepper**
**204 Creighton Cir.**
**Fort Washington, MD 20744**

Date(s) debt was incurred  __9/3/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$2,118.94

---

**3.686** | Nonpriority creditor's name and mailing address

**Jason Dury**
**12535 Browns Ferry Rd.**
**Herndon, VA 20170**

Date(s) debt was incurred  __8/12/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$1,870.74

---

**3.687** | Nonpriority creditor's name and mailing address

**Jason Grubb**
**6801 Highgrove Place**
**Concord, NC 28027**

Date(s) debt was incurred  __7/26/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$9,051.13

---

**3.688** | Nonpriority creditor's name and mailing address

**Jason Hudson**
**6957 Farm Cove**
**Olive Branch, MS 38654**

Date(s) debt was incurred  __9/7/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$2,775.00

---

**3.689** | Nonpriority creditor's name and mailing address

**Jason Jones**
**13867 Fontanelle Place**
**San Diego, CA 92128**

Date(s) debt was incurred  __9/7/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$1,119.51

---

**3.690** | Nonpriority creditor's name and mailing address

**Jason Luker**
**5625 Southern Pkwy**
**Louisville, KY 40214**

Date(s) debt was incurred  __7/5/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$2,717.84

---

**3.691** | Nonpriority creditor's name and mailing address

**Jason Martin**
**5N 334 Foxmoor Drive**
**St. Charles, IL 60175**

Date(s) debt was incurred  __11/1/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$1,078.92

---

Debtor   **Chadley Management Inc.**                                     Case number (if known)   **22-50726**
_____
Name

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,286.75 |
|---|---|---|---|

**3.692**

**Nonpriority creditor's name and mailing address**
**Jason McCarroll**
**465 Black Creek Rd.**
**Rockwood, TN 37854**

Date(s) debt was incurred  **9/17/2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,286.75**

---

**3.693**

**Nonpriority creditor's name and mailing address**
**Jason Miracle**
**203 Edgewood Dr.**
**Bardstown, KY 40004**

Date(s) debt was incurred  **9/7/2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,383.94**

---

**3.694**

**Nonpriority creditor's name and mailing address**
**Jason Mosley**
**817 Margo Ln.**
**Memphis, TN 38122**

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,906.26**

---

**3.695**

**Nonpriority creditor's name and mailing address**
**Jason Parton**
**2014 Eugene Reed Rd.**
**Woodbury, TN 37090**

Date(s) debt was incurred  **5/26/2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,547.75**

---

**3.696**

**Nonpriority creditor's name and mailing address**
**Jason Sechler**
**708 Shire St SW**
**Albuquerque, NM 87121**

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,509.17**

---

**3.697**

**Nonpriority creditor's name and mailing address**
**Jason Smith**
**52 N. Pistakee Lake Rd**
**#3**
**Fox Lake, IL 60020**

Date(s) debt was incurred  **6/11/2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,403.92**

---

**3.698**

**Nonpriority creditor's name and mailing address**
**Jason Steffan**
**972 Cookeville Highway**
**Chestnut Mound, TN 38552**

Date(s) debt was incurred  **4/12/2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,099.00**

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.699** | **Nonpriority creditor's name and mailing address**
**Jason Thompson**

Date(s) debt was incurred  **8/30/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,256.18**

---

**3.700** | **Nonpriority creditor's name and mailing address**
**Jason Viers**
**2920 Foxfire Rd.**
**Charlotte, NC 28270**

Date(s) debt was incurred  **5/21/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,771.18**

---

**3.701** | **Nonpriority creditor's name and mailing address**
**Jason Young**
**1005 Aretha Dr.**
**Murfreesboro, TN 37128**

Date(s) debt was incurred  **3/29/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,373.38**

---

**3.702** | **Nonpriority creditor's name and mailing address**
**Jasson Delgado**
**450 w cool Dr. APT 351**
**Tucson, AZ 85704**

Date(s) debt was incurred  **9/9/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,031.56**

---

**3.703** | **Nonpriority creditor's name and mailing address**
**Jay Frank**
**102 Safley Court**
**Tullahoma, TN 37388**

Date(s) debt was incurred  **5/27/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,492.88**

---

**3.704** | **Nonpriority creditor's name and mailing address**
**Jay Munoz**
**6238 Lake Arrowhead Dr.**
**San Diego, CA 92119**

Date(s) debt was incurred  **4/2/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,691.41**

---

**3.705** | **Nonpriority creditor's name and mailing address**
**Jayne Coyne**
**4890 w cheetah St**
**St Tucson, AZ 85742**

Date(s) debt was incurred  **9/2/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,085.91**

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$853.88** |
|---|---|---|---|

**Jeanette Williams**
**1706 Jackson Downs Blvd.**
**Nashville, TN 37214**

Date(s) debt was incurred  **10/22/2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,661.30** |
|---|---|---|---|

**Jeff Altfillisch**
**1223 Lakemere Ave**
**Bowling Green, KY 42103**

Date(s) debt was incurred  **10/25/2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,082.20** |
|---|---|---|---|

**Jeff Bell**
**1301 Blue Quail Dr.**
**Bentonville, AR 72712**

Date(s) debt was incurred  **7/29/2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,274.92** |
|---|---|---|---|

**Jeff Carpenter**
**324 W Harrison Road**
**Lombard, IL 60148**

Date(s) debt was incurred  **6/24/2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,536.29** |
|---|---|---|---|

**Jeff Carrigan**
**106 Briarcrest Lane**
**Hendersonville, TN 37075**

Date(s) debt was incurred  **3/22/2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,738.93** |
|---|---|---|---|

**Jeff Coffey**
**9023 Ball Road**
**Bahama, NC 27503**

Date(s) debt was incurred  **5/6/2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,625.34** |
|---|---|---|---|

**Jeff Cruz**
**605 Ronnie Erwin Lane**
**LaVergne, TN 37086**

Date(s) debt was incurred  **4/14/2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|

Name

---

**3.713** Nonpriority creditor's name and mailing address

**Jeff Daniels**
**2509 Ryleigh Ridge Dr.**
**New Market, TN 37820**

Date(s) debt was incurred  **9/24/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,190.19**

---

**3.714** Nonpriority creditor's name and mailing address

**Jeff Field**
**55 Notting Creek Cv**
**Eads, TN 38028**

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,245.69**

---

**3.715** Nonpriority creditor's name and mailing address

**Jeff Fudge**
**13730 Cedar Pond Cir.**
**Huntersville, NC 28078**

Date(s) debt was incurred  **11/9/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,683.18**

---

**3.716** Nonpriority creditor's name and mailing address

**Jeff Gebhardt**
**17035 Arbor Creek Drive**
**Plainfield, IL 60586**

Date(s) debt was incurred  **6/17/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,987.05**

---

**3.717** Nonpriority creditor's name and mailing address

**Jeff Gilbert**
**4512 Statton Street Downers**
**Downers Grove, IL 60515**

Date(s) debt was incurred  **7/8/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,112.05**

---

**3.718** Nonpriority creditor's name and mailing address

**Jeff Grandgeorge**
**330 E. DeKalb Street**
**Somanauk, IL 60552**

Date(s) debt was incurred  **10/1/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,430.78**

---

**3.719** Nonpriority creditor's name and mailing address

**Jeff Howell**
**2026 Grandstand Dr.**
**Lascassas, TN 37085**

Date(s) debt was incurred  **2/18/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,091.06**

---

Debtor **Chadley Management Inc.**      Case number (if known)   **22-50726**

Name

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,442.88 |
|---|---|---|---|

**Jeff Howell**
**1241 Brookfield Rd.**
**Memphis, TN 38119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/14/2022**

Last 4 digits of account number  __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,026.30 |
|---|---|---|---|

**Jeff Johnson**
**2142 Stonybrook Rd.**
**Louisville, TN 37777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/8/2022**

Last 4 digits of account number  __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,691.03 |
|---|---|---|---|

**Jeff Knobbe**
**3703 SW Ryegrass Rd.**
**Bentonville, AR 72713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/2022**

Last 4 digits of account number  __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,335.91 |
|---|---|---|---|

**Jeff Labeff**
**7282 n evenida de lisa**
**Tucson, AZ 85704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/4/2022**

Last 4 digits of account number  __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,533.98 |
|---|---|---|---|

**Jeff Lawrence**
**6913 Brandywine Lp NE**
**Albuquerque, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2022**

Last 4 digits of account number  __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,261.18 |
|---|---|---|---|

**Jeff McIntyre**
**12022 James Jack Lane**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2/2022**

Last 4 digits of account number  __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,614.18 |
|---|---|---|---|

**Jeff Montgomery**
**7690 Anthony Road**
**Kernersville, NC 27284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number  __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

**3.727** | Nonpriority creditor's name and mailing address

**Jeff Moore**
3831 Triple Crown Dr.
Murfreesboro, TN 37127

Date(s) debt was incurred  **10/19/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$4,628.25

---

**3.728** | Nonpriority creditor's name and mailing address

**Jeff Negri**
6363 n montebella Rd.
Tucson, AZ 85704

Date(s) debt was incurred  **8/2/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,410.91

---

**3.729** | Nonpriority creditor's name and mailing address

**Jeff Ostrowski**
PO Box 22 Prospect
Prospect Heights, IL 60070

Date(s) debt was incurred  **4/16/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$6,329.59

---

**3.730** | Nonpriority creditor's name and mailing address

**Jeff Overman**
3967 Bellemont Mount Herman Rd.
Burlington, NC 27215

Date(s) debt was incurred  **7/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,810.93

---

**3.731** | Nonpriority creditor's name and mailing address

**Jeff Peters**
2217 Ocean Point Dr.
Wilmington, NC 28405

Date(s) debt was incurred  **9/9/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,536.13

---

**3.732** | Nonpriority creditor's name and mailing address

**Jeff Phipps**
377 Tararidge Cove
Memphis, TN 38017

Date(s) debt was incurred  **10/21/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,324.00

---

**3.733** | Nonpriority creditor's name and mailing address

**Jeff Ranch**
1 Mississippi Ct.
Moriarty, NM 87035

Date(s) debt was incurred  **7/9/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,845.39

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.734** | Nonpriority creditor's name and mailing address

**Jeff Steffen**
**5307 Pondfield Road**
**Greensboro, NC 27310**

Date(s) debt was incurred **7/29/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,389.93

---

**3.735** | Nonpriority creditor's name and mailing address

**Jeff Stephenson**
**28596 Windmere Ct.**
**Lake Bluff, IL 60044**

Date(s) debt was incurred **9/6/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,699.92

---

**3.736** | Nonpriority creditor's name and mailing address

**Jeff Todd**
**2034 Harvest Trail**
**Lascassas, TN 37085**

Date(s) debt was incurred **4/22/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$5,383.13

---

**3.737** | Nonpriority creditor's name and mailing address

**Jeff Van Meter**
**5204 Nettie Way**
**Louisville, KY 40258**

Date(s) debt was incurred **8/6/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,512.84

---

**3.738** | Nonpriority creditor's name and mailing address

**Jeff Vermurlen**
**7 Tuxford Cir.**
**Bella Vista, AR 72714**

Date(s) debt was incurred **7/29/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,232.17

---

**3.739** | Nonpriority creditor's name and mailing address

**Jeff Wessell**
**428 Christene Dr. NE**
**Rio Rancho, NM 87124**

Date(s) debt was incurred **10/22/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,015.92

---

**3.740** | Nonpriority creditor's name and mailing address

**Jeff Wood**
**1120 Halls Dairy Drive**
**Cleveland, NC 27013**

Date(s) debt was incurred **11/8/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,110.02

---

Debtor   **Chadley Management Inc.**                                    Case number (if known)   **22-50726**
_____
Name

| | |
|---|---|

**3.741** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,489.34**

**Jeff Wood**
**1120 Halls Dairy Drive**
**Cleveland, NC 27013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/8/2022**

Last 4 digits of account number __

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.742** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,627.61**

**Jeffrey Banham**
**3911 Walnut Grove Rd.**
**Memphis, TN 38111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/20/2022**

Last 4 digits of account number __

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.743** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,068.93**

**Jeffrey Cutrer**
**1250 East Lane**
**Imperial Beach, CA 91932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2/2022**

Last 4 digits of account number __

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.744** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,152.44**

**Jeffrey Smith**
**8 Babbling Brook Lane**
**Martinsburg, WV 25403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/3/2022**

Last 4 digits of account number __

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.745** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,883.31**

**Jeffrey Winters**
**2850 Stone Dam Rd.**
**Chuckey, TN 37641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/10/2022**

Last 4 digits of account number __

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.746** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,022.99**

**Jennifer Blancher**
**676 Winhill Lane**
**Collierville, TN 38017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/2022**

Last 4 digits of account number __

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.747** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,252.14**

**Jennifer Madeline**
**4167 Old Light Circle**
**Arrington, TN 37014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

Last 4 digits of account number __

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.748** Nonpriority creditor's name and mailing address

Jenny Lasater
710 Woodmont Drive
Murfreesboro, TN 37129

Date(s) debt was incurred  4/16/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,547.75

---

**3.749** Nonpriority creditor's name and mailing address

Jenny Stainback
5081 Hunters Village Dr.
Lebanon, TN 37087

Date(s) debt was incurred  8/9/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,347.75

---

**3.750** Nonpriority creditor's name and mailing address

Jeramey Penfold
416 Alvarado NE
Albuquerque, NM 87108

Date(s) debt was incurred  8/16/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,210.76

---

**3.751** Nonpriority creditor's name and mailing address

Jeremie Gruber
2506 Allelon Cir E
Germantown, TN 38138

Date(s) debt was incurred  9/14/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$7,299.00

---

**3.752** Nonpriority creditor's name and mailing address

Jeremy Campbell
145 parkview St
Davidson, NC 28036

Date(s) debt was incurred  8/5/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,161.18

---

**3.753** Nonpriority creditor's name and mailing address

Jeremy Emerson
# 1 Marquez Rd.
Los Lunas, NM 87031

Date(s) debt was incurred  7/15/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,326.54

---

**3.754** Nonpriority creditor's name and mailing address

Jeremy Gnozzo
11730 James Jack Lane
Charlotte, NC 28277

Date(s) debt was incurred  8/6/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$4,175.93

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.755** | Nonpriority creditor's name and mailing address
**Jeremy Johnson**
**20 Pine Ct.**
**Placitas, NM 87043**

Date(s) debt was incurred  **10/28/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

$6,950.34

---

**3.756** | Nonpriority creditor's name and mailing address
**Jeremy Magouirk**
**225 Bear Hollow Rd.**
**Pelham, TN 37366**

Date(s) debt was incurred  **7/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

$1,191.06

---

**3.757** | Nonpriority creditor's name and mailing address
**Jeremy Peters**
**8274 N Rocky Brook Dr.**
**Tucson, AZ 85743**

Date(s) debt was incurred  **8/31/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

$3,699.05

---

**3.758** | Nonpriority creditor's name and mailing address
**Jeremy Purdie**
**410 Fairway Dr.**
**Mebane, NC 27302**

Date(s) debt was incurred  **5/25/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

$4,296.09

---

**3.759** | Nonpriority creditor's name and mailing address
**Jeremy Resmer**
**337 Midtown Trail**
**Mount Juliet, TN 37122**

Date(s) debt was incurred  **6/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

$4,710.56

---

**3.760** | Nonpriority creditor's name and mailing address
**Jeremy Ross**
**5655 e mabel st**
**Tucson, AZ 85712**

Date(s) debt was incurred  **9/20/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

$3,693.61

---

**3.761** | Nonpriority creditor's name and mailing address
**Jeremy Stilwell**
**2564 Franklin Pike**
**Lewisburg, TN 37091**

Date(s) debt was incurred  **9/17/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

$2,347.75

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,204.14 |
|---|---|---|---|

**Jeremy Tilley**
**211 Oakmont Drive**
**Advance, NC 27006**

Date(s) debt was incurred  **7/2/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,347.98 |
|---|---|---|---|

**Jerry Draughon**
**6926 White Hawk Lane**
**Branch, MS 38654**

Date(s) debt was incurred  **7/26/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,463.13 |
|---|---|---|---|

**Jerry Eyler**
**5120 Herschel Spears**
**Brentwood, TN 37027**

Date(s) debt was incurred  **6/7/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,068.93 |
|---|---|---|---|

**Jerry Pless**
**4401 Pless Rd.**
**Rockwell, NC 28138**

Date(s) debt was incurred  **10/12/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,175.93 |
|---|---|---|---|

**Jerry Raines**
**2060 Hannah Drive**
**Asheboro, NC 27205**

Date(s) debt was incurred  **8/11/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,481.81 |
|---|---|---|---|

**Jerry Troyer**
**7417 Russell Hollow Rd.**
**Maryville, TN 37801**

Date(s) debt was incurred  **7/9/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,333.23 |
|---|---|---|---|

**Jesse Poole**
**15410 Winn Creek Rd.**
**Winslow, AR 72959**

Date(s) debt was incurred  **8/11/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.769** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,175.93**

**Jessica Hayes**
**5724 Snow Camp Rd.**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/20/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,849.00**

**Jessie Hasse**
**205 E. Hillcrest Dr.**
**Springfield, TN 37172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/4/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,628.59**

**Jim Bagley**
**5048 Stockbridge Dr. Mount**
**Holly, NC 28120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/13/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.772** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,611.17**

**Jim Batusich**
**4710 Ashford Lane**
**Joliet, IL 60431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/13/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.773** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,355.69**

**Jim Bosse**
**1802 London Ave**
**Murfreesboro, TN 37129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.774** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,820.31**

**Jim Davison**
**6347 Jones Lane**
**Murfreesboro, TN 37130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/26/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.775** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$678.53**

**Jim Kolster**
**4 Los Castillos**
**Edgewood, NM 87015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/14/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Chadley Management Inc.**                                   Case number (if known)   **22-50726**
_____
Name

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,279.93 |

**Jim Martin**
**3241 Mt. Pleasant Rd.**
**Sherrills Ford, NC 28673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/15/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,871.44 |

**Jim Taylor**
**8107 Hudson Lane**
**Louisville, KY 40291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,929.44 |

**Jim Vaselopulos**
**52189 Rock Bluff Dr.**
**Louisville, KY 40241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/12/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,585.44 |

**Jimmy Alexander**
**417 Tassey Rd.**
**Readyville, TN 37149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,291.94 |

**Jinni Trusko**
**838 West Gebe Rd.**
**Arlington, VA 22305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/9/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,088.10 |

**Joanna Lara**
**1210 Distribution Way**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/22/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,556.94 |

**Jody Johnson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/5/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Chadley Management Inc.**                                     Case number (if known)    22-50726

Name

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,938.69 |
|---|---|---|---|

**Joe & Denise Custer**
4719 Old Niles Ferry Rd.
Maryville, TN 37801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2/2022

Last 4 digits of account number _

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,031.56 |
|---|---|---|---|

**Joe Cuoco**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2022

Last 4 digits of account number _

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joe Cyr**
6339 Halls Hill Pike
Murfreesboro, TN 37130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/13/2022

Last 4 digits of account number _

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,677.94 |
|---|---|---|---|

**Joe Deckard**
815 guthrie Rd.
Bedford, IN 47421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/31/2022

Last 4 digits of account number _

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,380.74 |
|---|---|---|---|

**Joe Dehart**
5240 Appomattox Rd.
Pleasant Garden, NC 27313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/27/2022

Last 4 digits of account number _

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,010.90 |
|---|---|---|---|

**Joe Gotobed**
511 e roger Rd.
Tucson, AZ 85705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/14/2022

Last 4 digits of account number _

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,192.97 |
|---|---|---|---|

**Joe Harrington**
124 Trenton Lane
Hendersonville, TN 37075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/20/2022

Last 4 digits of account number _

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Chadley Management Inc.**                                          Case number (if known)    **22-50726**
Name

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.40 |

**Joe Hiel**
**18113 Sun Maiden Ct.**
**San Diego, Ca 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,311.43 |

**Joe Jaroucki**
**39 W 329 W.**
**Geneva, IL 60134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,673.93 |

**Joe Pezzulo**
**1034 Stephen Ct.**
**Aurora, IL 60502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,155.69 |

**Joe Powell**
**179 Lakeshore Dr.**
**Coalmont, TN 37313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,461.14 |

**Joe Schaberger**
**1757 Avalon Court**
**Glendale Heights, IL 60139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/14/2012**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,242.34 |

**Joe Tichenor**
**15125 Chestnut Ridge Circle**
**Louisville, KY 40245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,748.59 |

**Joe Zoldos**
**3617 Central Ave**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/12/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Chadley Management Inc.**

_____

Name

Case number (if known) **22-50726**

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,076.42 |
|---|---|---|---|

**Joel A Bellevue**
**6700 Cantata St NW Unit 306**
**Albuquerque, NM 87114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/31/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,104.00 |
|---|---|---|---|

**Joel Ford**
**33 Old Sweetwater Rd.**
**Robinsville, NC 28771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/20/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,427.92 |
|---|---|---|---|

**Joel Hohbein**
**1272 Cyrstal shore Drive Carol**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/16/2002**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,354.06 |
|---|---|---|---|

**Joel Ogden**
**281 Chimeny Rock Dr.**
**Lenoir City, TN 37771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/27/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,557.18 |
|---|---|---|---|

**Joel Stevens**
**410 Carmel Hills Dr.**
**Gastonia, NC 28056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/5/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,775.68 |
|---|---|---|---|

**Joel Van Boom**
**4440 Ivan Creek Dr.**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/5/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,665.99 |
|---|---|---|---|

**Johanthan Schlomer**
**6182 State Route 132**
**Goshen, OH 45122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/22/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Chadley Management Inc.**                                   Case number (if known) **22-50726**

Name

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,396.18 |
|---|---|---|---|

**John Atkinson**
**1906 Zoar Rd.**
**Cheraw, SC 29520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/24/2022**

Basis for the claim: **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,967.94 |
|---|---|---|---|

**John Baker**
**15728 Glencastle St.**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/14/2022**

Basis for the claim: **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,967.94 |
|---|---|---|---|

**John Baker**
**8735 Math Rd.**
**Stanfield, NC 28163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/21/2022**

Basis for the claim: **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,161.56 |
|---|---|---|---|

**John Binkley**
**1200 Wembley Court**
**Gallatin, TN 37066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/2/2022**

Basis for the claim: **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $999.00 |
|---|---|---|---|

**John Birmingham**
**325 Gaywood Dr.**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/23/2022**

Basis for the claim: **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,349.92 |
|---|---|---|---|

**John Blount**
**760 Bobbie Circle**
**Byron, GA 31008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/23/2022**

Basis for the claim: **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,184.17 |
|---|---|---|---|

**John Bohne**
**6820 Watercourse Dr.**
**Carlsbad, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/31/2022**

Basis for the claim: **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Chadley Management Inc.**                    Case number (if known)    **22-50726**
_____
Name

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,036.45** |
|---|---|---|---|

**John Brown**
**5104 Forest Grove Pl**
**Prospect, KY 40059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/13/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,155.25** |
|---|---|---|---|

**John Bursley**
**1316 Dossett St**
**Athens, TN 37303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,579.67** |
|---|---|---|---|

**John Cervantes**
**5100 Alberta Ave**
**Rio Rancho, NM 87144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/12/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.81** |
|---|---|---|---|

**John Clausen**
**3325 Bedford Ln.**
**Germantown, TN 38139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/12/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,835.95** |
|---|---|---|---|

**John Cooley**
**6408 Dona Linda Pl NW**
**Albuquerque, NM 87120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/26/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,426.25** |
|---|---|---|---|

**John Dubose**
**1230 Owl Lane**
**Hardy, VA 24101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/23/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,283.93** |
|---|---|---|---|

**John Duensing**
**7119 Belmont Dr.**
**Trinity, NC 27370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/4/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|

Name

---

**3.818** | Nonpriority creditor's name and mailing address

**John Good**
**1099 Annecy Parkway**
**Nolensville, TN 37135**

Date(s) debt was incurred **7/26/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,383.13**

---

**3.819** | Nonpriority creditor's name and mailing address

**John Keck**
**5315 N. Neenah Avenue**
**Chicago, IL 60657**

Date(s) debt was incurred **6/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,403.92**

---

**3.820** | Nonpriority creditor's name and mailing address

**John Kennedy**
**8016 Sabre Drive**
**Knoxville, TN 37919**

Date(s) debt was incurred **9/17/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$999.00**

---

**3.821** | Nonpriority creditor's name and mailing address

**John Lavender**
**1219 Paige Way**
**Maryville, TN 37803**

Date(s) debt was incurred **10/12/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,563.31**

---

**3.822** | Nonpriority creditor's name and mailing address

**John Law**
**25 C Old Dump Rd.**
**Espanola, NM 87532**

Date(s) debt was incurred **10/22/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,076.42**

---

**3.823** | Nonpriority creditor's name and mailing address

**John Mabin**
**1026 McCowan Dr.**
**Huntersville, NC 28078**

Date(s) debt was incurred **9/16/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,864.73**

---

**3.824** | Nonpriority creditor's name and mailing address

**John Mcclain**
**73 Pintail Ct.**
**Elizabethtown, KY 42701**

Date(s) debt was incurred **3/1/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,171.94**

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.825**

**Nonpriority creditor's name and mailing address**

**John Meier**
**6725 greenbrier Ct.**
**San Diego, CA 92120**

Date(s) debt was incurred  **8/23/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$753.17**

---

**3.826**

**Nonpriority creditor's name and mailing address**

**John Mucha**
**426 S. Lincoln Ave**
**Westmont, IL 60559**

Date(s) debt was incurred  **5/24/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,443.98**

---

**3.827**

**Nonpriority creditor's name and mailing address**

**John Murphy**
**23805 W Julie Ave**
**Plainfield, IL 60544**

Date(s) debt was incurred  **10/6/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,298.93**

---

**3.828**

**Nonpriority creditor's name and mailing address**

**John Papageorge**
**10044 Strike the Gold Lane**
**Waxhaw, NC 28173**

Date(s) debt was incurred  **9/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,696.18**

---

**3.829**

**Nonpriority creditor's name and mailing address**

**John Powers**
**11759 w oilseed Dr.**
**Marana, AZ 85653**

Date(s) debt was incurred  **7/1/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$5,400.20**

---

**3.830**

**Nonpriority creditor's name and mailing address**

**John Price Van Cleve**
**10056 Oakly Ct.**
**Vienna, VA 22181**

Date(s) debt was incurred  **5/31/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,257.37**

---

**3.831**

**Nonpriority creditor's name and mailing address**

**John Rafalowski**
**1440 Trotters Lane**
**Williamston, MI 48895**

Date(s) debt was incurred  **9/6/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,635.97**

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

**3.832** | Nonpriority creditor's name and mailing address

**John Roche**
226 Berry Pkwy
Parkridge, IL 60068

Date(s) debt was incurred  **7/8/2022**

Last 4 digits of account number  **__**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,880.52

---

**3.833** | Nonpriority creditor's name and mailing address

**John Roland Jr**
401 Paigebrook Drive
Winston-Salem, NC 27106

Date(s) debt was incurred  **5/18/2022**

Last 4 digits of account number  **__**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,411.42

---

**3.834** | Nonpriority creditor's name and mailing address

**John Sparks**
6017 s sweet birch Ln.
Tucson, AZ 85747

Date(s) debt was incurred  **10/1/2022**

Last 4 digits of account number  **__**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,501.16

---

**3.835** | Nonpriority creditor's name and mailing address

**John Vaughan**
119 E 5Th Ave
Escondido, CA 92025

Date(s) debt was incurred  **8/26/2022**

Last 4 digits of account number  **__**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,076.42

---

**3.836** | Nonpriority creditor's name and mailing address

**Johnathon Smith**
731 Reid Rd.
Neosho, MO 64850

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number  **__**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,517.41

---

**3.837** | Nonpriority creditor's name and mailing address

**Jon Driskill**
11401 e summer trail
Tucson, AZ 85749

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number  **__**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,769.74

---

**3.838** | Nonpriority creditor's name and mailing address

**Jon Flowers**
2729 Tramway Circle NE
Albuquerque, NM 87122

Date(s) debt was incurred  **10/21/2022**

Last 4 digits of account number  **__**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$727.31

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.839** | Nonpriority creditor's name and mailing address

**Jon Nyhuis**
**36 W650 Oak Hill Drive**
**Dundee, IL 60118**

Date(s) debt was incurred  **8/31/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,692.52**

---

**3.840** | Nonpriority creditor's name and mailing address

**Jon Pine**
**1018 Werner Dr.**
**Hendersonville, TN 37075**

Date(s) debt was incurred  **9/17/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,865.44**

---

**3.841** | Nonpriority creditor's name and mailing address

**Jon Taimanglo**
**6495 Powatan Knoll Ct.**
**Alexandria, VA 22312**

Date(s) debt was incurred  **10/4/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,308.94**

---

**3.842** | Nonpriority creditor's name and mailing address

**Jonathan Doucette**
**48 Parker Ridge Rd.**
**Manchester, TN 37355**

Date(s) debt was incurred  **4/20/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,489.98**

---

**3.843** | Nonpriority creditor's name and mailing address

**Jonathan Foster**
**1010 Meandering Way**
**Franklin, TN 37067**

Date(s) debt was incurred  **4/9/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$799.00**

---

**3.844** | Nonpriority creditor's name and mailing address

**Jonathan Golder**
**916 B Crescent Hill Rd.**
**Nashville, TN 37206**

Date(s) debt was incurred  **9/24/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,045.43**

---

**3.845** | Nonpriority creditor's name and mailing address

**Jonathan Griffin**
**661 Coon Branch Rd.**
**Alexandria, TN 37012**

Date(s) debt was incurred  **8/11/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,323.94**

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.846** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,622.28**

**Jonathan Horner**
**27 Blue Mule Dr.**
**Edgewood, NM 87015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/26/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.847** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,299.00**

**Jonathan Parigin**
**7213 Meadowbrook Cir**
**Knoxville, TN 37918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/29/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.848** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,949.93**

**Jonathan Smith**
**162 West Maranta**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,799.00**

**Jonathan Smith**
**308 Humphrey Dr.**
**Seymour, TN 37865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/8/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.850** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,060.76**

**Jonathan Thomas**
**3716 Spyglass Loop SE**
**Rio Rancho, NM 87124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.851** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,950.19**

**Jonathan Thompson**
**251 Eaton Village Trace**
**Lenoir City, TN 37771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/13/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.852** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$699.30**

**Jonathan Thorud**
**3185 Foothill Dr.**
**Portland, OR 97225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,517.94** |
|---|---|---|---|

**Jordan Potts**
**10909 Glory Maple Lane**
**Knoxville, TN 37932**

Date(s) debt was incurred  **8/26/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,806.24** |
|---|---|---|---|

**Jordan Sembower**
**10734 Wynkoop Dr.**
**Great Falls, VA 22066**

Date(s) debt was incurred  **8/31/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,712.88** |
|---|---|---|---|

**Jorge Fernandez**
**930 Hickory Run Ln.**
**Great Falls, VA 22066**

Date(s) debt was incurred  **3/8/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,490.27** |
|---|---|---|---|

**Jose Chairez**
**3696 Peregrine Way**
**Elgin, Il 60124**

Date(s) debt was incurred  **6/28/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,142.13** |
|---|---|---|---|

**Jose Chavez**
**7723 Purple Lane Rd. SW**
**Albuquerque, NM 87121**

Date(s) debt was incurred  **10/8/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,749.01** |
|---|---|---|---|

**Jose Medina**
**4007 s 14th Ave**
**Tucson, AZ 85714**

Date(s) debt was incurred  **4/16/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,846.05** |
|---|---|---|---|

**Jose Sanchez**
**5481 s canyon oak Dr.**
**Tucson, AZ 85747**

Date(s) debt was incurred  **8/27/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.860** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,597.99**

**Joseph Bautista**
3797 Oak Forest Dr.
Bartlett, TN 38135

Date(s) debt was incurred  8/24/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.861** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$676.18**

**Joseph Blaha**
5117 Addison Street
Hillside, IL 60162

Date(s) debt was incurred  8/18/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.862** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.94**

**Joseph DeMarce**
13409 Arcadian Dr.
Leesburg, VA 20176

Date(s) debt was incurred  9/15/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.863** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,104.83**

**Joseph Dickens**
403 Watson Street
Aurora, IL 60505

Date(s) debt was incurred  7/19/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.864** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,766.93**

**Joseph Falasca**
2191 North View Harbour Dr.
Sherrills Ford, NC 28673

Date(s) debt was incurred  2/26/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.865** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,481.42**

**Joseph Marrtin**
1520 San Patricio Ave.SW
Albuquerque, NM 87104

Date(s) debt was incurred  6/25/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.866** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,966.00**

**Joseph Readling**
151 Pine Needles Rd.
Reidsville, NC 27320

Date(s) debt was incurred  10/1/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.867**

**Nonpriority creditor's name and mailing address**

**Joseph Refenberg**
**3101 Indiam Creek Dr.**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred **8/10/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,698.90**

---

**3.868**

**Nonpriority creditor's name and mailing address**

**Joseph Reynolds**
**7069 Zuni Canyon Rd.**
**Grants, NM 87022**

Date(s) debt was incurred **9/23/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,299.93**

---

**3.869**

**Nonpriority creditor's name and mailing address**

**Joseph Saavedra**
**74 Shady Oak Circle**
**Circle Tijeras, NM 87059**

Date(s) debt was incurred **8/19/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,076.42**

---

**3.870**

**Nonpriority creditor's name and mailing address**

**Joseph Scott Hassell**
**128 Wyatt Dr.**
**Advance, NC 27006**

Date(s) debt was incurred **7/2/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,204.14**

---

**3.871**

**Nonpriority creditor's name and mailing address**

**Joseph Strickland**
**141 Neese Dr.**
**Apt. P339**
**Nashville, TN 37211**

Date(s) debt was incurred **9/6/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,529.00**

---

**3.872**

**Nonpriority creditor's name and mailing address**

**Joseph Willen**
**2223 Smith Rd.**
**Clover, SC 29710**

Date(s) debt was incurred **10/27/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,482.56**

---

**3.873**

**Nonpriority creditor's name and mailing address**

**Joseph Wimp**
**22 Kingsbridge Ct.**
**Warrenton, VA 20186**

Date(s) debt was incurred **8/2/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,113.85**

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,199.00 |
|---|---|---|---|
| | **Joseph Young (Golden Star Properties)** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred  **5/25/2022** | ☐ Disputed | |
| | Last 4 digits of account number  __ | Basis for the claim:  **Potential comsumer claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,482.94 |
|---|---|---|---|
| | **Josh Boyd** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred  **7/5/2022** | ☐ Disputed | |
| | Last 4 digits of account number  __ | Basis for the claim:  **Potential comsumer claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,447.75 |
|---|---|---|---|
| | **Josh Crossno** | ☐ Contingent | |
| | **605 Rocky Joe Dr.** | ☐ Unliquidated | |
| | **Collierville, TN 38017** | ☐ Disputed | |
| | Date(s) debt was incurred  **6/30/2022** | Basis for the claim:  **Potential comsumer claim** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,594.06 |
|---|---|---|---|
| | **Josh Edwards** | ☐ Contingent | |
| | **3818 Calaford Dr.** | ☐ Unliquidated | |
| | **Knoxville, TN 37918** | ☐ Disputed | |
| | Date(s) debt was incurred  **6/30/2022** | Basis for the claim:  **Potential comsumer claim** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,509.50 |
|---|---|---|---|
| | **Josh Miller** | ☐ Contingent | |
| | **10524 Rosehaven St.** | ☐ Unliquidated | |
| | **Apt 311** | ☐ Disputed | |
| | **Fairfax, VA 22030** | | |
| | Date(s) debt was incurred  **8/27/2022** | Basis for the claim:  **Potential comsumer claim** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,157.63 |
|---|---|---|---|
| | **Josh Montagnini** | ☐ Contingent | |
| | **16825 w Calle Gravilla** | ☐ Unliquidated | |
| | **Marana, AZ 85653** | ☐ Disputed | |
| | Date(s) debt was incurred  **6/29/2022** | Basis for the claim:  **Potential comsumer claim** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,124.43 |
|---|---|---|---|
| | **Josh Rudins** | ☐ Contingent | |
| | **564 S Park Road** | ☐ Unliquidated | |
| | **Lomball, IL 60148** | ☐ Disputed | |
| | Date(s) debt was incurred  **7/30/2022** | Basis for the claim:  **Potential comsumer claim** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Chadley Management Inc.**
_____
         Name

Case number (if known)   **22-50726**

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,009.47 |

**Joshua Byrnes**
**351 Old Prospect Rd.**
**Woodbury, TN 37190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/15/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,126.75 |

**Joshua Stabile**
**2009 Smoky River Rd.**
**Knoxville, TN 37931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/20/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,068.93 |

**Josuha Vasquez**
**3400 Olde Creek Trail**
**Matthews, NC 28105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,999.00 |

**JP Francescutti**
**469 Krystal Court**
**Lenoir City, TN 37771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/18/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.93 |

**Juan Govea**
**4040 Konrad Ave**
**Lyons, IL 60534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/30/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,819.99 |

**Julia Bialecki**
**5124 Olover Grove Ln.**
**Arlington, TN 38002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/19/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,174.93 |

**Julia Leach**
**16826 Laureate Rd.**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/25/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|

Name

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,761.63** |
|---|---|---|---|

**Justin Boyle**
6576 Timothy Ln.
Warrenton, VA 20186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/20/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,272.41** |
|---|---|---|---|

**Justin Brattin**
5097 State Highway CC
Exeter, MO 65647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/29/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,363.31** |
|---|---|---|---|

**Justin Bryant**
3885 Mount Hope Rd.
Mowak, TN 37810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,912.93** |
|---|---|---|---|

**Justin Gilmore**
1207 Glynwater Ln.
Waxhaw, NC 28173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/23/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,354.06** |
|---|---|---|---|

**Justin Goss**
5936 Aruba Ln.
Knoxville, TN 37921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/13/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,962.88** |
|---|---|---|---|

**Justin Hinson**
5717 Parasol Lane
Knoxville, TN 37924

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,421.86** |
|---|---|---|---|

**Justin Johnson**
1 New Market Ct.
McCleansville, NC 27301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/11/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.895** | **Nonpriority creditor's name and mailing address**

**Justin Kidd**
**5191 Scruggs Rd.**
**Moneta, VA 24121**

Date(s) debt was incurred  **3/26/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,866.93**

---

**3.896** | **Nonpriority creditor's name and mailing address**

**Justin Roach**
**2816 Haven Ln.**
**Lindenhurst, IL 60046**

Date(s) debt was incurred  **7/9/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,365.12**

---

**3.897** | **Nonpriority creditor's name and mailing address**

**Justin Wagoner**
**1552 Beckner Rd.**
**Lexington, NC 27292**

Date(s) debt was incurred  **5/21/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$4,439.93**

---

**3.898** | **Nonpriority creditor's name and mailing address**

**Justin Walker**
**3083 Buffalo Shoals Rd.**
**Newton, NC 28658**

Date(s) debt was incurred  **6/18/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$5,813.03**

---

**3.899** | **Nonpriority creditor's name and mailing address**

**Justino Almazan**
**1808 Highland Ave**
**Berwyn, IL 60402**

Date(s) debt was incurred  **10/29/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,493.51**

---

**3.900** | **Nonpriority creditor's name and mailing address**

**Kala Widmer**
**815 W. Hudson Street**
**Princeton, IL 61356**

Date(s) debt was incurred  **11/30/2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,076.92**

---

**3.901** | **Nonpriority creditor's name and mailing address**

**Kaleb Jobe**
**18029 Astor Dr.**
**Fayetteville, AR 72704**

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,178.03**

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.902** | **Nonpriority creditor's name and mailing address**
**Karen Hyatt**
**7287 Coles Ferry Rd.**
**Gallatin, TN 37066**

Date(s) debt was incurred  **9/3/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,982.03

---

**3.903** | **Nonpriority creditor's name and mailing address**
**Karen Thomas**
**285 e Rudasill Rd.**
**Tucson, AZ 85704**

Date(s) debt was incurred  **6/25/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,031.56

---

**3.904** | **Nonpriority creditor's name and mailing address**
**Kari Porter**
**245 Bay Pointe Rd.**
**Vonore, TN 37885**

Date(s) debt was incurred  **8/2/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,861.78

---

**3.905** | **Nonpriority creditor's name and mailing address**
**Katherine Sorenson**
**62 Hope Hill Rd.**
**Castleton, VA 22716**

Date(s) debt was incurred  **9/7/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,764.00

---

**3.906** | **Nonpriority creditor's name and mailing address**
**Kathleen Holmes**
**745 N Van Nortwick Ave**
**Batavia, IL 60510**

Date(s) debt was incurred  **7/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,504.14

---

**3.907** | **Nonpriority creditor's name and mailing address**
**Kathryn Chwalek**

Date(s) debt was incurred  **6/25/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$782.63

---

**3.908** | **Nonpriority creditor's name and mailing address**
**Kathy Carson**
**9176 Osborn Rd.**
**Arlington, TN 38002**

Date(s) debt was incurred  **9/14/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,556.15

---

Debtor  **Chadley Management Inc.**                                        Case number (if known)  **22-50726**
_____
Name

---

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,814.94** |

**Kathy Stidham**
**834 N Napper Rd.**
**Lexington, IN 47138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/14/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,472.91** |

**Keelan George**
**7810 west sourwood Ct.**
**Tucson, AZ 85743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,208.90** |

**Keenan Walsh**
**2914 Blarneystone Ln.**
**Cary, IL 60013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,714.08** |

**Keith Alexander**
**229 Portes Glen**
**New London, NC 28127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/10/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,206.43** |

**Keith Brown**
**4027 Jesica Ln.**
**Springdale, AR 72764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/6/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,129.18** |

**Keith Carlson**
**5849 McClintock Dr.**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/3/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,474.18** |

**Keith Lewis**
**2170 Lowrance Dr.**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/3/2022**

**Basis for the claim:** **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.916** | Nonpriority creditor's name and mailing address

**Ken Adams**
**4523 Clairson Dr.**
**Knoxville, TN 37931**

Date(s) debt was incurred  6/3/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,687.34

---

**3.917** | Nonpriority creditor's name and mailing address

**Ken Jones**
**112 Whittle Court**
**Murfreesboro, TN 37128**

Date(s) debt was incurred  2/23/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$749.00

---

**3.918** | Nonpriority creditor's name and mailing address

**Ken Kendall**
**3501 Copper Ridge Rd.**
**Rogers, AR 72756**

Date(s) debt was incurred  8/11/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$10,573.11

---

**3.919** | Nonpriority creditor's name and mailing address

**Ken Myers**
**730 David Smith Road**
**Winston-Salem, NC 27127**

Date(s) debt was incurred  10/29/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$4,609.21

---

**3.920** | Nonpriority creditor's name and mailing address

**Ken Roszkowski**
**3308 White Eagle**
**Naperville, IL 60564**

Date(s) debt was incurred  8/24/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,337.18

---

**3.921** | Nonpriority creditor's name and mailing address

**Ken Sanders**
**3835 Millrose Lane**
**Naperville, IL 60564**

Date(s) debt was incurred  8/2/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,848.93

---

**3.922** | Nonpriority creditor's name and mailing address

**Ken Stone**
**235 Chatfield Way**
**Franklin, TN 37067**

Date(s) debt was incurred  6/14/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,325.69

---

| Debtor | Chadley Management Inc. | | Case number (if known) | 22-50726 |
|---|---|---|---|---|
| | Name | | | |

---

**3.923**

Nonpriority creditor's name and mailing address
**Ken Towle**
**6915 Nubbin Ridge Dr.**
**Knoxville, TN 37919**

Date(s) debt was incurred  **8/16/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,408.69**

---

**3.924**

Nonpriority creditor's name and mailing address
**Kendra Thiele**
**5717 S Neva Ave**
**Chicago, IL 60638**

Date(s) debt was incurred  **9/7/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$754.92**

---

**3.925**

Nonpriority creditor's name and mailing address
**Kenneth Beckley**
**304 Waters Rd.**
**Maryville, TN 37803**

Date(s) debt was incurred  **6/14/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,469.93**

---

**3.926**

Nonpriority creditor's name and mailing address
**Kenneth Gleich**
**104 Northside Lane**
**Crossville, TN 38571**

Date(s) debt was incurred  **5/17/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$4,119.01**

---

**3.927**

Nonpriority creditor's name and mailing address
**Kenneth Harper**
**1584 Puckett Road**
**Westfield, NC 27053**

Date(s) debt was incurred  **6/16/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$4,766.87**

---

**3.928**

Nonpriority creditor's name and mailing address
**Kenneth Hollman**
**915 E. Northfield Blvd.**
**Murfreesboro, TN 37130**

Date(s) debt was incurred  **6/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,128.25**

---

**3.929**

Nonpriority creditor's name and mailing address
**Kenneth Hollman**
**915 E. Northfield Blvd.**
**Murfreesboro, TN 37130**

Date(s) debt was incurred  **6/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,469.50**

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,210.81 |
|---|---|---|---|

**Kenneth James**
**3N. 280 Valewood Drive West**
**Chicago, IL 60185**

Date(s) debt was incurred  **8/12/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,422.89 |
|---|---|---|---|

**Kenneth Mcmanamy**
**289 Canyon Road**
**Mocksville, NC 27028**

Date(s) debt was incurred  **11/12/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,504.44 |
|---|---|---|---|

**Kenneth Prince**
**9214 Dayflower St.**
**Prospect, KY 40059**

Date(s) debt was incurred  **6/2/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,583.44 |
|---|---|---|---|

**Kenneth Pulliam**
**11275 South Shephard**
**Hardinsburg, IN 47125**

Date(s) debt was incurred  **7/6/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,736.21 |
|---|---|---|---|

**Kent Hall**
**17706 Beav-o-rama Rd.**
**Fayetteville, AR 72703**

Date(s) debt was incurred  **7/30/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,376.62 |
|---|---|---|---|

**Kent Miyamoto**
**6627 Halite Place**
**Carlsbad, CA 92009**

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,999.00 |
|---|---|---|---|

**Kent Vanderhook**

Date(s) debt was incurred  **7/30/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,220.31** |
|---|---|---|---|

**Kerry Hale**
**446 Bonnie Valley Dr.**
**Lebanon, TN 37087**

Date(s) debt was incurred **2/24/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,202.81** |
|---|---|---|---|

**Kevin Anglim**
**391 Howell Rd.**
**Estanancia, NM 87016**

Date(s) debt was incurred **6/17/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,284.74** |
|---|---|---|---|

**Kevin Austin**
**612 Fair Winds Way**
**Oxon Hill, MD 20745**

Date(s) debt was incurred **9/10/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,701.39** |
|---|---|---|---|

**Kevin Cuthbert**
**2161 Partridge Berry Lane**
**Fort Mill, SC 29730**

Date(s) debt was incurred **10/8/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,515.36** |
|---|---|---|---|

**Kevin Easter**
**1863 CastlePeak Loop NE**
**Rio Rancho, NM 87144**

Date(s) debt was incurred **7/6/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,236.18** |
|---|---|---|---|

**Kevin Edwards**
**109 Sericea Dr.**
**Mount Pleasant, NC 28124**

Date(s) debt was incurred **6/4/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,646.39** |
|---|---|---|---|

**Kevin Gibbs**
**6329 Limewood Circle**
**Louisville, KY 40222**

Date(s) debt was incurred **6/22/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $747.57 |
|---|---|---|---|

**Kevin Gladwell**
**7123 Quai Springs Pl**
**Albuquerque, NM 87113**

Date(s) debt was incurred  5/28/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,180.92 |
|---|---|---|---|

**Kevin Gray**
**2936 Meadow Wood Cove**
**Germantown, TN 38138**

Date(s) debt was incurred  7/21/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,651.18 |
|---|---|---|---|

**Kevin Keenan**
**165 Live Oak Lane**
**Mooresville, NC 28115**

Date(s) debt was incurred  6/21/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,629.31 |
|---|---|---|---|

**Kevin Leece**
**1103 Highland Drive**
**Shorewood, IL 60404**

Date(s) debt was incurred  6/10/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,518.73 |
|---|---|---|---|

**Kevin McDonough**
**126 Edgeciff Dr.**
**Highland park, IL 60035**

Date(s) debt was incurred  7/2/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,501.43 |
|---|---|---|---|

**Kevin McWilliams**
**94 Henrys Ridge Rd.**
**Pittsboro, NC 27312**

Date(s) debt was incurred  10/22/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,080.74 |
|---|---|---|---|

**Kevin Miller**
**364 Jess Wes Lane**
**Lane Lexington, NC 27295**

Date(s) debt was incurred  9/9/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.951** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,910.56**

**Kevin Norris**
**7743 Thayer Rd.**
**Nolensville, TN 37135**

Date(s) debt was incurred  **3/12/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.952** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,841.44**

**Kevin Raleigh**
**113 Eagles Nest**
**Taylorsville, KY 40071**

Date(s) debt was incurred  **9/7/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.953** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,784.58**

**Kevin Saunders**
**1315 Ophir Rd.**
**Troy, NC 27371**

Date(s) debt was incurred  **7/2/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.954** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,153.92**

**Kevin Watt**
**11256 Vista Sorrento Parkay**
**San Diego, Ca 92130**

Date(s) debt was incurred  **8/31/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.955** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,290.68**

**Kim Donchez**
**217 Springhouse Circle**
**Franklin, TN 37064**

Date(s) debt was incurred  **2/25/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.956** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.83**

**Kimberly Angland**
**46 N. Garfield St.**
**Lombard, IL 60148**

Date(s) debt was incurred  **7/26/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.957** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,616.94**

**Kimberly Lucas**
**430 South Columbus**
**Alexandria, VA 22314**

Date(s) debt was incurred  **6/21/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　**Chadley Management Inc.**　　　　Case number (if known)　**22-50726**
_____
Name

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,621.94 |
|---|---|---|---|

**Kimberly Luttringer**
**223 South Greensburg St.**
**Hodgenville, KY 42748**

Date(s) debt was incurred  **8/24/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,249.00 |
|---|---|---|---|

**Kimberly Zeitler**
**7609 Alki Lane**
**Apt B**
**Knoxville, TN 37919**

Date(s) debt was incurred  **9/13/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,904.00 |
|---|---|---|---|

**Kirk Dexter**
**1735 20th St NW**
**Washington, DC 20009**

Date(s) debt was incurred  **7/21/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,479.98 |
|---|---|---|---|

**Kirk Hahn**
**14121 Pinoli Pine Cir.**
**Huntersville, NC 28078**

Date(s) debt was incurred  **6/17/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,691.86 |
|---|---|---|---|

**Kirt Bennett**
**2027 Huffine Mill Rd.**
**McLeansville, NC 27301**

Date(s) debt was incurred  **7/1/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.96 |
|---|---|---|---|

**KMT Systems, Inc.**
**Attn: Managing Agent**
**2004 Henry Parkway Connector**
**McDonough, GA 30253**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,986.54 |
|---|---|---|---|

**Konnor Grenke**
**11801 Laurestine Way**
**APT 103.**
**Manassas, VA 20109**

Date(s) debt was incurred  **7/5/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,081.31 |
|---|---|---|---|

**Kris Guekel**
**3690 Ruby Dr.**
**Murfreesboro, TN 37129**

Date(s) debt was incurred  **5/21/2022**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,039.16 |
|---|---|---|---|

**Kris Rauchle**

Date(s) debt was incurred  **8/2/2022**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,399.00 |
|---|---|---|---|

**Kristen Greenwood**

Date(s) debt was incurred  **7/8/2022**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,465.19 |
|---|---|---|---|

**Kristie David**
**5068 Nelson Dr.**
**Franklin, TN 37064**

Date(s) debt was incurred  **8/27/2022**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.93 |
|---|---|---|---|

**Kristine McGinley**
**17342 Oleander Ave**
**Tinley Park, IL 60477**

Date(s) debt was incurred  **6/3/2022**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,990.93 |
|---|---|---|---|

**Kristopher Bass**
**375 Roslyn Road**
**Winston-Salem, NC 27104**

Date(s) debt was incurred  **10/25/2022**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.00 |
|---|---|---|---|

**KUB**
**Attn: Managing Agent**
**P.O. Box 59029**
**Knoxville, TN 37950**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.972** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,135.69**

Kurian Vincent
9615 Brunswick Dr.
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/11/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.973** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,068.75**

Kurt Langenwalter
2547 Blackberry Ridge Blvd
Knoxville, TN 37932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/12/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.974** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,821.03**

Kurtis Kendrick
252 Ellerslie Park Blvd.
Lexington, KY 40515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/15/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.975** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,259.00**

Kyle Garrett
119 Inglewood Court
Murfreesboro, TN 37127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/9/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.976** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$977.21**

Kyle Hartsuck
10635 w hasley Dr.
Marana, AZ 85653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/12/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.977** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,184.50**

Kyle Hayden
818 Catoctin Cir NE
Leesburg, VA 20176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/5/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.978** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,383.94**

Kyle Heinrichs
1753 Mercer Rd.
Haymarket, VA 20169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/23/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Chadley Management Inc.**
_____
Name

Case number (if known) **22-50726**

| | |
|---|---|
| 3.979 | **Nonpriority creditor's name and mailing address** |

**Kyle Jones**
**12514 George Selby Dr.**
**Arlington, TN 38002**

Date(s) debt was incurred **6/4/2022**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,547.75**

---

| | |
|---|---|
| 3.980 | **Nonpriority creditor's name and mailing address** |

**Kyle Maier**
**4403 Statton Rd.**
**Louisville, KY 40220**

Date(s) debt was incurred **10/20/2022**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,860.94**

---

| | |
|---|---|
| 3.981 | **Nonpriority creditor's name and mailing address** |

**Kyle Morgan**
**9114 NC Hwy 86**
**Cedar Grove, NC 27231**

Date(s) debt was incurred **3/18/2022**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,560.93**

---

| | |
|---|---|
| 3.982 | **Nonpriority creditor's name and mailing address** |

**Kyle Scharkert**
**12333 Kane Alexander Dr.**

Date(s) debt was incurred **7/30/2022**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,256.18**

---

| | |
|---|---|
| 3.983 | **Nonpriority creditor's name and mailing address** |

**Kyle West**
**3798 Dade Dr.**
**Annandale, VA 22003**

Date(s) debt was incurred **7/12/2022**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,186.54**

---

| | |
|---|---|
| 3.984 | **Nonpriority creditor's name and mailing address** |

**Kyle Zandrowicz**
**4262 Kiser Woods Dr.**
**Concord, NC 28025**

Date(s) debt was incurred **3/19/2022**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,357.18**

---

| | |
|---|---|
| 3.985 | **Nonpriority creditor's name and mailing address** |

**Lance Johnson**
**9321 e calle cascada**
** AZ 85715**

Date(s) debt was incurred **10/1/2022**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,833.77**

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.986** | Nonpriority creditor's name and mailing address
Lance Lemay
5535 Maple Landing
Arlington, TN 38002

Date(s) debt was incurred  **9/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,191.06

---

**3.987** | Nonpriority creditor's name and mailing address
Larry Barnaby
2751 Freshour Hollow Rd.
Parrottsville, TN 37843

Date(s) debt was incurred  **10/29/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,554.50

---

**3.988** | Nonpriority creditor's name and mailing address
Larry Harris

Date(s) debt was incurred  **7/20/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,752.69

---

**3.989** | Nonpriority creditor's name and mailing address
Larry Lile
2166 Vittorio Lane
Apex, NC 27502

Date(s) debt was incurred  **5/17/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,187.86

---

**3.990** | Nonpriority creditor's name and mailing address
Larry Wade
6350 Michael Drive
Lizella, GA 31052

Date(s) debt was incurred  **9/24/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,672.92

---

**3.991** | Nonpriority creditor's name and mailing address
Lauren McNeil
402 Rockford Raod
Greensboro, NC 27408

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,998.93

---

**3.992** | Nonpriority creditor's name and mailing address
Lawrence Mora
5712 Pidera Rd. NW
Albuquerque, NM 87114

Date(s) debt was incurred  **10/22/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,477.17

---

Debtor    **Chadley Management Inc.**

Name

Case number (if known)   **22-50726**

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,891.47 |
|---|---|---|---|

**Lawrence Tafoya**
**3127 Allyson Way NE**
**Rio Rancho, NM 87144**

Date(s) debt was incurred  **7/2/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388.02 |
|---|---|---|---|

**Leaf**
**Attn: Managing Agent**
**P.O. Box 5066**
**Hartford, CT 06102**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $999.00 |
|---|---|---|---|

**Leann Perica**
**5161 Rice Road**
**Antioch, TN 37013**

Date(s) debt was incurred  **6/25/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,507.42 |
|---|---|---|---|

**Lee Andersen**
**133 Deep Dell Road**
**San Diego, CA 92114**

Date(s) debt was incurred  **6/16/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,155.69 |
|---|---|---|---|

**Lee Creviston**
**3528 Robbins Nest Rd.**
**Thompsons Station, TN 37179**

Date(s) debt was incurred  **8/25/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,955.96 |
|---|---|---|---|

**Lee Douglas**
**5346 Johnson Rd.**
**Murfreesboro, TN 37127**

Date(s) debt was incurred  **7/5/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $899.00 |
|---|---|---|---|

**Lee Lasater**
**2202 Pine Hill Court**
**Murfreesboro, TN 37129**

Date(s) debt was incurred  **7/19/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Chadley Management Inc.**
_____
Name

Case number (if known) **22-50726**

---

| 3.100 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lee Rubin**
**1212 N Lake Shore Dr.**
**Chicago, IL 60610**

Date(s) debt was incurred  9/6/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,148.89

---

| 3.100 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leigh Ann Zirkle**
**151 Privateer Lane**
**Mount Juliet, TN 37122**

Date(s) debt was incurred  6/16/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,573.38

---

| 3.100 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leigh Hopfensperger**
**246 S Harborwatch Dr.**
**Statesville, NC 28677**

Date(s) debt was incurred  6/4/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,841.53

---

| 3.100 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leland Pearson**
**13257 Coppermill Dr.**
**Herndon, VA 20171**

Date(s) debt was incurred  6/21/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,518.79

---

| 3.100 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lene Lesatele**
**3420 Spring Ln.**
**Falls Church, VA 22041**

Date(s) debt was incurred  10/25/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$999.00

---

| 3.100 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lenoir County Utilities**
**Attn: Managing Agent**
**P.O. Box 449**
**Lenoir City, TN 37771**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$108.18

---

| 3.100 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leonard Helms**
**1668 Jim McCater Rd.**
**Clover, SC 29710**

Date(s) debt was incurred  8/23/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,136.18

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.100 7**

**Nonpriority creditor's name and mailing address**

**Leslie Hopkins**
**30584 s Chestnut way**
**Oracle, AZ 85623**

Date(s) debt was incurred  6/29/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$6,553.51

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

**Lester Farmer**
**102 Glenwood Pl Siloam**
**Siloam Springs, AR 72761**

Date(s) debt was incurred  7/30/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,064.91

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

**Lester Taylor**
**27735 Rosecrest Dr.**
**Escondido, CA 92026**

Date(s) debt was incurred  7/15/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,557.99

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

**Levi Beneville**
**1090 Ten Oaks Dr.**
**Efland, NC 27243**

Date(s) debt was incurred  5/28/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,095.74

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

**LG&E**
**Attn: Managing Agent**
**P.O. Box 25211**
**Lehigh Valley, PA 18002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$515.98

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

**Liberty Safe and Security Products, Inc.**
**Attn: Managing Agent**
**1199 West Utah Avenue**
**Payson, UT 84651**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dealer agreement obligations**

Is the claim subject to offset? ■ No ☐ Yes

$1,487,358.37

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

**Linda Mackzum**
**8110 Spice Tree Way**
**Knoxville, TN 37931**

Date(s) debt was incurred  4/7/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,590.63

---

Debtor  **Chadley Management Inc.**  Case number (if known) **22-50726**
_____
Name

---

**3.101
4**

Nonpriority creditor's name and mailing address

**Lindsey Swindle
4695 West Dublin Olive
Olive Branch, MS 38654**

Date(s) debt was incurred  **4/22/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,345.64

---

**3.101
5**

Nonpriority creditor's name and mailing address

**Lisa Mead
11004 Thornton Dr.
Knoxville, TN 37934**

Date(s) debt was incurred  **7/14/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,599.88

---

**3.101
6**

Nonpriority creditor's name and mailing address

**Lisa Turner
813 W Tipton
Tucson, Az 85705**

Date(s) debt was incurred  **10/15/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,889.41

---

**3.101
7**

Nonpriority creditor's name and mailing address

**Lonnie Foster
3107 Yolanda Ct. NE
Rio Rancho, NM 87144**

Date(s) debt was incurred  **10/12/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,401.42

---

**3.101
8**

Nonpriority creditor's name and mailing address

**Loren Close
10343 e ravenswood st
Tucson, AZ 85747**

Date(s) debt was incurred  **9/6/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,454.51

---

**3.101
9**

Nonpriority creditor's name and mailing address

**Louis Goettke
2302 Sanford St.
Alexandria, VA 22301**

Date(s) debt was incurred  **8/26/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,417.44

---

**3.102
0**

Nonpriority creditor's name and mailing address

**Louis Nguyen
120 Big Tooth Rd.
Kingston, TN 37763**

Date(s) debt was incurred  **6/4/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,999.00

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|

Name

---

| 3.102 1 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Louis Smith**
**9800 Gentian Lane**
**Knoxville, TN 37922**

Date(s) debt was incurred  **7/22/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,380.78

---

| 3.102 2 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LRS**
**Attn: Managing Agent**
**P.O. Box 554884**
**Detroit, MI 48255**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$48.00

---

| 3.102 3 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lucas Gann**

Date(s) debt was incurred  **5/10/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,850.93

---

| 3.102 4 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luke McCoy**
**147 Old Kingston Hwy**
**Rockwood, TN 37854**

Date(s) debt was incurred  **7/22/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,883.55

---

| 3.102 5 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lyle Pote**
**1625 Moore Mountain Rd.**
**Moravain Falls, NC 28654**

Date(s) debt was incurred  **8/26/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$7,267.29

---

| 3.102 6 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lynda Nichols**
**10292 Shea Woods Dr.**
**Collierville, TN 38017**

Date(s) debt was incurred  **4/23/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,337.48

---

| 3.102 7 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lynn Trail**
**9566 Ivy Bluff Rd.**
**Bradyville, TN 37026**

Date(s) debt was incurred  **2/16/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,165.44

---

| Debtor | Chadley Management Inc. | | Case number (if known) | 22-50726 |
|---|---|---|---|---|
| | Name | | | |

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

**Mac Montana**
**9004 Prince William St.**
**Manassas, VA 20110**

Date(s) debt was incurred  6/8/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$719.00**

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

**Mack McKinney**
**8601 Dogwood Rd.**
**Germantown, TN 38139**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$2,975.00**

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

**Macon Plantation LLC**
**Attn: Managing Agent**
**33350 Riverwood Parkway, Ste 450**
**Atlanta, GA 30339**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No ☐ Yes

**$3,910.73**

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

**Manuel Morillo**
**1731 Havenbrook Court**
**Clemmons, NC 27012**

Date(s) debt was incurred  7/9/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$1,505.74**

---

**3.103 2**

**Nonpriority creditor's name and mailing address**

**Manuel Otero**
**1511 Hamilton Hills Drive**
**Greensboro, NC 27406**

Date(s) debt was incurred  11/9/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$1,924.93**

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

**Marc Born**
**1832 Douglass Blvd**
**Louisville, KY 40205**

Date(s) debt was incurred  7/2/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$2,543.14**

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

**Marc Danna**
**11454 n adobe village place**
**Tucson, AZ 85658**

Date(s) debt was incurred  7/19/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$5,378.46**

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

**Marc Mahler**
**11560 Burr Oak Lane**
**Burr Ridge, Il 60527**

Date(s) debt was incurred  **10/4/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,213.92

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

**Marc Sackstein**
**2801 Thornton Grove Blvd.**
**Nashville, TN 37207**

Date(s) debt was incurred  **8/18/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,835.94

---

**3.103 7**

**Nonpriority creditor's name and mailing address**

**Marcel Garcia**
**6252 Nueva Espana Rd. NW**
**Albuquerque, NM 87114**

Date(s) debt was incurred  **11/3/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,556.42

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

**Maria Haun**
**1812 Chestnut Grove Rd.**
**Knoxville, TN 37932**

Date(s) debt was incurred  **7/30/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,883.55

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

**Marina Pozdnyakora**
**357 Windy Lane**
**Vista, CA 92083**

Date(s) debt was incurred  **3/30/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,703.23

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

**Mark Albers**
**6630 Davis Street**
**Morton Grove, IL 60053**

Date(s) debt was incurred  **7/29/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,585.48

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

**Mark Auston**
**8566 n coral ridge pl**
**Tucson, AZ 85704**

Date(s) debt was incurred  **7/20/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,422.91

---

Debtor   **Chadley Management Inc.**                                    Case number (if known)   **22-50726**
_____
Name

---

**3.104**
**2**

**Nonpriority creditor's name and mailing address**
**Mark Barnett**
**659 Lilycrest Dr.**
**Gallatin, TN 37066**

Date(s) debt was incurred  **8/2/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,220.31

---

**3.104**
**3**

**Nonpriority creditor's name and mailing address**
**Mark Beaver**
**300 Mueller Way**
**Prairie Grove, AR 72753**

Date(s) debt was incurred  **9/30/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,178.03

---

**3.104**
**4**

**Nonpriority creditor's name and mailing address**
**Mark Emery**
**1571 CAlls Lodge Ct.**
**Morganton, NC 28655**

Date(s) debt was incurred  **8/25/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$8,459.83

---

**3.104**
**5**

**Nonpriority creditor's name and mailing address**
**Mark Eury**
**902 Skyway Dr.**
**Kannapolis, NC 28083**

Date(s) debt was incurred  **3/9/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,186.18

---

**3.104**
**6**

**Nonpriority creditor's name and mailing address**
**Mark Furr**
**308 Lawford Dr.**
**Leesburg, VA 20175**

Date(s) debt was incurred  **10/22/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,709.50

---

**3.104**
**7**

**Nonpriority creditor's name and mailing address**
**Mark Hofman**
**10112 Maya Ct. NE**
**Albuquerque, NM 87111**

Date(s) debt was incurred  **9/21/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,207.87

---

**3.104**
**8**

**Nonpriority creditor's name and mailing address**
**Mark Hudson**
**6300 Hubbard Rd.**
**Lenoir City, TN 37771**

Date(s) debt was incurred  **5/7/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,631.56

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

**Mark Kozina**
**20900 S. Sarver**
**Shorewood, IL 60404**

Date(s) debt was incurred  6/30/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential consumer claim

Is the claim subject to offset? ☒ No ☐ Yes

**$1,216.43**

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

**Mark Kraklio**
**1449 Jason Ct.**
**Bartlett, IL 60103**

Date(s) debt was incurred  8/2/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ☒ No ☐ Yes

**$2,473.93**

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

**Mark Lehman**
**7416 Don Bruce Ct.**
**Christiana, TN 37037**

Date(s) debt was incurred  7/30/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential consumer claim

Is the claim subject to offset? ☒ No ☐ Yes

**$2,828.69**

---

**3.105 2**

**Nonpriority creditor's name and mailing address**

**Mark Martinez**
**13 Vista Alondra**
**Santa Fe, NM 87508**

Date(s) debt was incurred  7/20/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ☒ No ☐ Yes

**$2,442.42**

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

**Mark McAllister**
**386 Gates Ln.**
**Pea Ridge, AR 72751**

Date(s) debt was incurred  9/1/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ☒ No ☐ Yes

**$4,430.16**

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

**Mark McGuire**
**3445 South Wallace St.**
**Chicago, IL 60616**

Date(s) debt was incurred  8/10/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ☒ No ☐ Yes

**$1,650.75**

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

**Mark Million**
**197 Hillcrest Court**
**Decatur, TN 37322**

Date(s) debt was incurred  3/25/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ☒ No ☐ Yes

**$2,699.44**

---

Debtor    **Chadley Management Inc.**                                    Case number *(if known)*    **22-50726**
                    Name

| | | |
|---|---|---|
| 3.105 6 | **Nonpriority creditor's name and mailing address** **Mark Monasky** | $5,999.00 |

Date(s) debt was incurred  8/10/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.105 7 | **Nonpriority creditor's name and mailing address** **Mark Oglesby** **1562 Woodland Lane** **Bolingbrook, IL 60490** | $3,362.14 |

Date(s) debt was incurred  6/15/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.105 8 | **Nonpriority creditor's name and mailing address** **Mark Perry** **4701 Chenoweth Run Rd.** **Louisville, KY 40299** | $1,164.94 |

Date(s) debt was incurred  3/8/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.105 9 | **Nonpriority creditor's name and mailing address** **Mark Sayles** **217 East Glenview Dr.** **Lenoir City, TN 37771** | $2,354.06 |

Date(s) debt was incurred  8/31/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.106 0 | **Nonpriority creditor's name and mailing address** **Mark Sharman** **330 Madison Dr.** **Elizabethtown, KY 42701** | $2,231.94 |

Date(s) debt was incurred  6/28/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.106 1 | **Nonpriority creditor's name and mailing address** **Mark Smartt** **125 Pin Oak Lane** **Mooresville, NC 28117** | $3,614.18 |

Date(s) debt was incurred  10/1/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.106 2 | **Nonpriority creditor's name and mailing address** **Mark Walker** **948 Mecca Pike  Tellico** **Tellico Plains, TN 37385** | $3,104.00 |

Date(s) debt was incurred  7/27/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **Chadley Management Inc.**
_____
Name

Case number (if known)    **22-50726**

---

| 3.106 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Wilcox**
**140 Little Valley Lane**
**Statesville, NC 28625**

Date(s) debt was incurred  **10/14/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$852.93

---

| 3.106 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Williams**
**714 Cornell Drive**
**Oswego, IL 60543**

Date(s) debt was incurred  **9/24/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,073.93

---

| 3.106 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marlin Cantrell**
**5111 Reynolds run Rd.**
**Crestwood, KY 40014**

Date(s) debt was incurred  **7/2/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,608.84

---

| 3.106 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marty Gillespie**
**7396 Holly Grove Dr.**
**Olive Branch, MS 38654**

Date(s) debt was incurred  **8/6/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,901.77

---

| 3.106 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marty Lawing**
**24 P J McRee Rd.**
**Maiden, NC 28650**

Date(s) debt was incurred  **5/24/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,382.18

---

| 3.106 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marty McDaniel**
**1200 Robertson Road**
**Hernando, MS 38632**

Date(s) debt was incurred  **10/25/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,286.93

---

| 3.106 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marvin Galloway**
**82 Spruce Pine Rd.**
**Newland, NC 28257**

Date(s) debt was incurred  **7/2/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,246.39

---

Debtor   **Chadley Management Inc.**                                      Case number (if known)   **22-50726**
_____
Name

| 3.107 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,961.93** |

**Marvin Young**
**5137 Carlson Dairy Road**
**Summerfield, NC 27358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/8/2022**

Basis for the claim:  **Potential consumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$717.66** |

**Mary Haskins**
**5528 Red River Drive**
**San Diego, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/6/2021**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$813.37** |

**Mary Helen Pena**
**7531 Sanchez Rd. SW**
**Albuquerque, NM 87105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,399.00** |

**Marybeth Hageman**
**3896 Camborne Ln.**
**Hernando, MS 38632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/20/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,093.91** |

**Mason Harwell**
**34 Brecknock Rd.**
**Bella Vista, AR 72714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/24/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,932.42** |

**Mathew Padilla**
**7401 Aldan Dr. NE**
**Rio Rancho, NM 87144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,178.09** |

**Matt Acosta**
**1176 Mill Creek Dr.**
**Loudon, TN 37774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/28/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.107 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Drury**
**3506 Marigold Dr.**
**Monrovia, MD 21770**

Date(s) debt was incurred  5/21/2022

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential consumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,676.07

---

| 3.107 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Hafner**
**185. N Lambert Road 185**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred  9/6/2022

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,079.92

---

| 3.107 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Hysell**
**3803 Marquette Place**
**San Diego, CA 92106**

Date(s) debt was incurred  9/6/2022

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$834.01

---

| 3.108 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Jakymiw**
**741 Elmore St.**
**Park Ridge, IL 60068**

Date(s) debt was incurred  9/9/2022

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential consumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,791.72

---

| 3.108 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Parsons**
**41218 Traminette Ct.**
**Ashburn, VA 20148**

Date(s) debt was incurred  9/6/2022

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,633.94

---

| 3.108 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Powers**
**3200 Charleston Way**
**Mount Juliet, TN 37122**

Date(s) debt was incurred  6/21/2022

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,490.99

---

| 3.108 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Praay**
**62 Fairview Trail**
**Byhalia, MS 38611**

Date(s) debt was incurred  4/16/2022

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,492.88

---

Debtor  **Chadley Management Inc.**
Name

Case number (if known)  **22-50726**

---

| 3.108 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Puccio**
**23612 Via Navarra Mission**
**Viejo, CA 92691**

Date(s) debt was incurred  **7/28/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,238.05

---

| 3.108 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Rogers**
**101 Lakeside Court**
**Hermitage, TN 37076**

Date(s) debt was incurred  **9/8/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,410.56

---

| 3.108 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Roller**
**12240 Broady Glen lane**
**Knoxville, TN 37932**

Date(s) debt was incurred  **6/15/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,999.00

---

| 3.108 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Sloan**
**8 Gloxinia Way**
**Stafford, VA 22554**

Date(s) debt was incurred  **11/4/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,940.44

---

| 3.108 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Matt Tirey**
**1109 Harvest Ridge Blvd**
**Memphis, IN 47143**

Date(s) debt was incurred  **8/2/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,629.44

---

| 3.108 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Bossier**
**13074 Caminito Cristobal**
**Del Mar, CA 92014**

Date(s) debt was incurred  **6/25/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,588.24

---

| 3.109 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Brian**
**185 Green Meadows Rd.**
**Guston, KY 40142**

Date(s) debt was incurred  **8/3/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,134.84

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|

Name

---

**3.109 1**

Nonpriority creditor's name and mailing address

**Matthew Harper**
**601 Hickory Hollow Cir**
**Marion, AR 72364**

Date(s) debt was incurred  5/31/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$1,313.94

---

**3.109 2**

Nonpriority creditor's name and mailing address

**Matthew Morris**
**13411 Hampton Circle**
**Goshen, KY 40026**

Date(s) debt was incurred  9/30/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$2,542.44

---

**3.109 3**

Nonpriority creditor's name and mailing address

**Matthew Prater**
**1054 Hideaway Rd.**
**Columbia, TN 38401**

Date(s) debt was incurred  10/6/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$8,255.69

---

**3.109 4**

Nonpriority creditor's name and mailing address

**Matthew Rauenhorst**
**13665 e oxmoor valley Dr.**
**Vail, AZ 85641**

Date(s) debt was incurred  5/31/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$4,671.91

---

**3.109 5**

Nonpriority creditor's name and mailing address

**Matthew Suchma**
**663 Las Dunas St**
**St Imperial, CA 92251**

Date(s) debt was incurred  7/15/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$2,106.49

---

**3.109 6**

Nonpriority creditor's name and mailing address

**Matthew Wineland**
**325 Walnut Ave**
**Elgin, IL 60123**

Date(s) debt was incurred  6/16/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$2,025.30

---

**3.109 7**

Nonpriority creditor's name and mailing address

**McGrath Acura**
**400 E Ogen Ave**
**Westmont, IL 60559**

Date(s) debt was incurred  6/9/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$11,955.78

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.1098**

**Nonpriority creditor's name and mailing address**
**Melody Kenny**
**3158 Abbott Rd.**
**Maryville, TN 37803**

Date(s) debt was incurred  6/8/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential consumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,787.19

---

**3.1099**

**Nonpriority creditor's name and mailing address**
**Melvin Albright**
**173 Dudi Trail**
**Vonore, TN 37885**

Date(s) debt was incurred  9/2/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,088.09

---

**3.1100**

**Nonpriority creditor's name and mailing address**
**Meta Platform**
**Attn: Managing Agent**
**15161 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business debt

Is the claim subject to offset? ■ No ☐ Yes

$200,422.73

---

**3.1101**

**Nonpriority creditor's name and mailing address**
**Michael Barnes**
**23515 Lovage Ct.**
**Aldie, VA 20105**

Date(s) debt was incurred  7/5/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential consumer claim

Is the claim subject to offset? ■ No ☐ Yes

$952.94

---

**3.1102**

**Nonpriority creditor's name and mailing address**
**Michael Belk**
**9159 Raspberry Lane**
**Memphis, TN 38016**

Date(s) debt was incurred  8/31/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,814.20

---

**3.1103**

**Nonpriority creditor's name and mailing address**
**Michael Bond**
**2304 NW Willow**
**Bentonville, AR 72712**

Date(s) debt was incurred  10/22/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,199.91

---

**3.1104**

**Nonpriority creditor's name and mailing address**
**Michael Brown/Alec Brown**
**28708 Wagon Trail Rd.**
**Lakemoor, IL 60051**

Date(s) debt was incurred  9/3/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$7,075.09

---

Debtor   **Chadley Management Inc.**                    Case number (if known)   **22-50726**
_____
Name

---

| 3.110 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,946.88** |
| **Michael Bullock** | ☐ Contingent | |
| **1 Bougainvillea Ct.** | ☐ Unliquidated | |
| **Durham, NC 27713** | ☐ Disputed | |
| Date(s) debt was incurred  8/9/2022 | Basis for the claim:  **Potential consumer claim** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.110 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,521.94** |
| **Michael Carroll** | ☐ Contingent | |
| **13904 Glen Dower Dr.** | ☐ Unliquidated | |
| **Louisville, KY 40245** | ☐ Disputed | |
| Date(s) debt was incurred  6/25/2022 | Basis for the claim:  **Potential comsumer claim** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.110 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,383.13** |
| **Michael Coldwell** | ☐ Contingent | |
| **811 Mount Pleasant Rd.** | ☐ Unliquidated | |
| **Kingston Springs, TN 37082** | ☐ Disputed | |
| Date(s) debt was incurred  10/20/2022 | Basis for the claim:  **Potential comsumer claim** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.110 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,427.16** |
| **Michael Duffy** | ☐ Contingent | |
| **1563 Ridge Road** | ☐ Unliquidated | |
| **Lexington, NC 27295** | ☐ Disputed | |
| Date(s) debt was incurred  7/30/2022 | Basis for the claim:  **Potential comsumer claim** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.110 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,747.75** |
| **Michael Evans** | ☐ Contingent | |
| **2939 Huffman Rd.** | ☐ Unliquidated | |
| **Goodlettsville, TN 37072** | ☐ Disputed | |
| Date(s) debt was incurred  6/2/2022 | Basis for the claim:  **Potential comsumer claim** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.111 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,566.93** |
| **Michael Fletcher** | ☐ Contingent | |
| **1421 Metcalf Rd.** | ☐ Unliquidated | |
| **Shelby, NC 28150** | ☐ Disputed | |
| Date(s) debt was incurred  9/3/2022 | Basis for the claim:  **Potential comsumer claim** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.111 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,673.93** |
| **Michael Griswold** | ☐ Contingent | |
| **22 Excelsior Dr.** | ☐ Unliquidated | |
| **Connellys Spring, NC 28612** | ☐ Disputed | |
| Date(s) debt was incurred  9/6/2022 | Basis for the claim:  **Potential comsumer claim** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Chadley Management Inc.**
_____
Name

Case number (if known) **22-50726**

---

**3.111 2**

Nonpriority creditor's name and mailing address
**Michael Hane**
**411 Lakeview Dr.**
**Harrisburg, NC 28075**

Date(s) debt was incurred **8/10/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,482.18

---

**3.111 3**

Nonpriority creditor's name and mailing address
**Michael Haney**
**5808 Night Shadow Ave.NW**
**Albuquerque, NM 87114**

Date(s) debt was incurred **9/2/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,310.90

---

**3.111 4**

Nonpriority creditor's name and mailing address
**Michael Harner**
**3006 Ocaso Ct.**
**Matthews, NC 28104**

Date(s) debt was incurred **5/7/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,720.33

---

**3.111 5**

Nonpriority creditor's name and mailing address
**Michael Hedden**
**3655 Pineview Circle**
**Durham, NC 27705**

Date(s) debt was incurred **8/3/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,752.73

---

**3.111 6**

Nonpriority creditor's name and mailing address
**Michael Henderson**
**22 Julia Circle**
**Fayetteville, TN 37334**

Date(s) debt was incurred **2/24/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,099.00

---

**3.111 7**

Nonpriority creditor's name and mailing address
**Michael Hoegerl**
**4765 Harpeth-Peytonsville Rd.**
**Thompsons Station, TN 37179**

Date(s) debt was incurred **3/24/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$6,845.30

---

**3.111 8**

Nonpriority creditor's name and mailing address
**Michael Hoehne**
**2527 Babcock Rd.**
**Vienna, VA 22181**

Date(s) debt was incurred **6/8/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,324.00

---

Debtor  **Chadley Management Inc.**
Name

Case number (if known)  **22-50726**

---

**3.111 9**

**Nonpriority creditor's name and mailing address**
**Michael Hovelson**
**9240 n monmouth Ct.**
**Tucson, AZ 85742**

Date(s) debt was incurred  6/2/2022

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,171.81

---

**3.112 0**

**Nonpriority creditor's name and mailing address**
**Michael Jambrosic**
**24660 Wooly Mammoth Ter.**
**Aldie, VA 20105**

Date(s) debt was incurred  7/15/2022

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,479.00

---

**3.112 1**

**Nonpriority creditor's name and mailing address**
**Michael Jansen**
**2526 Tiffany Court**
**Murfreesboro, TN 37128**

Date(s) debt was incurred  3/9/2022

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,296.55

---

**3.112 2**

**Nonpriority creditor's name and mailing address**
**Michael Karlson**
**11020 Oakton View Dr.**
**Oakton, VA 22124**

Date(s) debt was incurred  3/19/2022

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$4,669.94

---

**3.112 3**

**Nonpriority creditor's name and mailing address**
**Michael Keith Harris**
**1385 Mccrary Creek Rd.**
**Lenoir, NC 28645**

Date(s) debt was incurred  10/28/2022

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,913.46

---

**3.112 4**

**Nonpriority creditor's name and mailing address**
**Michael Levins**
**3109 Covewood St.**
**High Point, NC 27265**

Date(s) debt was incurred  7/1/2022

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,393.93

---

**3.112 5**

**Nonpriority creditor's name and mailing address**
**Michael Livingston**
**6915 Zachary Drive**
**Carpentersville, IL 60110**

Date(s) debt was incurred  7/28/2022

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,834.27

---

Debtor   **Chadley Management Inc.**
_____
Name

Case number (if known)   **22-50726**

---

| 3.112 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Marseilles**
**2294 Nonaville Rd.**
**Mount Juliet, TN 37122**

Date(s) debt was incurred  **6/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,665.44**

---

| 3.112 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael McCarter**
**765 Shilo Rd. South**
**South York, SC 29745**

Date(s) debt was incurred  **10/27/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$4,784.46**

---

| 3.112 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael McCune**
**670 Gibbons Drive New**
**New Lenox, IL 60451**

Date(s) debt was incurred  **5/27/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,078.92**

---

| 3.112 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Monterrubio**
**2231 Lundquist**
**Aurora, Il 60503**

Date(s) debt was incurred  **6/1/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,073.93**

---

| 3.113 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Morelli**
**2304 Red Mile Dr.**
**Murfreesboro, TN 37127**

Date(s) debt was incurred  **11/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$699.00**

---

| 3.113 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Mound**
**160 Southoak Ct.**
**Winston-Salem, NC 27107**

Date(s) debt was incurred  **10/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,699.03**

---

| 3.113 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Musick**
**23040 Sullivans Cove Sq.**
**Ashburn, VA 20148**

Date(s) debt was incurred  **10/27/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,044.91**

---

Debtor    **Chadley Management Inc.**
_____
Name                                                    Case number (if known)    **22-50726**

---

3.113
3

**Nonpriority creditor's name and mailing address**

**Michael Pierotti**
**19 Circle Ave**
**Wheaton, IL 60187**

Date(s) debt was incurred  **10/4/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,078.92**

---

3.113
4

**Nonpriority creditor's name and mailing address**

**Michael Pitts**
**118 Tulip Ave.SW**
**Concord, NC 28025**

Date(s) debt was incurred  **9/24/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$6,331.61**

---

3.113
5

**Nonpriority creditor's name and mailing address**

**Michael Pompeo**
**700 Strawfield Ln.**
**Great Falls, VA 22066**

Date(s) debt was incurred  **9/10/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,084.44**

---

3.113
6

**Nonpriority creditor's name and mailing address**

**Michael Rycyzyn**
**2673 Via De La Valle**
**San Diego, CA 92014**

Date(s) debt was incurred  **7/9/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,550.52**

---

3.113
7

**Nonpriority creditor's name and mailing address**

**Michael Sandez**
**1400 e blue granite Dr. Green**
**Valley, AZ 85614**

Date(s) debt was incurred  **7/22/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,803.33**

---

3.113
8

**Nonpriority creditor's name and mailing address**

**Michael Skora**
**21439 Westminster Lane**
**Shorewood, IL 60404**

Date(s) debt was incurred  **5/24/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,092.05**

---

3.113
9

**Nonpriority creditor's name and mailing address**

**Michael Smith**
**112 Station Circle**
**Tullahoma, TN 37388**

Date(s) debt was incurred  **4/15/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,577.77**

---

Debtor    **Chadley Management Inc.**
_____
Name

Case number (if known)    **22-50726**

---

**3.114
0**

**Nonpriority creditor's name and mailing address**

**Michael Sturdivant**
**2006 South State Street**
**Lockport, IL 60441**

Date(s) debt was incurred  **9/21/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,186.92**

---

**3.114
1**

**Nonpriority creditor's name and mailing address**

**Michael Szigeti**
**2122 Sweetbay Cir**
**Burlington, NC 27215**

Date(s) debt was incurred  **6/11/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,200.85**

---

**3.114
2**

**Nonpriority creditor's name and mailing address**

**Michael Taluskie**
**18306 Misty Acres Dr.**
**Hagerstown, MD 21740**

Date(s) debt was incurred  **6/22/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,021.94**

---

**3.114
3**

**Nonpriority creditor's name and mailing address**

**Michael Towler**
**3405 Calle Cuervo NW**
**Apt 1318**
**Albuquerque, NM 87114**

Date(s) debt was incurred  **7/1/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,877.32**

---

**3.114
4**

**Nonpriority creditor's name and mailing address**

**Michael Trail**
**316 Shallowford Reserve Drive**
**Lewisville, NC 27023**

Date(s) debt was incurred  **5/21/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,814.69**

---

**3.114
5**

**Nonpriority creditor's name and mailing address**

**Michael Trembley**
**2130 B San Mateo  Blvd NE**
**Albuquerque, NM 87110**

Date(s) debt was incurred  **11/12/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,665.90**

---

**3.114
6**

**Nonpriority creditor's name and mailing address**

**Michael Turner**
**1520 Burnetts Chapel Road**
**Greensboro, NC 27407**

Date(s) debt was incurred  **10/22/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,190.37**

---

Debtor  **Chadley Management Inc.**
_____
Name                                        Case number (if known)    **22-50726**

---

| 3.114 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Vacher**
**7750 w summer sky Dr.**
**Tucson, AZ 85743**

Date(s) debt was incurred  **5/12/2022**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,615.30

---

| 3.114 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Voelker**
**3816 Ashridge Dr.**
**Louisville, KY 40241**

Date(s) debt was incurred  **5/4/2022**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,632.07

---

| 3.114 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Wann**
**732 Inspiration Blvd.**
**Unit 1**
**Madison, TN 37115**

Date(s) debt was incurred  **10/4/2022**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$3,165.44

---

| 3.115 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Watts**
**3207 Fairmead Dr.**
**Concord, NC 28025**

Date(s) debt was incurred  **7/6/2022**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$3,567.99

---

| 3.115 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Williams**
**2005 Clifton Johnston Court**
**Court, Nolensville, TN 37135**

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,538.00

---

| 3.115 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Wood**
**536 Urban Farms Rd.**
**Manchester, TN 37355**

Date(s) debt was incurred  **2/19/2022**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,192.88

---

| 3.115 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Yaskowski**
**40547 Weaver Ct.**
**Leesburg, VA 20175**

Date(s) debt was incurred  **10/18/2022**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,566.44

---

Debtor **Chadley Management Inc.**
_____
Name

Case number (if known)   **22-50726**

---

| 3.115 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,073.99** |

**Michelle Cannan**
**4436 Main Street**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/21/2022**

Basis for the claim:  **Potential consumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,161.53** |

**Michelle Frazier**
**2605 W Chateau Dr.**
**Rogers, AR 72758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/29/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$231.99** |

**Middle Tennessee Electric**
**Attn: Managing Agent**
**P.O. Box 330008**
**Murfreesboro, TN 37133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$472.10** |

**Middle Tennessee Electric**
**Attn: Managing Agent**
**P.O. Box 100256**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,924.53** |

**Mike Bennett**
**69 Bandy Dr.**
**Eureka Springs, AR 72631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/29/2022**

Basis for the claim:  **Potential consumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,498.93** |

**Mike Berthold**
**3875 Moulin Lane Hoffman**
**Estates, IL 60192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/18/2022**

Basis for the claim:  **Potential consumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,163.38** |

**Mike Conley**
**1365 Caplinger Hollow Rd.**
**Liberty, TN 37095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/11/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|

Name

---

**3.116**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,162.93 |
|---|---|---|

**Mike Culp**
**11901 Tanton Lane St.**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/2022**

Basis for the claim:  **Potential consumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,635.93 |
|---|---|---|

**Mike Daniel**
**4458 Hamburg Mill Road**
**Summerfield, NC 27358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/3/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,952.20 |
|---|---|---|

**Mike Elwood**
**6108 W Manor Dr.**
**La Mesa, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/21/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,264.99 |
|---|---|---|

**Mike Elwood**
**6108 W Manor Dr.**
**La Mesa, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/21/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,234.29 |
|---|---|---|

**Mike Glasby**
**3216 Cherry Valley Rd.**
**Crystal Lake, IL 60012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/16/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,281.56 |
|---|---|---|

**Mike Gregory**
**3700 s giovana Dr.**
**Tucson, AZ 85730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,955.51 |
|---|---|---|

**Mike Haskell**
**7385 n Dickinson Pl.**
**Tucson, AZ 85741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/7/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Chadley Management Inc.**                 Case number (if known)    **22-50726**
Name

---

| 3.116 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,221.15** |
| **Mike Moulesong** | ☐ Contingent | |
| **25329 S. Plainfield Road** | ☐ Unliquidated | |
| **Channahon, IL 60410** | ☐ Disputed | |
| Date(s) debt was incurred  9/3/2022 | Basis for the claim:  Potential comsumer claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,297.99** |
| **Mike Odom** | ☐ Contingent | |
| **2014 Morganton Rd.** | ☐ Unliquidated | |
| **Maryville, TN 37801** | ☐ Disputed | |
| Date(s) debt was incurred  7/8/2022 | Basis for the claim:  Potential comsumer claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$999.00** |
| **Mike Olson** | ☐ Contingent | |
| **935 Timber Ridge Dr.** | ☐ Unliquidated | |
| **Lenoir City, TN 37771** | ☐ Disputed | |
| Date(s) debt was incurred  10/26/2022 | Basis for the claim:  Potential consumer claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,734.44** |
| **Mike Peery** | ☐ Contingent | |
| **2009 Conner Station Rd.** | ☐ Unliquidated | |
| **Simpsonville, KY 40067** | ☐ Disputed | |
| Date(s) debt was incurred  4/5/2022 | Basis for the claim:  Potential comsumer claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,451.40** |
| **Mike Perricone** | ☐ Contingent | |
| **215 N Stratton Ln.** | ☐ Unliquidated | |
| **Mt. Prospect, IL 60056** | ☐ Disputed | |
| Date(s) debt was incurred  10/26/2022 | Basis for the claim:  Potential comsumer claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,462.98** |
| **Mike Petmezas** | ☐ Contingent | |
| **2045 Riverwoods Rd.** | ☐ Unliquidated | |
| **Lincolnshire, IL 60069** | ☐ Disputed | |
| Date(s) debt was incurred  9/10/2022 | Basis for the claim:  Potential comsumer claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,951.79** |
| **Mike Pompilio** | ☐ Contingent | |
| **325 Bramble Lane** | ☐ Unliquidated | |
| **Schaumburg, IL 60193** | ☐ Disputed | |
| Date(s) debt was incurred  7/21/2022 | Basis for the claim:  Potential comsumer claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

**3.117 5**

Nonpriority creditor's name and mailing address

**Mike Reyes**
**1436 Norfolk Street**
**Downers Grove, IL 60516**

Date(s) debt was incurred  9/21/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,273.99

---

**3.117 6**

Nonpriority creditor's name and mailing address

**Mike Rix**
**4970 Hwy 259N**
**Sweeden, KY 42285**

Date(s) debt was incurred  2/19/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,814.94

---

**3.117 7**

Nonpriority creditor's name and mailing address

**Mike Russo**
**7991 E Mason St.**
**Tucson, AZ 85715**

Date(s) debt was incurred  10/26/2021

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$651.11

---

**3.117 8**

Nonpriority creditor's name and mailing address

**Mike Slusher**
**2309 Castleloch Court High**
**High Point, NC 27265**

Date(s) debt was incurred  7/16/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,193.20

---

**3.117 9**

Nonpriority creditor's name and mailing address

**Mike Valadez**
**905 North Arlington Heights Rd.**
**Arlington Heights, IL 60004**

Date(s) debt was incurred  7/20/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,478.92

---

**3.118 0**

Nonpriority creditor's name and mailing address

**Mike Willman**
**221 Lookout Point Rd.**
**Clarkson, KY 42726**

Date(s) debt was incurred  8/24/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,172.04

---

**3.118 1**

Nonpriority creditor's name and mailing address

**Mike Yearby**
**568 Charles Hamilton Dr.**
**Collierville, TN 38017**

Date(s) debt was incurred  7/8/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,747.75

---

Debtor    **Chadley Management Inc.**

Name    Case number (if known)    **22-50726**

---

| 3.118 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,428.92** |
|---|---|---|---|

**Mikel Linder**
**576 Washington St**
**Elmhurst, IL 60126**

Date(s) debt was incurred  7/28/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,155.69** |
|---|---|---|---|

**Mitchel King**
**553 Agripark Dr.**
**Apt. 403**
**Murfreesboro, TN 37128**

Date(s) debt was incurred  5/17/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,491.92** |
|---|---|---|---|

**Mitchell Bunce**
**1753 Reedy Creek Rd.**
**Forsyth, GA 31029**

Date(s) debt was incurred  10/21/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,249.93** |
|---|---|---|---|

**Mitchell Greene**
**2564 Mint Julep Drive**
**Creedmoor, NC 27522**

Date(s) debt was incurred  7/15/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$146.48** |
|---|---|---|---|

**MLGW- Memphis**
**Attn: Managing Agent**
**P.O. Box 388**
**Memphis, TN 38145**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,231.94** |
|---|---|---|---|

**Monica Bowling**
**10510 Providence Dr.**
**Louisville, KY 40291**

Date(s) debt was incurred  7/2/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,860.94** |
|---|---|---|---|

**Morgan Updike**
**13258 Updike Dr.**
**Culpeper, VA 22701**

Date(s) debt was incurred  10/4/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.118 9**

**Nonpriority creditor's name and mailing address**

**Morris Morton**
**1286 n blazing saddles Rd.**
**Vail, AZ 85641**

Date(s) debt was incurred  **7/23/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,564.41

---

**3.119 0**

**Nonpriority creditor's name and mailing address**

**Morris Shelton**
**130 Skyline Dr.**
**Newport, TN 37821**

Date(s) debt was incurred  **7/2/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,764.65

---

**3.119 1**

**Nonpriority creditor's name and mailing address**

**Mychal Rorls**
**11302 w rock art Dr.**
**Marana, AZ 85658**

Date(s) debt was incurred  **7/1/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,006.55

---

**3.119 2**

**Nonpriority creditor's name and mailing address**

**Myron Gary**

Date(s) debt was incurred  **7/1/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,423.02

---

**3.119 3**

**Nonpriority creditor's name and mailing address**

**Naseim Baste**
**921 S. Oketo Ave.**
**Bridgeview, IL 60455**

Date(s) debt was incurred  **10/22/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,000.43

---

**3.119 4**

**Nonpriority creditor's name and mailing address**

**Natalie Weiss**
**10639 Arabella Dr. NW**
**Albuquerque, NM 87114**

Date(s) debt was incurred  **8/20/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,401.42

---

**3.119 5**

**Nonpriority creditor's name and mailing address**

**Nathan Berry**
**2073 Tice Rd.**
**Culleoka, TN 38451**

Date(s) debt was incurred  **2/17/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,899.00

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.119
6**

Nonpriority creditor's name and mailing address
**Nathan Brown
4732 Forsman Court.
Murfreesboro, TN 37128**

Date(s) debt was incurred  **11/10/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,491.06

---

**3.119
7**

Nonpriority creditor's name and mailing address
**Nathan Conley
7042 Virgil Court
Murfreesboro, TN 37129**

Date(s) debt was incurred  **7/13/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,497.14

---

**3.119
8**

Nonpriority creditor's name and mailing address
**Nathan Gilley**

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,053.39

---

**3.119
9**

Nonpriority creditor's name and mailing address
**Nathan Gubala
7262 e Dr.aper Rd.
Tucson, AZ 85757**

Date(s) debt was incurred  **9/9/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,965.36

---

**3.120
0**

Nonpriority creditor's name and mailing address
**Nathan Guzman
2104 e honeysuckle st
Tucson, AZ 85706**

Date(s) debt was incurred  **6/28/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,260.91

---

**3.120
1**

Nonpriority creditor's name and mailing address
**Nathan Kerr
1021 Vermillion Street
Plano, IL 60545**

Date(s) debt was incurred  **10/14/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,220.92

---

**3.120
2**

Nonpriority creditor's name and mailing address
**Nathan Obester
5300 Blue Ash Lane
Knoxville, TN 37931**

Date(s) debt was incurred  **9/10/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$799.00

---

Debtor  **Chadley Management Inc.**
Name                                              Case number (if known)    **22-50726**

---

| 3.120 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: Check all that apply.          **$2,476.54**

**Nathaniel Jackson**
**2924 McKinnon Way SW**                        ☐ Contingent
**Albuquerque, NM 87122**                        ☐ Unliquidated
                                                 ☐ Disputed
Date(s) debt was incurred  **7/7/2022**
                                                 Basis for the claim:  **Potential consumer claim**
Last 4 digits of account number  __

                                                 Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.120 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: Check all that apply.          **$2,154.06**

**Neil Koonce**
**10560 Leadenhall Gardens Way**                 ☐ Contingent
**Knoxville, TN 37922**                          ☐ Unliquidated
                                                 ☐ Disputed
Date(s) debt was incurred  **11/5/2022**
                                                 Basis for the claim:  **Potential comsumer claim**
Last 4 digits of account number  __

                                                 Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.120 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: Check all that apply.          **$1,058.94**

**Neil Roach**
**1205 North Main St.**                          ☐ Contingent
**Winston-Salem, IN 47167**                      ☐ Unliquidated
                                                 ☐ Disputed
Date(s) debt was incurred  **9/20/2022**
                                                 Basis for the claim:  **Potential comsumer claim**
Last 4 digits of account number  __

                                                 Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.120 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: Check all that apply.          **$62.69**

**New Mexico Gas**
**Attn: Managing Agent**                         ☐ Contingent
**P.O. Box 27885**                               ☐ Unliquidated
**Albuquerque, NM 87125**                        ☐ Disputed

Date(s) debt was incurred  __                    Basis for the claim:  **Business debt**

Last 4 digits of account number  __              Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.120 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: Check all that apply.          **$999.00**

**Nicholas Bolander**
**60 Harbor Town Sq.**                           ☐ Contingent
**Memphis, TN 38103**                            ☐ Unliquidated
                                                 ☐ Disputed
Date(s) debt was incurred  **8/13/2022**
                                                 Basis for the claim:  **Potential comsumer claim**
Last 4 digits of account number  __

                                                 Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.120 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: Check all that apply.          **$3,312.24**

**Nicholas Broff**
**2386 Primrose Ave**                            ☐ Contingent
**Vista, CA 92083**                              ☐ Unliquidated
                                                 ☐ Disputed
Date(s) debt was incurred  **5/18/2022**
                                                 Basis for the claim:  **Potential comsumer claim**
Last 4 digits of account number  __

                                                 Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.120 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: Check all that apply.          **$2,584.92**

**Nicholas Gabaldon**
**2629 Chareleston St NW**                       ☐ Contingent
**Albuquerque, NM 87110**                        ☐ Unliquidated
                                                 ☐ Disputed
Date(s) debt was incurred  **10/18/2022**
                                                 Basis for the claim:  **Potential comsumer claim**
Last 4 digits of account number  __

                                                 Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor    **Chadley Management Inc.**
_____    Case number (if known)    **22-50726**
Name

---

| 3.121<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,076.42** |

**Nicholas Levitt**
**3387 Putting Green Ct.**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/5/2022__

Basis for the claim:  __Potential consumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,726.75** |

**Nicholas Macri**
**3146 Otter Run lane**
**Knoxville, TN 37931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/6/2022__

Basis for the claim:  __Potential comsumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,428.69** |

**Nicholas Moya**
**15 Barreras Trl Los**
**Los Lunas, NM 87031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __8/30/2022__

Basis for the claim:  __Potential consumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,253.30** |

**Nicholas Richardson**
**41W266 Empire Road**
**St. Charles, IL 60175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __5/25/2022__

Basis for the claim:  __Potential consumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,350.93** |

**Nicholas Savio**
**6162 Skyline Dr.**
**El Sobrante, CA 94803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __9/20/2022__

Basis for the claim:  __Potential comsumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,871.93** |

**Nicholas Sereno**
**4736 Devon Ave**
**Lisle, Il 60532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __9/23/2022__

Basis for the claim:  __Potential comsumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,948.92** |

**Nicholas Tsatsis**
**230 Stone Court**
**New Lenox, IL 60451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __9/13/2022__

Basis for the claim:  __Potential comsumer claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

**3.121 7**

**Nonpriority creditor's name and mailing address**

**Nick Flanagan**
**112 Meadow Fields Court**
**Colfax, NC 27235**

Date(s) debt was incurred  **10/11/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,162.00

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

**Nick Ketchum**
**23413 Everett Pl.**
**Ramona, CA 92065**

Date(s) debt was incurred  **6/2/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,722.92

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

**Nick Marsili**
**1190 Waterbury Circle**
**Oswego, IL 60543**

Date(s) debt was incurred  **9/1/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,122.05

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

**Nick Mitcheff**
**4300 Spring Brook Rd.**
**Pleasant Prairie, WI 53158**

Date(s) debt was incurred  **6/18/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,887.92

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

**Nick Mora**
**1172 Orchard Dr.**
**Nicholasville, KY 40356**

Date(s) debt was incurred  **7/21/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,397.94

---

**3.122 2**

**Nonpriority creditor's name and mailing address**

**Nick Patel**
**114 McMurray Blvd.**
**West, Hartsville, TN 37074**

Date(s) debt was incurred  **8/23/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$999.00

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

**Nick Perry**
**3220 N NC Hwy 62**
**Burlington, NC 27217**

Date(s) debt was incurred  **3/12/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,449.75

---

Debtor   **Chadley Management Inc.**
_____
Name

Case number (if known)   **22-50726**

---

| 3.122 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Rizos**
**1460 Steve St.**
**Kernersville, NC 27284**

Date(s) debt was incurred  **11/8/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,570.93

---

| 3.122 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nick Sowell**
**712 Malwood Dr.**
**Macon, GA 31204**

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,381.92

---

| 3.122 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nico Del Pozo**

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$3,613.41

---

| 3.122 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicor Gas**
**Attn: Managing Agent**
**P.O. Box 5407**
**Carol Stream, IL 60197**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

$120.35

---

| 3.122 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nina Redenius**
**660 Johnson Hollow Road**
**Watertown, TN 37184**

Date(s) debt was incurred  **7/28/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$3,479.58

---

| 3.122 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Noah Rodgers**
**217 Sanford St.**
**Encinintas, CA 92024**

Date(s) debt was incurred  **3/19/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$2,532.66

---

| 3.123 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nolan Hatley**
**1012 Garibaldi Ridge Ct.**
**Belmont, NC 28012**

Date(s) debt was incurred  **3/10/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$3,432.18

---

Debtor **Chadley Management Inc.**
_____
Name

Case number (if known) **22-50726**
_____

| 3.123 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Norbert Baumgartner**
**12309 Amberset Dr.**
**Knoxville, TN 37922**

Date(s) debt was incurred  9/17/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,289.06

---

| 3.123 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Norman Brown**
**1257 North Ave**
**Batavia, IL 60510**

Date(s) debt was incurred  6/18/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,412.18

---

| 3.123 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Norman Langford**
**114 Dean Rd.**
**Barnesville, GA 30204**

Date(s) debt was incurred  11/1/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,624.00

---

| 3.123 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Owen Reid**
**1301 Hayne Road**
**Memphis, TN 38119**

Date(s) debt was incurred  10/21/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$4,073.00

---

| 3.123 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pablo.Garcia**
**5305 Del Vitto Ct. NE**
**Albuquerque, NM 87111**

Date(s) debt was incurred  8/9/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,787.10

---

| 3.123 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paden Kepley**
**207 Scotland Lane**
**Salisbury, NC 28146**

Date(s) debt was incurred  9/10/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,196.23

---

| 3.123 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pam Temmermand**
**289 Ridgeway**
**Crossville, TN 38555**

Date(s) debt was incurred  10/12/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,757.94

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1238**

**Nonpriority creditor's name and mailing address**

**Pamela Garcia**
**1613 Fairway Lane**
**Naperville, IL 60565**

Date(s) debt was incurred  **9/10/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,292.68**

---

**3.1239**

**Nonpriority creditor's name and mailing address**

**PAPF Albuquerque, LLC**
**Attn: Managing Agent**
**101 Larkspur Landing Circle, Ste 120**
**Larkspur, CA 94939**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$10,465.50**

---

**3.1240**

**Nonpriority creditor's name and mailing address**

**Parker Jamison**
**2522 Shady Ranh Ln.**
**Charlotte, NC 28214**

Date(s) debt was incurred  **9/5/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,065.68**

---

**3.1241**

**Nonpriority creditor's name and mailing address**

**Pat Day**
**1623 Fledgling Lane**
**Talbott, TN 37877**

Date(s) debt was incurred  **4/15/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,172.18**

---

**3.1242**

**Nonpriority creditor's name and mailing address**

**Pat Digman**
**1624 Ranch Ct. SE**
**Albuquerque, NM 87123**

Date(s) debt was incurred  **9/28/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,265.99**

---

**3.1243**

**Nonpriority creditor's name and mailing address**

**Patricia Baiocchetti**
**3255 e mountainaire Dr.**
**Tucson, AZ 85739**

Date(s) debt was incurred  **7/22/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,410.91**

---

**3.1244**

**Nonpriority creditor's name and mailing address**

**Patrick Caldwell**
**219 Grove Ln.**
**Kathleen, GA 31047**

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,159.92**

---

Debtor    **Chadley Management Inc.**
_____
Name

Case number (if known)    **22-50726**

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,797.88 |

**Patrick Crandell**
**18615 S Avenida Del Ensueno**
**Sahuarita, Az 85629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/3/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,890.63 |

**Patrick Ellis**
**9307 Paradise Valley Lane**
**Knoxville, TN 37922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/16/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,545.25 |

**Patrick Stair**
**3214 W Wolf Valley Rd.**
**Clinton, TN 37716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/3/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,718.00 |

**Patrick Whelan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/27/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,326.42 |

**Patrick Willette**
**960 Intrepid Ct.**
**Del Mar, CA 92014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/6/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,662.94 |

**Paul Allen**
**329 Spring House Lane**
**Louisville, KY 40229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/24/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,423.02 |

**Paul Bryant**
**117 Crestway Dr.**
**Sweetwater, TN 37874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/19/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chadley Management Inc. | | Case number (if known) | 22-50726 |
|---|---|---|---|---|
| | Name | | | |

---

**3.125 2**

**Nonpriority creditor's name and mailing address**
**Paul Burak**
**6559 Halite Place**
**Varlsbad, CA 92009**

Date(s) debt was incurred  8/3/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,856.37

---

**3.125 3**

**Nonpriority creditor's name and mailing address**
**Paul Comer**
**4348 Poplin Grove Dr.**
**Indian Trail, NC 28079**

Date(s) debt was incurred  9/17/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,080.86

---

**3.125 4**

**Nonpriority creditor's name and mailing address**
**Paul Cook**
**15824 Heckscher Dr.**
**Huntersville, NC 28078**

Date(s) debt was incurred  5/5/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,941.53

---

**3.125 5**

**Nonpriority creditor's name and mailing address**
**Paul Coon**
**4513 Wallburg-High Point Rd.**
**High Point, NC 27262**

Date(s) debt was incurred  7/9/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,186.10

---

**3.125 6**

**Nonpriority creditor's name and mailing address**
**Paul Driver**
**9100 Lynx Lp NE**
**Albuquerque, NM 87122**

Date(s) debt was incurred  7/1/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,859.20

---

**3.125 7**

**Nonpriority creditor's name and mailing address**
**Paul Farella**
**1505 Nuthatch Court**
**Murfreesboro, TN 37128**

Date(s) debt was incurred  4/21/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,355.69

---

**3.125 8**

**Nonpriority creditor's name and mailing address**
**Paul Giles**
**875 Vine St.**
**Herndon, VA 20170**

Date(s) debt was incurred  11/5/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,534.50

---

Debtor   **Chadley Management Inc.**
_____   Case number (if known)   **22-50726**
Name

---

| 3.125 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Herin**
**1938 Smith Rd.**
**Forsyth, GA 31029**

Date(s) debt was incurred **9/24/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,727.92

---

| 3.126 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Kane**
**8605 Victoria Rd.**
**Springfield, VA 22151**

Date(s) debt was incurred **8/3/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,327.34

---

| 3.126 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Katz**
**14716 Whispering Ridge Rd.**
**San Diego, CA 92131**

Date(s) debt was incurred **6/18/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,534.36

---

| 3.126 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Langlois**
**1405 Brooksland Place**
**Waxhaw, NC 28173**

Date(s) debt was incurred **7/22/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,597.13

---

| 3.126 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Neubauer**
**2602 e keyes Ct.**
**Green Valley, AZ 85614**

Date(s) debt was incurred **6/4/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$4,563.21

---

| 3.126 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Nygaard**
**3405 Spanish Way**
**Carlsbad, CA 92008**

Date(s) debt was incurred **7/8/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,399.67

---

| 3.126 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Propst**
**161 Mason Farm Dr.**
**Kearneysville, WV 25430**

Date(s) debt was incurred **8/17/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$4,309.94

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.126 6**

**Nonpriority creditor's name and mailing address**
**Paul Willis**
**2196 Rosswood Road**
**Trinity, NC 27370**

Date(s) debt was incurred  **7/15/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,496.93

---

**3.126 7**

**Nonpriority creditor's name and mailing address**
**Payton Barnett**
**110 Peach Tree Lane**
**Bell Buckle, TN 37020**

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,799.00

---

**3.126 8**

**Nonpriority creditor's name and mailing address**
**Pete Ariola**
**1442 S. 60th Court**
**Cicero, IL 60804**

Date(s) debt was incurred  **9/7/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,366.43

---

**3.126 9**

**Nonpriority creditor's name and mailing address**
**Pete Gomez**
**127 Bluegrass Dr.**
**Hendersonville, TN 37075**

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,375.19

---

**3.127 0**

**Nonpriority creditor's name and mailing address**
**Pete Herendeen**
**45 Otero Rd.**
**Los Lunas, NM 87031**

Date(s) debt was incurred  **7/12/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$753.17

---

**3.127 1**

**Nonpriority creditor's name and mailing address**
**Pete Jensen**
**5N079 Countyline Road**
**Elburn, IL 60151**

Date(s) debt was incurred  **7/13/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,220.92

---

**3.127 2**

**Nonpriority creditor's name and mailing address**
**Pete Lehotsky**
**1714 Wedgewood Dr.**
**Graham, NC 27253**

Date(s) debt was incurred  **7/6/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,464.91

---

| Debtor | Chadley Management Inc. | | Case number (if known) | 22-50726 |
|---|---|---|---|---|
| | Name | | | |

---

**3.127 3**

**Nonpriority creditor's name and mailing address**

**Peter Knappe**
**3528 Copley Ave.San**
**San Diego, CA 92116**

Date(s) debt was incurred  **10/6/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,264.67**

---

**3.127 4**

**Nonpriority creditor's name and mailing address**

**Peter Nelson**
**353 Central Road New**
**New Lenox, IL 60451**

Date(s) debt was incurred  **9/24/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,404.27**

---

**3.127 5**

**Nonpriority creditor's name and mailing address**

**Peter Ritchie**
**9816 Dogwood Ln.**
**Escondido, CA 92026**

Date(s) debt was incurred  **9/17/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,345.80**

---

**3.127 6**

**Nonpriority creditor's name and mailing address**

**Phil & Cindy Fletcher**
**153 County Rd. 580**
**Athens, TN 37303**

Date(s) debt was incurred  **9/2/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,717.94**

---

**3.127 7**

**Nonpriority creditor's name and mailing address**

**Phil Taylor**
**2366 Apt To Miss**
**Monticello, GA 31064**

Date(s) debt was incurred  **10/20/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,826.92**

---

**3.127 8**

**Nonpriority creditor's name and mailing address**

**Phil Walther**
**38455 Broad Oak Pl.**
**Hamilton, VA 20158**

Date(s) debt was incurred  **5/7/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,587.94**

---

**3.127 9**

**Nonpriority creditor's name and mailing address**

**Philip Johnson**
**812 Saddle Ridge Dr.**
**Mount Juliet, TN 37122**

Date(s) debt was incurred  **3/22/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,856.88**

---

Debtor   **Chadley Management Inc.**
_____
         Name

Case number (if known)   **22-50726**
_____

---

| 3.128 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Philip Romanowski**
**727 S Cleveland Ave**
**Arlington Heights, IL 60005**

Date(s) debt was incurred  **7/23/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,665.48

---

| 3.128 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Phillip Clark**
**2211 Highway 52 E**
**Portland, TN 37148**

Date(s) debt was incurred  **3/11/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,818.50

---

| 3.128 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Phillip Duncan**
**507 Gum Creek Rd.**
**Decherd, TN 37324**

Date(s) debt was incurred  **5/28/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$5,499.00

---

| 3.128 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Phillip Fishman**
**1401 South 4th St**
**Louisville, KY 40208**

Date(s) debt was incurred  **7/2/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,503.94

---

| 3.128 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Piedmont Natural Gas**
**Attn: Managing Agent**
**P.O. Box 1246**
**Charlotte, NC 28201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$640.68

---

| 3.128 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Pintail Properties, LLC**
**Attn: Managing Agent**
**P.O. Box 10126**
**Knoxville, TN 37939**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

$3,660.00

---

| 3.128 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**PNM**
**Attn: Managing Agent**
**P.O. Box 27900**
**Albuquerque, NM 87125**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$158.54

---

| Debtor | **Chadley Management Inc.** | | Case number (if known) | **22-50726** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.128 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,821.93** |
|---|---|---|---|

**Preston Sadler**
**6310 Olsen Lane Indian**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/9/2022

**Basis for the claim:**  **Potential consumer claim**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.128 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$124,300.00** |
|---|---|---|---|

**PRIVE Capital, LLC**
**Attn: Managing Agent**
**624 King Street W**
**Toronto, ON M5V 1M7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Business loan**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.128 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,008.70** |
|---|---|---|---|

**Quentin Dane**
**5429 Thayer Dr.**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/7/2022

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.129 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$522.91** |
|---|---|---|---|

**R + L Carriers**
**Attn: Managing Agent**
**P.O. Box 271**
**Wilmington, OH 45177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.129 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,200.00** |
|---|---|---|---|

**Ralph Brown**
**3118 Sycamore View Road**
**Bartlett, TN 38134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/8/2022

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.129 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,436.00** |
|---|---|---|---|

**Ramen Kerfoot**
**3600 Stockton Valley Rd.**
**Loudon, TN 37774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/8/2022

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.129 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,190.56** |
|---|---|---|---|

**Randall Henshaw**
**3918 Owl Hollow Rd.**
**Belvidere, TN 37306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/17/2022

**Basis for the claim:**  **Potential comsumer claim**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.129 4**

**Nonpriority creditor's name and mailing address**
**Randall Henson**
**490 Webb Rd.**
**Ellenboro, NC 28040**

Date(s) debt was incurred  6/18/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,453.88

---

**3.129 5**

**Nonpriority creditor's name and mailing address**
**Randy Allsup**
**6100 SW Bear Rd.**
**Bentonville, AR 72713**

Date(s) debt was incurred  10/12/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$4,190.91

---

**3.129 6**

**Nonpriority creditor's name and mailing address**
**Randy Dierking**
**851 Wheatfield Ave.**
**Sugar Grove, IL 60554**

Date(s) debt was incurred  9/24/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,073.93

---

**3.129 7**

**Nonpriority creditor's name and mailing address**
**Randy Greeson**
**4606 Beth Road**
**Greensboro, NC 27406**

Date(s) debt was incurred  8/4/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,153.63

---

**3.129 8**

**Nonpriority creditor's name and mailing address**
**Randy Leaverton**
**211 Harbison Canyon Rd.**
**El Cajon, CA 92019**

Date(s) debt was incurred  8/16/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,065.48

---

**3.129 9**

**Nonpriority creditor's name and mailing address**
**Randy Olsberg**
**100 Eleanor Drive**
**Prospect Heights, IL 60070**

Date(s) debt was incurred  6/15/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,453.92

---

**3.130 0**

**Nonpriority creditor's name and mailing address**
**Raul Crisan**
**6252 Meadow View Dr.**
**Davidson, NC 28036**

Date(s) debt was incurred  3/12/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,722.93

---

Debtor **Chadley Management Inc.**
Name

Case number (if known)  **22-50726**

---

**3.130 1**

**Nonpriority creditor's name and mailing address**
**Raul Rojo**
**6417 Crosswoods Dr.**
**Falls Church, VA 22044**

Date(s) debt was incurred  **10/20/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,130.44

---

**3.130 2**

**Nonpriority creditor's name and mailing address**
**Raymond Johnson**
**1117 Flagstone Dr.**
**Jeffersonville, IN 47130**

Date(s) debt was incurred  **3/18/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$999.00

---

**3.130 3**

**Nonpriority creditor's name and mailing address**
**Raymond Leybas**
**8284 n willow blossom Dr.**
**Tucson, AZ 85741**

Date(s) debt was incurred  **4/14/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$375.00

---

**3.130 4**

**Nonpriority creditor's name and mailing address**
**Ready Spaces**
**Attn: Managing Agent**
**7701 Southern Drive, Ste R**
**Springfield, VA 22150**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,470.40

---

**3.130 5**

**Nonpriority creditor's name and mailing address**
**Rebecca Bennett**
**13 Via Alcalde**
**Sandia Park, NM 87047**

Date(s) debt was incurred  **9/6/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,437.76

---

**3.130 6**

**Nonpriority creditor's name and mailing address**
**Rema Bagum**
**520 Woodbridge Rd.**
**Somerville, TN 38068**

Date(s) debt was incurred  **10/20/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,749.00

---

**3.130 7**

**Nonpriority creditor's name and mailing address**
**Republic Services**
**Attn: Managing Agent**
**P.O. Box 9001099**
**Louisville, KY 40290**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,422.40

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.130 8**

**Nonpriority creditor's name and mailing address**
**Rex Christensen**
**2111 Mill Rd.**
**Alexandria, VA 22314**

Date(s) debt was incurred  8/27/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,834.44

---

**3.130 9**

**Nonpriority creditor's name and mailing address**
**Rex Roebuck**
**9199 Point Replete Dr.**
**Belvoir, VA 22060**

Date(s) debt was incurred  7/30/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,092.44

---

**3.131 0**

**Nonpriority creditor's name and mailing address**
**Rhett Armistead**
**4383 Spring Place Dr.**
**Olive Branch, MS 38654**

Date(s) debt was incurred  9/17/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,541.06

---

**3.131 1**

**Nonpriority creditor's name and mailing address**
**Rianna Forcelli**
**20839 Miranda Falls Sq.**
**Sterling, VA 20165**

Date(s) debt was incurred  10/29/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,509.50

---

**3.131 2**

**Nonpriority creditor's name and mailing address**
**Rich McGowan**
**2112 Lovelace Lane**
**Murfreesboro, TN 37130**

Date(s) debt was incurred  9/10/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,329.35

---

**3.131 3**

**Nonpriority creditor's name and mailing address**
**Richard Allen**
**2333 Finley Beech Rd.**
**Lewisburg, TN 37091**

Date(s) debt was incurred  7/26/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$4,099.72

---

**3.131 4**

**Nonpriority creditor's name and mailing address**
**Richard Biberacher**
**10650 Esmeraldas Dr.**
**San Diego, CA 92124**

Date(s) debt was incurred  5/28/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,870.68

---

Debtor **Chadley Management Inc.**
_____
Name

Case number (if known) **22-50726**

---

**3.131 5**

**Nonpriority creditor's name and mailing address**
**Richard Faulk**
**36W500 River Grange Road**
**Saint Charles, IL 60175**

Date(s) debt was incurred  **8/24/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,114.28**

---

**3.131 6**

**Nonpriority creditor's name and mailing address**
**Richard Goins**
**7005 Bonnamere Dr.**
**Hermitage, TN 37076**

Date(s) debt was incurred  **7/13/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,982.03**

---

**3.131 7**

**Nonpriority creditor's name and mailing address**
**Richard Grimes**

Date(s) debt was incurred  **6/10/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,058.94**

---

**3.131 8**

**Nonpriority creditor's name and mailing address**
**Richard Hoke**
**5285 Valerie Cove**
**Arlingnton, TN 38002**

Date(s) debt was incurred  **10/11/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,249.00**

---

**3.131 9**

**Nonpriority creditor's name and mailing address**
**Richard Maerker**
**340 w 24th st**
**Tucson, AZ 85713**

Date(s) debt was incurred  **8/19/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,889.41**

---

**3.132 0**

**Nonpriority creditor's name and mailing address**
**Richard Morrison**
**4278 Ridge Water Rd.**
**Louisville, TN 37777**

Date(s) debt was incurred  **9/22/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,245.25**

---

**3.132 1**

**Nonpriority creditor's name and mailing address**
**Richard Mueller**
**10628 Arabella Dr. NW**
**Albuquerque, NM 87114**

Date(s) debt was incurred  **6/25/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,377.67**

---

Debtor **Chadley Management Inc.**
_____
Name

Case number (if known) **22-50726**

---

**3.132
2**

**Nonpriority creditor's name and mailing address**
**Richard Paige**
**1109 w placita refinada**
**Green Valley, AZ 85614**

Date(s) debt was incurred  9/22/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$1,770.71

---

**3.132
3**

**Nonpriority creditor's name and mailing address**
**Richard Wilson**
**305 Grove Park Dr.**
**Piperton, TN 38017**

Date(s) debt was incurred  6/24/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$3,305.69

---

**3.132
4**

**Nonpriority creditor's name and mailing address**
**Richard Wimsatt**
**4911 Sycamore Ridge Ln.**
**LaGrange, KY 40031**

Date(s) debt was incurred  7/2/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$1,386.94

---

**3.132
5**

**Nonpriority creditor's name and mailing address**
**Rick Bellucci**
**2708 Tarpon Dr.**
**LaGrange, KY 40031**

Date(s) debt was incurred  6/3/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$2,618.94

---

**3.132
6**

**Nonpriority creditor's name and mailing address**
**Rick Ciampanella**
**155 Stone Ridge Ln.**
**Mooresveille, NC 28117**

Date(s) debt was incurred  6/18/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$2,891.93

---

**3.132
7**

**Nonpriority creditor's name and mailing address**
**Rick Knowles**
**4824 Jefferson Rd.**
**Smithville, TN 37166**

Date(s) debt was incurred  4/12/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$3,118.50

---

**3.132
8**

**Nonpriority creditor's name and mailing address**
**Rick Scott**
**3282 Robins Scott Road**
**Randleman, NC 27317**

Date(s) debt was incurred  11/2/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$1,440.32

---

Debtor **Chadley Management Inc.**
Name

Case number (if known) **22-50726**

---

**3.1329**

Nonpriority creditor's name and mailing address
**Rick Shafer**
**1912 Willow Canyon Tr NW**
**Albuquerque, NM 87120**

Date(s) debt was incurred **5/21/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,377.67

---

**3.1330**

Nonpriority creditor's name and mailing address
**Rick Smith**
**230 Anderson Grove Church Rd.**
**Alblemarle, NC 28001**

Date(s) debt was incurred **6/1/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,599.43

---

**3.1331**

Nonpriority creditor's name and mailing address
**Rick Wimberley**
**552 County Road 367**
**Wynne, AR 72396**

Date(s) debt was incurred **4/5/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$5,496.93

---

**3.1332**

Nonpriority creditor's name and mailing address
**Ricky Funderburk**
**1809 Woodbridge Dr.**
**Salisbury, NC 28146**

Date(s) debt was incurred **8/9/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,480.19

---

**3.1333**

Nonpriority creditor's name and mailing address
**Ricky Hood**
**105 Skelley Lane**
**Columbia, TN 38401**

Date(s) debt was incurred **2/23/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,862.38

---

**3.1334**

Nonpriority creditor's name and mailing address
**Ricky Nicholson**
**5920 Sunnyside Court**
**Murfreesboro, TN 37129**

Date(s) debt was incurred **8/13/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,347.75

---

**3.1335**

Nonpriority creditor's name and mailing address
**Rillito Retail, LLC**
**c/o Epic Real Estate Partners, LLC**
**515 Congress Avenue, Ste 1925**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

$13,194.75

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.133 6**

**Nonpriority creditor's name and mailing address**

**Rio Media**
**Attn: Managing Agent**
**101 Main Street, Ste 230**
**Huntington Beach, CA 92648**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

**$293,125.00**

---

**3.133 7**

**Nonpriority creditor's name and mailing address**

**Rivercrest Realty**
**Attn: Managing Agent**
**8816 Six Forks Road, Ste 201**
**Raleigh, NC 27615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

**$5,691.30**

---

**3.133 8**

**Nonpriority creditor's name and mailing address**

**Rob Peebles**
**6574 Rolling Fork Dr.**
**Nashville, TN 37205**

Date(s) debt was incurred __8/16/2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$1,382.03**

---

**3.133 9**

**Nonpriority creditor's name and mailing address**

**Rob Piper**
**905 S. Fairfield Ave.**
**Lomball, IL 60148**

Date(s) debt was incurred __6/15/2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$2,247.91**

---

**3.134 0**

**Nonpriority creditor's name and mailing address**

**Robbie Sills**
**85 Bainbridge Cove**
**Arlington, TN 38002**

Date(s) debt was incurred __9/6/2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$4,464.00**

---

**3.134 1**

**Nonpriority creditor's name and mailing address**

**Robert (Tim) Murray**
**2214 n rita Ave**
**Tucson, AZ 85716**

Date(s) debt was incurred __6/30/2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$2,497.91**

---

**3.134 2**

**Nonpriority creditor's name and mailing address**

**Robert Bejarano**
**9584 Mullens Rd.**
**Arrington, TN 37014**

Date(s) debt was incurred __8/2/2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$4,625.69**

---

| Debtor | Chadley Management Inc. | | Case number (if known) | 22-50726 |
|---|---|---|---|---|
| | Name | | | |

---

**3.134 3**

Nonpriority creditor's name and mailing address
**Robert Bell**
**523 Lakeside Dr.**
**Taylorsville, KY 40071**

Date(s) debt was incurred  **7/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$6,584.48

---

**3.134 4**

Nonpriority creditor's name and mailing address
**Robert Borders**
**1007 Lyle Lane**
**LaGrange, KY 40031**

Date(s) debt was incurred  **5/21/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,629.44

---

**3.134 5**

Nonpriority creditor's name and mailing address
**Robert Carroll**
**2S012 Tree Tops Lane**
**Wheaton, IL 60189**

Date(s) debt was incurred  **7/29/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,274.27

---

**3.134 6**

Nonpriority creditor's name and mailing address
**Robert Culbertson**
**10621 Summit Mountain Court**
**Knoxville, TN 37922**

Date(s) debt was incurred  **4/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,190.19

---

**3.134 7**

Nonpriority creditor's name and mailing address
**Robert Culp**
**349 Kings Dr.**
**Atoka, TN 38004**

Date(s) debt was incurred  **10/11/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$999.00

---

**3.134 8**

Nonpriority creditor's name and mailing address
**Robert DeSimone**
**9505 Palladio Ct.**
**Louisville, KY 40299**

Date(s) debt was incurred  **2/2/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,380.45

---

**3.134 9**

Nonpriority creditor's name and mailing address
**Robert Ferguson**
**17522 Highway 95 North**
**Greenback, TN 37742**

Date(s) debt was incurred  **7/13/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,799.88

---

Debtor __Chadley Management Inc._____     Case number (if known) __22-50726__
         Name

| 3.135 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.00 |
|---|---|---|---|

**3.135 0**

**Nonpriority creditor's name and mailing address**
**Robert Flanders**
**6529 Gum Puckett Rd.**
**Murfreesboro, TN 37127**

Date(s) debt was incurred __10/22/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential consumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$675.00**

---

**3.135 1**

**Nonpriority creditor's name and mailing address**
**Robert Gaiennie**
**67 Golfers View**
**Pittsboro, NC 27312**

Date(s) debt was incurred __6/17/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$2,327.73**

---

**3.135 2**

**Nonpriority creditor's name and mailing address**
**Robert Galgan**
**22W 673 Ahlstrand Rd.**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred __9/3/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$2,600.80**

---

**3.135 3**

**Nonpriority creditor's name and mailing address**
**Robert Helson**
**178 Flynn Rd.**
**Gallatin, TN 37066**

Date(s) debt was incurred __6/15/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$3,490.31**

---

**3.135 4**

**Nonpriority creditor's name and mailing address**
**Robert Kenney**
**6 Bridle Ct.**
**Potomac, MD 20854**

Date(s) debt was incurred __8/27/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.04**

---

**3.135 5**

**Nonpriority creditor's name and mailing address**
**Robert Kitchel**
**3495 Adam Way NE**
**Georgetown, IN 47122**

Date(s) debt was incurred __5/26/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$2,343.94**

---

**3.135 6**

**Nonpriority creditor's name and mailing address**
**Robert Lake**
**352 Brownstone Drive St.**
**St. Charles, IL 60174**

Date(s) debt was incurred __8/2/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

**$2,601.60**

---

| Debtor | Chadley Management Inc. | | Case number (if known) | 22-50726 |
|---|---|---|---|---|
| | Name | | | |

---

**3.135 7**

**Nonpriority creditor's name and mailing address**
**Robert Langford**
**9149 s whispering pine Dr.**
**Tucson, AZ 85756**

Date(s) debt was incurred  9/23/2022

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ☑ No ☐ Yes

**$2,780.98**

---

**3.135 8**

**Nonpriority creditor's name and mailing address**
**Robert Monroe**
**15060 Stillfield Pl.**
**Centerville, VA 20120**

Date(s) debt was incurred  9/9/2022

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ☑ No ☐ Yes

**$699.00**

---

**3.135 9**

**Nonpriority creditor's name and mailing address**
**Robert Muraida**
**38 S. Charles Ave**
**Villa Park, IL 60181**

Date(s) debt was incurred  8/27/2022

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ☑ No ☐ Yes

**$2,547.05**

---

**3.136 0**

**Nonpriority creditor's name and mailing address**
**Robert Mustin**
**130 Royal View Lane**
**Powell, TN 37849**

Date(s) debt was incurred  9/24/2022

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ☑ No ☐ Yes

**$2,778.09**

---

**3.136 1**

**Nonpriority creditor's name and mailing address**
**Robert Parker**
**742 Marsolan Ave.Solana**
**Beach, CA 92075**

Date(s) debt was incurred  9/9/2022

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ☑ No ☐ Yes

**$1,550.52**

---

**3.136 2**

**Nonpriority creditor's name and mailing address**
**Robert Perry**
**2808 Wood Ct. NE**
**Albuquerque, NM 87112**

Date(s) debt was incurred  6/4/2022

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ☑ No ☐ Yes

**$1,377.67**

---

**3.136 3**

**Nonpriority creditor's name and mailing address**
**Robert Raley**
**8811 Georgia Highway 74**
**Macon, GA 31220**

Date(s) debt was incurred  11/12/2022

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ☑ No ☐ Yes

**$3,752.92**

---

Debtor   **Chadley Management Inc.**                                   Case number (if known)   **22-50726**
_____
Name

| 3.136 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,839.33 |

**Robert Schlandensky**
**830 Double Oak Lane**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _6/15/2022_

**Basis for the claim:**  _Potential consumer claim_

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,226.16 |

**Robert Smith**
**8426 n acre Dr.**
**Tucson, AZ 85742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _8/27/2022_

**Basis for the claim:**  _Potential comsumer claim_

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,199.91 |

**Robert Srygley**
**467 E Fairway Ln.**
**Fayetteville, AR 72701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _8/27/2022_

**Basis for the claim:**  _Potential comsumer claim_

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,335.91 |

**Robert Stanton**
**334 e mariposa**
**Green Valley, AZ 85614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _8/5/2022_

**Basis for the claim:**  _Potential comsumer claim_

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,039.62 |

**Robert Swinney**
**191 Cherry Ave**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _9/20/2022_

**Basis for the claim:**  _Potential comsumer claim_

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,276.14 |

**Roberty Hinkley**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _10/1/2022_

**Basis for the claim:**  _Potential comsumer claim_

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,792.88 |

**Rodney Berry**
**1295 South Greenhill Rd.**
**Mount Juliet, TN 37122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _6/14/2022_

**Basis for the claim:**  _Potential comsumer claim_

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Chadley Management Inc.**
Name
Case number (if known) **22-50726**

---

| 3.137 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rodney Longworth**
**3969 Glennhi Road**
**Winston-Salem, NC 27107**

Date(s) debt was incurred  8/27/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential consumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$3,977.98

---

| 3.137 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roger Bialas**
**12855 w virgil Dr.**
**AZ 85743**

Date(s) debt was incurred  7/23/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$4,601.68

---

| 3.137 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roger Thornton**
**830 Harrisburg Lane**
**Mount Juliet, TN 37122**

Date(s) debt was incurred  8/6/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential consumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$3,320.31

---

| 3.137 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rohan Sundaralingam**
**731 Hillside Ave.**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred  7/7/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$1,175.00

---

| 3.137 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rohan Sundaralingam**
**731 Hillside Ave.**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred  7/7/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$3,111.46

---

| 3.137 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roland Wentworth**
**629 Redbridge Tr**
**Charlotte, NC 28269**

Date(s) debt was incurred  9/10/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$4,389.53

---

| 3.137 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rolly Casuga**
**1363 White Oak Lane West**
**Chicago, IL 60185**

Date(s) debt was incurred  7/20/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$751.43

---

Debtor **Chadley Management Inc.**
Name

Case number (if known) **22-50726**

---

| 3.137 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$2,159.50** |

**Roman Lewandowski**
**16211 Comus Rd.**
**Clarksburg, MD 20871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/8/2022

**Basis for the claim:**  Potential consumer claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$1,519.61** |

**Roman Poleski**
**13755 n high mountain view pl**
**Tucson, AZ 85739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/30/2022

**Basis for the claim:**  Potential comsumer claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$1,839.00** |

**Ron Dunn**
**920 Pleasant Hill Rd.**
**Maryville, TN 37803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/7/2022

**Basis for the claim:**  Potential consumer claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$1,110.56** |

**Ron Ledford**
**1320 Fourth Ave.N.**
**Nashville, TN 37208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/21/2022

**Basis for the claim:**  Potential comsumer claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$3,325.18** |

**Ron Williams**
**863 Pinkney Place**
**Stanley, NC 28164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/16/2022

**Basis for the claim:**  Potential comsumer claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$2,900.81** |

**Ron Young**
**2914 Palace Place**
**Murfreesboro, TN 37129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/30/2022

**Basis for the claim:**  Potential comsumer claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$3,289.11** |

**Ronald J Maehler**
**3212 19th Ave.SE**
**Rio Rancho, NM 87124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/10/2022

**Basis for the claim:**  Potential comsumer claim

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Chadley Management Inc.**
_____
Name

Case number (if known)  **22-50726**

---

| 3.138 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronald Martin**

Date(s) debt was incurred  **8/30/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,987.93**

---

| 3.138 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronald Walkup**
**524 Pine Grove Church Rd.**
**Culloden, GA 31016**

Date(s) debt was incurred  **10/11/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,774.92**

---

| 3.138 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronnie Blount**
**276 Creekside Dr.**
**Gray, GA 31032**

Date(s) debt was incurred  **9/24/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,829.92**

---

| 3.138 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosalind Cde Baca**
**1740 Dietz Lp NW**
**Albuquerque, NM 87107**

Date(s) debt was incurred  **7/30/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,642.61**

---

| 3.138 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosetta Volkov**
**2805 Racetrack View Dr.**
**Del Mar, CA 92014**

Date(s) debt was incurred  **4/6/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$5,984.33**

---

| 3.139 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ross Fenton**
**20834 Derrydale Sq.**
**Sterling, VA 20165**

Date(s) debt was incurred  **10/18/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,891.44**

---

| 3.139 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ross Laughter**
**4519 S Potter Rd.**
**Monroe, NC 28112**

Date(s) debt was incurred  **8/6/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,414.86**

---

Debtor **Chadley Management Inc.**
_____
Name

Case number (if known)   **22-50726**
_____

| 3.139 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Roxana Bracamonte**
**10174 e desert gorge Dr.**
**Tucson, AZ 85167**

Date(s) debt was incurred  **7/28/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,335.91

---

| 3.139 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Roy Cade**

**Elizabethtown, KY 42701**

Date(s) debt was incurred  **7/12/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,383.94

---

| 3.139 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Roy Davis**
**6332 Shawn Drive**
**Lizella, GA 31052**

Date(s) debt was incurred  **10/26/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,915.92

---

| 3.139 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Roy Lenoir**
**5239 Cardwell Chapel Rd.**
**Lenoir City, TN 37771**

Date(s) debt was incurred  **6/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,604.06

---

| 3.139 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Roy Scearce**
**60 Brickhorn Drive**
**Ridgeway, VA 24148**

Date(s) debt was incurred  **8/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,101.93

---

| 3.139 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Rudy Crabtree**
**871 Oak Grove Rd.**
**Roxboro, NC 27574**

Date(s) debt was incurred  **9/29/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,341.43

---

| 3.139 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Rudy Wyland**
**1645 Montmorency Dr.**
**Vienna, VA 22182**

Date(s) debt was incurred  **5/31/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,389.94

---

Debtor  **Chadley Management Inc.**
_____
Name                                                                   Case number (if known)   **22-50726**

---

**3.139**
**9**

Nonpriority creditor's name and mailing address
**Russell Billbrey**
**15911 e Genoa way**
**Fountain Hills, AZ 85628**

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$4,491.46

---

**3.140**
**0**

Nonpriority creditor's name and mailing address
**Ryan Bradley**
**4000 SW Flatrock CV**
**Bentonville, AR 72713**

Date(s) debt was incurred  **9/1/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$4,109.31

---

**3.140**
**1**

Nonpriority creditor's name and mailing address
**Ryan Daugherty**
**12684 Stella Blue Cv**
**Collierville, TN 38017**

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$2,959.20

---

**3.140**
**2**

Nonpriority creditor's name and mailing address
**Ryan Fleming**
**2043 Highlands Ridge Lane**
**Knoxville, TN 37932**

Date(s) debt was incurred  **4/5/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$2,060.39

---

**3.140**
**3**

Nonpriority creditor's name and mailing address
**Ryan Heath**
**1604 Latimer Lane**
**Hendersonville, TN 37075**

Date(s) debt was incurred  **9/10/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$4,755.69

---

**3.140**
**4**

Nonpriority creditor's name and mailing address
**Ryan Ohara**
**1410 L R Schroance Lane**
**Iron Station, NC 28080**

Date(s) debt was incurred  **9/20/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$722.25

---

**3.140**
**5**

Nonpriority creditor's name and mailing address
**Ryan Ostrowski**
**486 Waterbury Lane**
**Roselle, IL 60172**

Date(s) debt was incurred  **6/18/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$1,171.83

---

Debtor   **Chadley Management Inc.**
_____
Name

Case number (if known)   **22-50726**
_____

---

| 3.140 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Ryan St. John**
**5847 Zinfandel Street**
**Winston-Salem, NC 27106**

Date(s) debt was incurred  **7/16/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,391.43**

---

| 3.140 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Ryan Talley**
**12721 w sandy peak Ln.**
**Tucson, AZ 85741**

Date(s) debt was incurred  **6/4/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,609.04**

---

| 3.140 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Ryan Walderman**
**6638 Park Hall Dr.**
**Laurel, MD 20707**

Date(s) debt was incurred  **10/18/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$999.00**

---

| 3.140 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Ryne Hiter**
**188 Bonnafield Drive**
**Hermitage, TN 37076**

Date(s) debt was incurred  **5/28/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,383.12**

---

| 3.141 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Ryne McMahel**
**7014 Jennifer Dr.**
**Georgetown, IN 47122**

Date(s) debt was incurred  **2/18/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,099.44**

---

| 3.141 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**S.C. Valley Engineering INC**
**822 Camelot Pkwy**
**El Cajon, CA 92019**

Date(s) debt was incurred  **8/26/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$374.11**

---

| 3.141 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Sal Abbruscato**
**3812 Perney Court**
**Apex, NC 27539**

Date(s) debt was incurred  **5/4/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,292.28**

---

Debtor **Chadley Management Inc.**
Name

Case number (if known) **22-50726**

---

**3.141 3**

**Nonpriority creditor's name and mailing address**
**Salvatore Sciortino**
**61 E. Wrightwood Ave**
**Glendale Heights, IL 60136**

Date(s) debt was incurred **8/12/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,256.80

---

**3.141 4**

**Nonpriority creditor's name and mailing address**
**Sam Metcalf**
**207 Kings Crest Blvd**
**Perry, GA 31069**

Date(s) debt was incurred **11/8/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,137.92

---

**3.141 5**

**Nonpriority creditor's name and mailing address**
**Sam Shouse**
**2419 Grand Pine Lane**
**Clemmons, NC 27012**

Date(s) debt was incurred **9/10/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,688.25

---

**3.141 6**

**Nonpriority creditor's name and mailing address**
**Sam Starr**
**301 North Cherry St.**
**Church, VA 22046**

Date(s) debt was incurred **8/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,705.94

---

**3.141 7**

**Nonpriority creditor's name and mailing address**
**Samantha Siranli**
**4934 Indian Ln. NW**
**Washington, DC 20016**

Date(s) debt was incurred **10/6/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,699.00

---

**3.141 8**

**Nonpriority creditor's name and mailing address**
**Sandra Moreno**
**12508 Meadow Oaks Ln.**
**Farmington, AR 72730**

Date(s) debt was incurred **8/2/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,003.25

---

**3.141 9**

**Nonpriority creditor's name and mailing address**
**Sanjay Patel**
**13021 Watson Court Palos**
**Palos Hills, IL 60464**

Date(s) debt was incurred **5/13/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,915.92

---

Debtor  **Chadley Management Inc.**
_____
Name

Case number (if known)    **22-50726**

---

| 3.142 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,923.93 |

**Sara Christopher**
**177 Brook Farm Dr.**
**Rockwell, NC 28138**

Date(s) debt was incurred  **8/10/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.142 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,712.26 |

**Sarah Dean**
**1612 Frazier Ridge Lane**
**Mebane, NC 27302**

Date(s) debt was incurred  **7/6/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.142 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,564.31 |

**Sarah Ducharme**
**9820 e vermillion pl**
**Tucson, AZ 85749**

Date(s) debt was incurred  **5/31/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.142 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,647.44 |

**Sarah Wixson**
**404 south Parkline Dr.**
**New Albany, IN 47150**

Date(s) debt was incurred  **6/15/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.142 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $994.96 |

**Saul Perez-Lopez**
**3424 Capalina Rd.**
**San Marcos, CA 92069**

Date(s) debt was incurred  **6/10/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.142 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,921.81 |

**Scott and Jennifer Corbett**
**319 County Rd. 777**
**Riceville, TN 37370**

Date(s) debt was incurred  **6/14/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.142 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,999.00 |

**Scott Ballard**
**1907 Thorncroft Dr.**
**Germantown, TN 38138**

Date(s) debt was incurred  **9/1/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Chadley Management Inc.**
_____    Case number (if known)   **22-50726**
Name

---

**3.142 7**

**Nonpriority creditor's name and mailing address**

**Scott Bowles**
**12223 E Metz Dr.**
**Vail, AZ 85641**

Date(s) debt was incurred  **9/24/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,194.61**

---

**3.142 8**

**Nonpriority creditor's name and mailing address**

**Scott Byers**
**369 Stephens Valley Rd.**
**Nashville, TN 37221**

Date(s) debt was incurred  **10/14/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,661.38**

---

**3.142 9**

**Nonpriority creditor's name and mailing address**

**Scott Craven**
**1006 Pickett Road**
**Lexington, NC 27295**

Date(s) debt was incurred  **7/30/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,092.04**

---

**3.143 0**

**Nonpriority creditor's name and mailing address**

**Scott Daggett**
**17824 Woburn Road**
**Tinley Park, IL 60487**

Date(s) debt was incurred  **8/11/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,431.80**

---

**3.143 1**

**Nonpriority creditor's name and mailing address**

**Scott Davis**
**3929 Chevlot Rd.**
**Sherrills Ford, NC 28673**

Date(s) debt was incurred  **5/10/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,966.53**

---

**3.143 2**

**Nonpriority creditor's name and mailing address**

**Scott Haigler**
**6616 Blalock Rd.**
**Bahama, NC 27503**

Date(s) debt was incurred  **8/10/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,493.43**

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

**Scott Kassel**
**340 Hill Court West**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred  **8/10/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,830.92**

---

| Debtor | **Chadley Management Inc.** | Case number *(if known)* | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

**Scott King**
**421 Mullen Rd. NW**
**Albuquerque, NM 87107**

Date(s) debt was incurred  **11/3/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,127.92

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

**Scott Lyon**
**8059 Valley View Rd.**
**Lascassas, TN 37085**

Date(s) debt was incurred  **10/13/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,247.75

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

**Scott Manson**
**1219 Grace Park Ln.**
**Huntersville, NC 28078**

Date(s) debt was incurred  **3/4/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,804.39

---

**3.143 7**

**Nonpriority creditor's name and mailing address**

**Scott Mathena**
**2709 La Luz Circle**
**Rio Rancho, NM 87144**

Date(s) debt was incurred  **3/30/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,127.30

---

**3.143 8**

**Nonpriority creditor's name and mailing address**

**Scott McKillop**
**2802 Key Blvd.**
**Arlington, VA 22201**

Date(s) debt was incurred  **8/20/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,845.44

---

**3.143 9**

**Nonpriority creditor's name and mailing address**

**Scott Miller**
**9230 N camino de la tierra**
**Tucson, AZ 85742**

Date(s) debt was incurred  **6/4/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,085.91

---

**3.144 0**

**Nonpriority creditor's name and mailing address**

**Scott Moore**
**16530 S. Winding Creek Lane**
**Lockport, IL 60441**

Date(s) debt was incurred  **10/1/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,073.93

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.144**
**1**

Nonpriority creditor's name and mailing address
**Scott Rudisill**
**211 Rockspring Drive**
**Thomasville, NC 27360**

Date(s) debt was incurred  **3/11/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$2,612.00

---

**3.144**
**2**

Nonpriority creditor's name and mailing address
**Scott Rudisill**
**7261 Welborn Road**
**Trinity, NC 27370**

Date(s) debt was incurred  **4/12/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$3,061.42

---

**3.144**
**3**

Nonpriority creditor's name and mailing address
**Scott Schwartz**
**1073 Holland Ridge Way**
**Lebanon, TN 37090**

Date(s) debt was incurred  **4/9/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$7,400.81

---

**3.144**
**4**

Nonpriority creditor's name and mailing address
**Scott Vaughan**
**14818 Long Iron Dr.**
**Huntersville, NC 28078**

Date(s) debt was incurred  **9/17/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$961.93

---

**3.144**
**5**

Nonpriority creditor's name and mailing address
**Seamless Captial Group LLC**
**Attn: Managing Agent**
**4407 Bee Caves Road, Ste 421**
**Austin, TX 78746**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business loan**

Is the claim subject to offset? ☑ No ☐ Yes

$72,825.00

---

**3.144**
**6**

Nonpriority creditor's name and mailing address
**Sean Carter**
**1668 Olmeda St**
**Encinitas, CA 92024**

Date(s) debt was incurred  **7/23/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$3,638.38

---

**3.144**
**7**

Nonpriority creditor's name and mailing address
**Sean Olmstead**
**1633 N Colonial Ter.**
**Arlington, VA 22209**

Date(s) debt was incurred  **7/9/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☑ No ☐ Yes

$1,058.94

---

Debtor   **Chadley Management Inc.**
_____
         Name

Case number (if known)   **22-50726**
_____

| 3.144<br>8 | **Nonpriority creditor's name and mailing address**<br>**Secure Capital, LLC**<br>**Attn: Managing Agent**<br>**243 Tresser Blvd, 17th Floor**<br>**Stamford, CT 06901**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business loan**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$223,962.25** |
|---|---|---|

| 3.144<br>9 | **Nonpriority creditor's name and mailing address**<br>**Serena Saccoccie**<br>**1509 One Friday Lane**<br>**Knoxville, TN 37922**<br><br>Date(s) debt was incurred  **8/16/2022**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,324.00** |
|---|---|---|

| 3.145<br>0 | **Nonpriority creditor's name and mailing address**<br>**Seth Millhollin**<br>**2957 w nutmeg Dr.**<br>**Tucson, AZ 85741**<br><br>Date(s) debt was incurred  **7/5/2022**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,153.13** |
|---|---|---|

| 3.145<br>1 | **Nonpriority creditor's name and mailing address**<br>**Seth Psomiadis**<br>**366 Providence Rd.**<br>**Macon, GA 31210**<br><br>Date(s) debt was incurred  **9/24/2022**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,057.32** |
|---|---|---|

| 3.145<br>2 | **Nonpriority creditor's name and mailing address**<br>**Seth Stevenson**<br>**85 7th Ave.**<br>**La Grange, IL 60525**<br><br>Date(s) debt was incurred  **10/18/2022**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,078.92** |
|---|---|---|

| 3.145<br>3 | **Nonpriority creditor's name and mailing address**<br>**Shahram Dehghani**<br>**16455 Avenida Cuesta Del Sol Rancho**<br>**Santa Fe, CA 92067**<br><br>Date(s) debt was incurred  **4/6/2022**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$6,863.02** |
|---|---|---|

| 3.145<br>4 | **Nonpriority creditor's name and mailing address**<br>**Shane Beauchamp**<br>**3951 Creekside Ct.**<br>**Winston-Salem, NC 27127**<br><br>Date(s) debt was incurred  **4/1/2022**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,423.92** |
|---|---|---|

| Debtor | **Chadley Management Inc.** | Case number *(if known)* | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.145 5**

**Nonpriority creditor's name and mailing address**

**Shane Schutter**
**11983 Snapshot Ct.**
**Nokesville, VA 20181**

Date(s) debt was incurred  **7/14/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,784.44**

---

**3.145 6**

**Nonpriority creditor's name and mailing address**

**Shane Scurry**
**2507 Sumter Hwy**
**Bishopville, SC 29010**

Date(s) debt was incurred  **7/14/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,795.58**

---

**3.145 7**

**Nonpriority creditor's name and mailing address**

**Shannon McCormick**
**7605 Wheat Fall Ct.**
**Derwood, MD 20855**

Date(s) debt was incurred  **7/8/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$4,372.07**

---

**3.145 8**

**Nonpriority creditor's name and mailing address**

**Sharon Danchak**
**6840 Strata St.**
**McLean, VA 22101**

Date(s) debt was incurred  **6/7/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$4,828.14**

---

**3.145 9**

**Nonpriority creditor's name and mailing address**

**Shawn Eakins**
**5106 Ward Boulevard**
**Wilson, NC 27893**

Date(s) debt was incurred  **3/11/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,942.33**

---

**3.146 0**

**Nonpriority creditor's name and mailing address**

**Shawn Villalovos**
**1866 Pleasant Hill Rd.**
**Franklin, TN 37067**

Date(s) debt was incurred  **8/5/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,207.75**

---

**3.146 1**

**Nonpriority creditor's name and mailing address**

**Shawn Vyborny**

Date(s) debt was incurred  **10/22/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,031.62**

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.146 2**

**Nonpriority creditor's name and mailing address**
**Sheri Garrett**
**2325 US HWY 50**
**Fayetteville, OH 45118**

Date(s) debt was incurred  8/24/2022
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential consumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$3,998.35

---

**3.146 3**

**Nonpriority creditor's name and mailing address**
**Sherman Childers**
**12328 Oakland Hills**
**Point Farragut, TN 37934**

Date(s) debt was incurred  4/1/2022
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$2,290.19

---

**3.146 4**

**Nonpriority creditor's name and mailing address**
**Shirley Lewis**
**3156 Union Ridge Rd.**
**Burlington, NC 27217**

Date(s) debt was incurred  4/22/2022
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$3,479.25

---

**3.146 5**

**Nonpriority creditor's name and mailing address**
**Sidney Barnes**
**1362 Oak Grove Lane**
**Salisbury, NC 28146**

Date(s) debt was incurred  10/21/2022
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$2,777.71

---

**3.146 6**

**Nonpriority creditor's name and mailing address**
**Sights and Sounds Systems**
**Attn: Managing Agent**
**23430 Rock Haven Way, Ste 150**
**Sterling, VA 20166**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset? ■ No  ☐ Yes

$59.90

---

**3.146 7**

**Nonpriority creditor's name and mailing address**
**Sloan Payne**
**1303 Primrose Trail Mount**
**Mount Juliet, TN 37122**

Date(s) debt was incurred  4/22/2022
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$1,273.38

---

**3.146 8**

**Nonpriority creditor's name and mailing address**
**Sonja Betts**
**14572 Lee Hwy.**
**Amissville, VA 20106**

Date(s) debt was incurred  9/30/2022
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No  ☐ Yes

$2,841.44

---

Debtor    **Chadley Management Inc.**
_____
Name

Case number (if known)    **22-50726**

---

| 3.146 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sonny Greene**
**1908 E.**
**Collierville, TN 38017**

Date(s) debt was incurred  **10/12/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,899.00

---

| 3.147 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sonya Mowery**
**901 E Raccoon Valley Rd.**
**Heiskell, TN 37754**

Date(s) debt was incurred  **9/3/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,998.00

---

| 3.147 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SPA- Murfreesboro**
**Attn: Managing Agent**
**P.O. Box 3407**
**Brentwood, TN 37027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,078.00

---

| 3.147 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Spectrum**
**Attn: Managing Agent**
**P.O. Box 6030**
**Carol Stream, IL 60197**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,088.34

---

| 3.147 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Spencer Waters**
**2339 Kalamazoo Drive**
**Naperville, IL 60565**

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,748.93

---

| 3.147 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Staci Walters-Young**
**2870 Whiptail Loop East Suite 101**
**Carlsbad, CA 92010**

Date(s) debt was incurred  **10/7/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,401.42

---

| 3.147 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stacy Hunter**
**117 Scotland Dr.**
**Lexington, SC 29072**

Date(s) debt was incurred  **7/9/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$8,134.83

---

| Debtor | Chadley Management Inc. | | Case number (if known) | 22-50726 |
|---|---|---|---|---|
| | Name | | | |

---

**3.147 6**

**Nonpriority creditor's name and mailing address**
**Star Honeycutt**
**990 Braxton Dr.**
**Concord, NC 00028-2027**

Date(s) debt was incurred  6/24/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,764.18

---

**3.147 7**

**Nonpriority creditor's name and mailing address**
**Stephan Schlesinger**
**328 South Poplar Ave**
**Elmhurst, IL 60126**

Date(s) debt was incurred  8/30/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$797.64

---

**3.147 8**

**Nonpriority creditor's name and mailing address**
**Stephanie Renzi**
**11504 Lake Potomac Dr.**
**Potomac, MD 20854**

Date(s) debt was incurred  10/29/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$6,465.94

---

**3.147 9**

**Nonpriority creditor's name and mailing address**
**Stephanie Wenick**
**3215 Coquelin Ter.**
**Chevy Chase, MD 20815**

Date(s) debt was incurred  11/1/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,265.44

---

**3.148 0**

**Nonpriority creditor's name and mailing address**
**Stephen Coleman**
**5400 Sidney Rd.**
**Mount Airy, MD 21771**

Date(s) debt was incurred  8/5/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,324.00

---

**3.148 1**

**Nonpriority creditor's name and mailing address**
**Stephen Davis**
**12301 Sherman Dr.**
**Charlotte, NC 28273**

Date(s) debt was incurred  7/21/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,422.81

---

**3.148 2**

**Nonpriority creditor's name and mailing address**
**Stephen Mayville**
**10616 Crandall Rd. SW**
**Albuquerque, NM 87121**

Date(s) debt was incurred  9/3/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,505.30

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.148**
**3**

Nonpriority creditor's name and mailing address
**Stephen Montgomery**
**3009 Vermont St NE**
**Albuquerque, NM 87110**

Date(s) debt was incurred  **7/2/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,323.73

---

**3.148**
**4**

Nonpriority creditor's name and mailing address
**Stephen Walkup**
**4025 Caerleon CR**
**Bentonville, AR 72713**

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,405.79

---

**3.148**
**5**

Nonpriority creditor's name and mailing address
**Steve Buchanan**
**3704 Stratton Hills Drive**
**Greensboro, NC 27410**

Date(s) debt was incurred  **7/23/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$4,439.93

---

**3.148**
**6**

Nonpriority creditor's name and mailing address
**Steve Dorsey**
**17119 W Prarieview Ln.**
**Gurnee, IL 60031**

Date(s) debt was incurred  **9/14/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,868.90

---

**3.148**
**7**

Nonpriority creditor's name and mailing address
**Steve England**
**1202 Foxwood Dr.**
**Sevierville, TN 37862**

Date(s) debt was incurred  **8/2/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,884.06

---

**3.148**
**8**

Nonpriority creditor's name and mailing address
**Steve Heathcote**
**731 N Union Grove Rd.**
**Friendsville, TN 37737**

Date(s) debt was incurred  **10/15/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,917.94

---

**3.148**
**9**

Nonpriority creditor's name and mailing address
**Steve Higgins**
**7404 Reservation Dr.**
**Springfield, VA 22153**

Date(s) debt was incurred  **6/7/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,658.94

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.149 0**

Nonpriority creditor's name and mailing address
**Steve Kosmicki**
**578 Lower Halls Mill Rd.**
**Shelbyville, TN 37160**

Date(s) debt was incurred  **6/21/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,155.69

---

**3.149 1**

Nonpriority creditor's name and mailing address
**Steve Lafronza**
**8104 Barbour Manor**
**Louisville, KY 40241**

Date(s) debt was incurred  **9/28/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,092.44

---

**3.149 2**

Nonpriority creditor's name and mailing address
**Steve Luck**
**13728 Canal Vista Ct.**
**POTOMAC, MD 20854**

Date(s) debt was incurred  **7/28/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,145.48

---

**3.149 3**

Nonpriority creditor's name and mailing address
**Steve Marshall**
**178 Providence Trail**
**Madison, NC 27025**

Date(s) debt was incurred  **8/30/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,735.93

---

**3.149 4**

Nonpriority creditor's name and mailing address
**Steve McClendon**
**330 Forsyth St.**
**Murfreesboro, TN 37127**

Date(s) debt was incurred  **4/22/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,355.69

---

**3.149 5**

Nonpriority creditor's name and mailing address
**Steve Minutella**
**1524 Jarratt Drive**
**Rockvale, TN 37153**

Date(s) debt was incurred  **7/2/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$999.00

---

**3.149 6**

Nonpriority creditor's name and mailing address
**Steve Pirotte**
**8175 Malibu Pointe Ln.**
**Denver, NC 28037**

Date(s) debt was incurred  **9/9/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,629.32

---

| Debtor | **Chadley Management Inc.** | Case number *(if known)* | **22-50726** |
|---|---|---|---|

Name

---

**3.1497**

Nonpriority creditor's name and mailing address
**Steve Stafford**
**476 S. Davis Hollow Rd**
**Richland, MO 65556**

Date(s) debt was incurred  **10/26/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$5,679.00**

---

**3.1498**

Nonpriority creditor's name and mailing address
**Steve Vacalis**
**122 Kelly Cove Ct.**
**Mooresville, NC 28117**

Date(s) debt was incurred  **3/8/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,708.18**

---

**3.1499**

Nonpriority creditor's name and mailing address
**Steve Wann**
**9008 Nesting Ridge Court College**
**Grove, TN 37046**

Date(s) debt was incurred  **9/2/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$6,123.38**

---

**3.1500**

Nonpriority creditor's name and mailing address
**Steven Brown**
**8775 Bondale Rd.**
**Concord, NC 28025**

Date(s) debt was incurred  **9/5/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,343.93**

---

**3.1501**

Nonpriority creditor's name and mailing address
**Steven Graves**
**10111 n sand sage trl**
**Marana, AZ 85653**

Date(s) debt was incurred  **8/12/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,497.91**

---

**3.1502**

Nonpriority creditor's name and mailing address
**Steven Kemmet**
**1405 Newgate Court**
**Libertyville, IL 60048**

Date(s) debt was incurred  **8/24/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,958.90**

---

**3.1503**

Nonpriority creditor's name and mailing address
**Steven McRae**
**1431 Cappoquin Way**
**Burlington, NC 27215**

Date(s) debt was incurred  **11/3/2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,565.68**

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.150 4**

**Nonpriority creditor's name and mailing address**

**Steven Miner**
**40 W 835 Maplecrest Lane**
**Hampshire, IL 60140**

Date(s) debt was incurred  9/8/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,473.93**

---

**3.150 5**

**Nonpriority creditor's name and mailing address**

**Steven Nakao**
**12175 Darnley Rd.**
**Woodbridge, VA 22192**

Date(s) debt was incurred  8/30/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,277.94**

---

**3.150 6**

**Nonpriority creditor's name and mailing address**

**Steven Peckham**
**2288 Lirby Rd.**
**Memphis, TN 38119**

Date(s) debt was incurred  8/27/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$899.00**

---

**3.150 7**

**Nonpriority creditor's name and mailing address**

**Stewart Murray**
**10404 Meadow Ridges Lane**
**Knoxville, TN 37922**

Date(s) debt was incurred  9/7/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,102.50**

---

**3.150 8**

**Nonpriority creditor's name and mailing address**

**Sue Ann Hemphill**
**1084 Stockett Drive**
**Nashville, TN 37221**

Date(s) debt was incurred  9/10/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,556.28**

---

**3.150 9**

**Nonpriority creditor's name and mailing address**

**Summit Fire & Security**
**Attn: Managing Agent**
**P.O. Box 6783**
**Carol Stream, IL 60197**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$189.33**

---

**3.151 0**

**Nonpriority creditor's name and mailing address**

**Susan Debartolo**
**20 Dorchester Court**
**Sugar Grove, Il 60554**

Date(s) debt was incurred  8/17/2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,376.43**

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.151**
**1**

**Nonpriority creditor's name and mailing address**

**Swanson Developments, LP**
**Attn: Managing Agent**
**1188 Park Avenue**
**Murfreesboro, TN 37129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

$5,776.25

---

**3.151**
**2**

**Nonpriority creditor's name and mailing address**

**Tad Jennings**
**906 Lamp Post SE**
**Albuquerque, NM 87123**

Date(s) debt was incurred __4/30/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$3,410.17

---

**3.151**
**3**

**Nonpriority creditor's name and mailing address**

**Talentref, Inc.**
**Attn: Managing Agent**
**950 17th Street, #700**
**Denver, CO 80202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,080.00

---

**3.151**
**4**

**Nonpriority creditor's name and mailing address**

**Talmadge McInnis**
**PO Box 453**
**Alexis, NC 28006**

Date(s) debt was incurred __6/25/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$1,389.93

---

**3.151**
**5**

**Nonpriority creditor's name and mailing address**

**Taylor Bunch**
**5857 Mount Vernon Dr.**
**Alexandria, VA 22303**

Date(s) debt was incurred __10/5/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$2,966.93

---

**3.151**
**6**

**Nonpriority creditor's name and mailing address**

**Taylor Collazo**
**8985 hollybrook Ln.**
**Germantown, TN 38138**

Date(s) debt was incurred __10/1/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$2,739.20

---

**3.151**
**7**

**Nonpriority creditor's name and mailing address**

**Taylor Travis**
**3242 Bloomfield Circle**
**Maryville, TN 37803**

Date(s) debt was incurred __9/2/2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential comsumer claim__

Is the claim subject to offset? ■ No ☐ Yes

$3,638.09

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.151 8**

**Nonpriority creditor's name and mailing address**
**Tei Tsou**
**3991 Foothill Ave**
**Carsbad, CA 92010**

Date(s) debt was incurred  **7/19/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,036.40

---

**3.151 9**

**Nonpriority creditor's name and mailing address**
**Terri Widner**
**138 Cantrell Rd.**
**Bulls Gap, TN 37711**

Date(s) debt was incurred  **8/30/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,370.11

---

**3.152 0**

**Nonpriority creditor's name and mailing address**
**Terry Chelhakli**
**610 N. Batavia Road**
**Batavia, IL 60510**

Date(s) debt was incurred  **8/20/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,208.93

---

**3.152 1**

**Nonpriority creditor's name and mailing address**
**Terry Duffy**
**185 Brailsford St.**
**Charleston, SC 29492**

Date(s) debt was incurred  **10/7/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$9,390.32

---

**3.152 2**

**Nonpriority creditor's name and mailing address**
**Terry McGraw**
**1138 SFC 100**
**Palestine, AR 72372**

Date(s) debt was incurred  **8/31/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,999.00

---

**3.152 3**

**Nonpriority creditor's name and mailing address**
**Terry Tesone**
**532 Carrington Blvd.**
**Lenoir City, TN 37771**

Date(s) debt was incurred  **8/19/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,159.00

---

**3.152 4**

**Nonpriority creditor's name and mailing address**
**Terry Wybourn**
**15289 Somonauk Road**
**DeKalb, IL 60115**

Date(s) debt was incurred  **10/15/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,923.15

---

Debtor   **Chadley Management Inc.**

Name                                                   Case number (if known)   **22-50726**

---

| 3.152 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,297.12** |

**Theodore Panagiotaros**
**10101 minnick Ave.**
**Oak Lawn, IL 60453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/4/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,396.18** |

**Therman Simmons**
**8401 Shelly Mullis Rd.**
**Indian Land, SC 29707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/23/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,671.88** |

**Thomas A Smith**
**1811 Challenge St.**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/24/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,739.59** |

**Thomas C Johnson**
**1363 Mount Vernon Rd.**
**Bethpage, TN 37022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/14/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,759.00** |

**Thomas Coke**
**1313 Choto Rd.**
**Knoxville, TN 37922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,319.83** |

**Thomas Compton**
**2511 W. Greensboro Chapel Hill Rd.**
**Snow Camp, NC 27349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/8/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,234.06** |

**Thomas Crabtree**
**1186 Genesis Road**
**Lancing, TN 37770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/2022**

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.153 2**

**Nonpriority creditor's name and mailing address**

**Thomas Henry**
**36808 s ocotillo canyon Dr.**
**Tucson, AZ 85739**

Date(s) debt was incurred  6/14/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Potential consumer claim

Is the claim subject to offset? ☒ No  ☐ Yes

$2,151.16

---

**3.153 3**

**Nonpriority creditor's name and mailing address**

**Thomas Lauder**
**1114 Vera Court High**
**High Point, NC 27262**

Date(s) debt was incurred  10/8/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Potential comsumer claim

Is the claim subject to offset? ☒ No  ☐ Yes

$972.25

---

**3.153 4**

**Nonpriority creditor's name and mailing address**

**Thomas Ras**
**3010 Brookside Dr.**
**Columbia, TN 38401**

Date(s) debt was incurred  8/13/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Potential consumer claim

Is the claim subject to offset? ☒ No  ☐ Yes

$3,955.69

---

**3.153 5**

**Nonpriority creditor's name and mailing address**

**Thomas Santay**
**19366 Waterfold Ln.**
**Mokena, IL 60448**

Date(s) debt was incurred  7/16/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Potential consumer claim

Is the claim subject to offset? ☒ No  ☐ Yes

$4,237.92

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

**Thomas Smith**
**821 Evans St.**
**Franklin, TN 37064**

Date(s) debt was incurred  4/1/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Potential comsumer claim

Is the claim subject to offset? ☒ No  ☐ Yes

$1,674.00

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

**Thomas Tatum**
**206 Lucia Lane N Little**
**Little Rock, AR 72113**

Date(s) debt was incurred  7/29/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Potential comsumer claim

Is the claim subject to offset? ☒ No  ☐ Yes

$5,104.33

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

**Thomas Weber**
**132 Turqousie Trail Ct.**
**Santa Fe, NM 87508**

Date(s) debt was incurred  5/31/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Potential comsumer claim

Is the claim subject to offset? ☒ No  ☐ Yes

$1,540.61

---

Debtor **Chadley Management Inc.**
<sub>Name</sub>

Case number (if known)    **22-50726**

---

| 3.153 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.30 |

**Thompson Satelite**
**Attn: Managing Agent**
**10421 Montgomery Parkwya NE**
**Albuquerque, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,427.40 |

**Tim Barnes**
**154 Scottsdale Drive**
**Advance, NC 27006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/27/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,066.43 |

**Tim Blackwell**
**6712 Mt. Herman Rock Creek Rd.**
**Snow Camp, NC 27349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,256.18 |

**Tim Brown**
**5270 Courtyard Ln.**
**Belmont, NC 28012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/10/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $999.00 |

**Tim Dugas**
**12628 Richpath Lane**
**Knoxville, TN 37922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,474.00 |

**Tim Garton**
**2857 Old Wolf Rd.**
**Caledonia, MS 39740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/10/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,476.43 |

**Tim Harper**
**4449 Pulliam Road**
**Boonville, NC 27011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/24/2022**

**Basis for the claim:  Potential comsumer claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.154
6**

**Nonpriority creditor's name and mailing address**

**Tim Heitman**
**7949 Wheatfield Drive**
**Frankfort, IL 60423**

Date(s) debt was incurred  **9/14/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,084.55**

---

**3.154
7**

**Nonpriority creditor's name and mailing address**

**Tim Hobbs**
**5963 Post Rd.**
**Nashville, TN 37205**

Date(s) debt was incurred  **7/5/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,410.56**

---

**3.154
8**

**Nonpriority creditor's name and mailing address**

**Tim Kitts**
**3588 Crosswinds Dr.**
**Stem, NC 09240**

Date(s) debt was incurred  **8/20/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,591.60**

---

**3.154
9**

**Nonpriority creditor's name and mailing address**

**Tim Knowlton**
**530 s pancho pl**
**Benson, AZ 85602**

Date(s) debt was incurred  **6/7/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,249.37**

---

**3.155
0**

**Nonpriority creditor's name and mailing address**

**Tim Madden**
**438 East Lee St.**
**Louisville, KY 40217**

Date(s) debt was incurred  **2/2/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,334.94**

---

**3.155
1**

**Nonpriority creditor's name and mailing address**

**Tim Olin**
**116 Joy Street**
**Sugar Grove, IL 60554**

Date(s) debt was incurred  **9/17/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,073.93**

---

**3.155
2**

**Nonpriority creditor's name and mailing address**

**Tim Perez**
**138 Belle Mead Court**
**Greeneville, TN 37745**

Date(s) debt was incurred  **6/29/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,945.25**

---

Debtor    **Chadley Management Inc.**
_____
Name                                                    Case number (if known)    **22-50726**

---

| 3.155 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tim Robinson**
**2640 Cedar Ridge Dr.**
**Germantown, TN 38138**

Date(s) debt was incurred  **4/9/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,217.88

---

| 3.155 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tim Segroves**
**105 Northwood Ave**
**Shelbyville, TN 37160**

Date(s) debt was incurred  **3/12/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,996.81

---

| 3.155 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tim Simpson**
**3806 Lucy Shortcut Rd.**
**Marshville, NC 28103**

Date(s) debt was incurred  **7/22/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,821.93

---

| 3.155 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tim Winters**
**106 Brooke Ridge Road**
**Thomasville, NC 27360**

Date(s) debt was incurred  **11/8/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,443.93

---

| 3.155 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Campfield**
**1313 Hopewell Rd.**
**Forsyth, GA 31029**

Date(s) debt was incurred  **10/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,904.55

---

| 3.155 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Clark**

Date(s) debt was incurred  **9/16/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,256.18

---

| 3.155 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Timothy Deweese**
**3993 Hidden Falls Drive**
**Prospect, KY 40059**

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,655.94

---

Debtor   **Chadley Management Inc.**
_____
Name                                                              Case number (if known)   **22-50726**

---

**3.156 0**

Nonpriority creditor's name and mailing address
**Timothy Dorsey**
**13602 Pinnacle Gardens Circle**
**Louisville, KY 40245**

Date(s) debt was incurred  **3/10/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,600.44**

---

**3.156 1**

Nonpriority creditor's name and mailing address
**Timothy Doyle**
**22127 Oakton Ave**
**Frankfurt, IL 60423**

Date(s) debt was incurred  **7/1/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,323.93**

---

**3.156 2**

Nonpriority creditor's name and mailing address
**Timothy Greene**
**264 Rail Race Lane**
**Fort Mill, SC 28715**

Date(s) debt was incurred  **10/6/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,358.99**

---

**3.156 3**

Nonpriority creditor's name and mailing address
**Timothy Long**
**251 N. Elm Avenue**
**Elmhurst, IL 60126**

Date(s) debt was incurred  **9/28/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,600.04**

---

**3.156 4**

Nonpriority creditor's name and mailing address
**Timothy Meador**

Date(s) debt was incurred  **8/6/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,244.44**

---

**3.156 5**

Nonpriority creditor's name and mailing address
**Timothy Miller**
**101 Norseman Ct.**
**Kathleen, GA 31047**

Date(s) debt was incurred  **9/27/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,505.51**

---

**3.156 6**

Nonpriority creditor's name and mailing address
**Timothy Urey**
**5111 Willow Oak Place**
**Dumfries, VA 22025**

Date(s) debt was incurred  **3/30/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,108.79**

---

| Debtor | **Chadley Management Inc.** | Case number *(if known)* | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.156 7**

**Nonpriority creditor's name and mailing address**

**Timothy Wuchter**
**25299 Trumpet Vine Ter.**
**Aldie, VA 20105**

Date(s) debt was incurred  **9/27/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,258.44

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

**TK Stanford**
**526 Galloway Lane**
**Gatlinburg, TN 37738**

Date(s) debt was incurred  **11/1/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$999.00

---

**3.156 9**

**Nonpriority creditor's name and mailing address**

**Todd Hall**
**131 Comanche Way**
**Rocky Top, TN 37769**

Date(s) debt was incurred  **6/9/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$3,163.97

---

**3.157 0**

**Nonpriority creditor's name and mailing address**

**Todd Melvin**
**4603 Mather Court**
**Naperville, IL 60564**

Date(s) debt was incurred  **4/29/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,124.27

---

**3.157 1**

**Nonpriority creditor's name and mailing address**

**Todd Moore**
**2210 N Bogdan Lane B**
**Joliet, IL 60432**

Date(s) debt was incurred  **10/11/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$924.47

---

**3.157 2**

**Nonpriority creditor's name and mailing address**

**Todd Robinson**
**43021 Greggsville Chapel Ter.**
**Ashburn, VA 20148**

Date(s) debt was incurred  **6/18/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$1,949.32

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

**Todd Sprister**
**16839 s eva Ave**
**Vail, AZ 85641**

Date(s) debt was incurred  **7/5/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No  ☐ Yes

$2,497.91

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.157 4**

Nonpriority creditor's name and mailing address

**Tom Lies**
**9100 Hogarth Ct.**
**Louisville, KY 40222**

Date(s) debt was incurred  2/24/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential consumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,242.94

---

**3.157 5**

Nonpriority creditor's name and mailing address

**Tom Lund**

Date(s) debt was incurred  9/21/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,139.53

---

**3.157 6**

Nonpriority creditor's name and mailing address

**Tom Pearson**
**1390 Little Flock Dr.**
**Rogers, AK 72756**

Date(s) debt was incurred  9/21/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,818.53

---

**3.157 7**

Nonpriority creditor's name and mailing address

**Tom Roberts**
**4309 Stonehenge Way**
**Dandridge, TN 37725**

Date(s) debt was incurred  11/8/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$6,626.75

---

**3.157 8**

Nonpriority creditor's name and mailing address

**Tom Sharrow**
**117 Lee Greenwood Way**
**Apt 73**
**Kodak, TN 37764**

Date(s) debt was incurred  9/15/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$4,183.55

---

**3.157 9**

Nonpriority creditor's name and mailing address

**Tomas Beer**
**1323 Coal Ave SE**
**Albuquerque, NM 87106**

Date(s) debt was incurred  6/28/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,077.67

---

**3.158 0**

Nonpriority creditor's name and mailing address

**Tommy Gordon**
**3408 Westcliffe Court**
**Antioch, TN 37013**

Date(s) debt was incurred  4/29/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,302.63

---

Debtor   **Chadley Management Inc.**
_____
Name                                    Case number (if known)   **22-50726**

| | |
|---|---|
| **3.158 1** | **Nonpriority creditor's name and mailing address**<br>**Tommy Roy**<br>**6N 454 East Ridgewood St.**<br>**St. Charles, IL 60175**<br><br>Date(s) debt was incurred  **9/2/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential consumer claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes   **$2,462.18** |

| | |
|---|---|
| **3.158 2** | **Nonpriority creditor's name and mailing address**<br>**Tony Burd**<br>**5005 Robdot Dr.**<br>**Oak Ridge, NC 27310**<br><br>Date(s) debt was incurred  **7/28/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes   **$1,393.93** |

| | |
|---|---|
| **3.158 3** | **Nonpriority creditor's name and mailing address**<br>**Tony Colvin**<br>**290 Cedar Falls Dr.Mt.**<br>**Wasington, KY 40047**<br><br>Date(s) debt was incurred  **9/3/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes   **$3,291.94** |

| | |
|---|---|
| **3.158 4** | **Nonpriority creditor's name and mailing address**<br>**Tony Starcevic**<br>**6226 N Leroy Ave**<br>**Chicago, IL 60646**<br><br>Date(s) debt was incurred  **7/1/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes   **$2,971.84** |

| | |
|---|---|
| **3.158 5** | **Nonpriority creditor's name and mailing address**<br>**Town of Wellesley**<br>**Attn: Managing Agent**<br>**P.O. Box 24**<br>**Wellesley Hills, MA 02481**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes   **$45.29** |

| | |
|---|---|
| **3.158 6** | **Nonpriority creditor's name and mailing address**<br>**Tracey Alexander**<br>**216 Slate Run Dr.**<br>**Henryville, IN 47126**<br><br>Date(s) debt was incurred  **6/4/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes   **$2,688.44** |

| | |
|---|---|
| **3.158 7** | **Nonpriority creditor's name and mailing address**<br>**Tracy Edgemon**<br>**539 Dake Rd.**<br>**Decatur, TN 37322**<br><br>Date(s) debt was incurred  **8/19/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes   **$2,514.06** |

| Debtor | **Chadley Management Inc.** | | Case number *(if known)* | **22-50726** |
|---|---|---|---|---|

Name

---

**3.158 8**

**Nonpriority creditor's name and mailing address**

**Travelers**
**Attn: Managing Agent**
**P.O. Box 660317**
**Dallas, TX 75266**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$476.00**

---

**3.158 9**

**Nonpriority creditor's name and mailing address**

**Travis Ellison**
**12417 Ervin McGarrah Rd.**
**Lowell, AR 72745**

Date(s) debt was incurred  **7/29/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,619.00**

---

**3.159 0**

**Nonpriority creditor's name and mailing address**

**Travis Hensley**
**125 Sawmill Rd.**
**Norris, TN 37828**

Date(s) debt was incurred  **9/1/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,432.13**

---

**3.159 1**

**Nonpriority creditor's name and mailing address**

**Travis Perry**
**5822 Rhyne Cove Lane**
**Knoxville, TN 37931**

Date(s) debt was incurred  **9/3/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$6,204.06**

---

**3.159 2**

**Nonpriority creditor's name and mailing address**

**Travis Smith**
**340 Farmer Hollow Rd.**
**Clinton, TN 37716**

Date(s) debt was incurred  **10/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,545.25**

---

**3.159 3**

**Nonpriority creditor's name and mailing address**

**Trevor Carey**
**9601 Palomita Ct. NW**
**Albuquerque, NM 87114**

Date(s) debt was incurred  **8/30/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,178.04**

---

**3.159 4**

**Nonpriority creditor's name and mailing address**

**Trinity Episcopal Church**
**212 East Benton Street**
**Aurora, IL 60505**

Date(s) debt was incurred  **5/20/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,443.98**

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|--------|------------------------|------------------------|----------|
| | Name | | |

---

**3.159**
**5**

Nonpriority creditor's name and mailing address
**Tristan Stiles**
**1252 Conservatory Ln.**
**Louisville, KY 40223**

Date(s) debt was incurred  **7/16/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$740.94

---

**3.159**
**6**

Nonpriority creditor's name and mailing address
**Troy Dease**
**194 Stibbs Cross Rd.**
**Mooresville, NC 28115**

Date(s) debt was incurred  **9/9/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,396.18

---

**3.159**
**7**

Nonpriority creditor's name and mailing address
**Troy Sparks**
**2975 McCanless Road**
**Nolensville, TN 37135**

Date(s) debt was incurred  **9/17/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,274.22

---

**3.159**
**8**

Nonpriority creditor's name and mailing address
**Troy Williams**
**429 Carolina Rd.**
**Del Mar, CA 92014**

Date(s) debt was incurred  **7/14/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$5,006.08

---

**3.159**
**9**

Nonpriority creditor's name and mailing address
**Truist Bank**
**Attn: Managing Agent**
**3318 W. Friendly Ave, Ste 200**
**Greensboro, NC 27410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Chargebacks on operating account**

Is the claim subject to offset? ■ No ☐ Yes

$461,753.19

---

**3.160**
**0**

Nonpriority creditor's name and mailing address
**Tucson Electric Power**
**Attn: Managing Agent**
**P.O. Box 5171**
**Harlan, IA 51593**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$134.31

---

**3.160**
**1**

Nonpriority creditor's name and mailing address
**Tyler Adams**
**1806 Malabar Dr.**
**Germantown, TN 38138**

Date(s) debt was incurred  **5/25/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,645.94

---

| Debtor | **Chadley Management Inc.** | Case number (*if known*) | **22-50726** |
|---|---|---|---|

Name

---

**3.160 2**

**Nonpriority creditor's name and mailing address**

**Tyler Ankrum**
**520 Elmwood Rd.**
**Statesville, NC 28625**

Date(s) debt was incurred  **9/16/2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

$7,114.93

---

**3.160 3**

**Nonpriority creditor's name and mailing address**

**Tyler Coots**
**497 Kaylyn Dr.**
**Elizabethtown, KY 42701**

Date(s) debt was incurred  **9/2/2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

$2,966.94

---

**3.160 4**

**Nonpriority creditor's name and mailing address**

**Tyler Courtney**
**222 Hampton St.**
**Cary, IL 60013**

Date(s) debt was incurred  **7/26/2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

$2,219.79

---

**3.160 5**

**Nonpriority creditor's name and mailing address**

**Tyler Jones**
**904 Lewis Branch Rd.**
**Tennessee Ridge, TN 37178**

Date(s) debt was incurred  **3/31/2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

$4,037.00

---

**3.160 6**

**Nonpriority creditor's name and mailing address**

**Tyler Jones**
**904 Lewis Branch Rd.**
**Tennessee Ridge, TN 37178**

Date(s) debt was incurred  **3/31/2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

$1,000.00

---

**3.160 7**

**Nonpriority creditor's name and mailing address**

**Tyler Massingale**
**221 Willow Creek Dr.**
**Stanfield, NC 28163**

Date(s) debt was incurred  **7/7/2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

$5,309.16

---

**3.160 8**

**Nonpriority creditor's name and mailing address**

**Tyrone Parmalee**
**14639 Hwy 62**
**Garfield, AR 72732**

Date(s) debt was incurred  **9/9/2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ☒ No ☐ Yes

$3,380.32

---

Debtor    **Chadley Management Inc.**

     Name                                                Case number (if known)    **22-50726**

---

**3.160 9**

**Nonpriority creditor's name and mailing address**

**U.S. Bank**
**Attn: Managing Agent or Officer**
**1310 Madrid Street, Ste 101**
**Marshall, MN 56258**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,207.37**

---

**3.161 0**

**Nonpriority creditor's name and mailing address**

**U.S. Customs & Border Protection**
**340 Golden Shore**
**Suite #300**
**Long Beach, CA 90802**

Date(s) debt was incurred  9/13/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,869.00**

---

**3.161 1**

**Nonpriority creditor's name and mailing address**

**Unifirst**
**Attn: Managing Agent**
**P.O. Box 650481**
**Dallas, TX 75265**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$4,382.15**

---

**3.161 2**

**Nonpriority creditor's name and mailing address**

**United Midwest Savings Bank NA**
**Attn: Consumer Lending Division**
**23950 Commerce Park, Ste 120**
**Beachwood, OH 44122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dealer agreement obligations**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 3**

**Nonpriority creditor's name and mailing address**

**Vanetia Aragon**
**3175 Turquesa Pl SE**
**Rio Rancho, NM 87124**

Date(s) debt was incurred  10/7/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$860.92**

---

**3.161 4**

**Nonpriority creditor's name and mailing address**

**Victor Gurrola**
**330 Timber Trail Drive oak**
**Oak Brook, IL 60523**

Date(s) debt was incurred  8/31/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,325.18**

---

**3.161 5**

**Nonpriority creditor's name and mailing address**

**Victoria Waxstein**
**1567 Mint Meadows Dr.**
**Maryville, TN 37803**

Date(s) debt was incurred  7/19/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,622.94**

---

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |
|---|---|---|---|
| | Name | | |

---

**3.161 6**

Nonpriority creditor's name and mailing address

**Vinh Dao**
**3202 Rainview Circle**
**Louisville, KY 40220**

Date(s) debt was incurred  10/4/2022

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$2,125.94**

---

**3.161 7**

Nonpriority creditor's name and mailing address

**Vitaliy Lukhin**
**207 Pasture Ct.**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred  9/13/2022

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$1,885.39**

---

**3.161 8**

Nonpriority creditor's name and mailing address

**Vivian Thornton**
**216 Lazy L Ln.**
**Eureka Springs, AR 72631**

Date(s) debt was incurred  10/8/2022

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$2,705.53**

---

**3.161 9**

Nonpriority creditor's name and mailing address

**Wai Wong**
**54 Newbury Dr.**
**Stafford, VA 22556**

Date(s) debt was incurred  7/2/2022

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$1,803.05**

---

**3.162 0**

Nonpriority creditor's name and mailing address

**Walt Smith**
**2137 Salem Woods Dr.**
**Rockvale, TN 37153**

Date(s) debt was incurred  6/14/2022

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$2,633.13**

---

**3.162 1**

Nonpriority creditor's name and mailing address

**Walter Maxim**
**2655 Tellico Reliance Rd.**
**Reliance, TN 37369**

Date(s) debt was incurred  8/26/2022

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$1,303.02**

---

**3.162 2**

Nonpriority creditor's name and mailing address

**Walter Nabozny**
**855 Bethany Church Rd.**
**Winston-Salem, NC 27107**

Date(s) debt was incurred  7/5/2022

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

**$4,175.93**

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.162 3**

**Nonpriority creditor's name and mailing address**

**Walter Weber**
**644 Graham Rd.**
**Mount Ulla, NC 28125**

Date(s) debt was incurred  8/26/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsuer claim**

Is the claim subject to offset? ■ No ☐ Yes

$4,464.53

---

**3.162 4**

**Nonpriority creditor's name and mailing address**

**Waste Management**
**Attn: Managing Agent**
**P.O. Box 4648**
**Carol Stream, IL 60197**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$977.81

---

**3.162 5**

**Nonpriority creditor's name and mailing address**

**Wat-R-Boy**
**Attn: Managing Agent**
**P.O. Box 603**
**Kernersville, NC 27285**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$5.34

---

**3.162 6**

**Nonpriority creditor's name and mailing address**

**Wayne Eason**
**3886 Potter Woods Cove S.**
**Lakeland, TN 38002**

Date(s) debt was incurred  9/17/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsuer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,241.06

---

**3.162 7**

**Nonpriority creditor's name and mailing address**

**Wayne Haynes**
**565 White City Circle**
**Tracy City, TN 37387**

Date(s) debt was incurred  4/1/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsuer claim**

Is the claim subject to offset? ■ No ☐ Yes

$7,483.13

---

**3.162 8**

**Nonpriority creditor's name and mailing address**

**Wayne Woodall**

Date(s) debt was incurred  8/30/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsuer claim**

Is the claim subject to offset? ■ No ☐ Yes

$629.00

---

**3.162 9**

**Nonpriority creditor's name and mailing address**

**Wen Feng Chiang**
**c/o Kidder Matthews of CA, Inc.**
**12230 El Camino Real, 4th Floor**
**San Diego, CA 92130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

$6,420.00

---

Debtor **Chadley Management Inc.**
_____
Name

Case number (if known)   **22-50726**

---

**3.163 0**

Nonpriority creditor's name and mailing address
**Wendy Maciaszek**
**9082 Deer Meadow Dr.**
**Cordova, TN 38016**

Date(s) debt was incurred  **8/13/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ☐ No ☐ Yes

$2,888.34

---

**3.163 1**

Nonpriority creditor's name and mailing address
**Wes Kirby**
**2004 Mount Air Dr.**
**Knoxville, TN 37924**

Date(s) debt was incurred  **6/18/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,542.56

---

**3.163 2**

Nonpriority creditor's name and mailing address
**Wes Riddell**
**463 Mockingbird Lane**
**Collierville, TN 38017**

Date(s) debt was incurred  **9/9/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,874.00

---

**3.163 3**

Nonpriority creditor's name and mailing address
**Wesley Bynum**
**3515 Leanna Rd.**
**Murfreesboro, TN 37129**

Date(s) debt was incurred  **8/19/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,535.93

---

**3.163 4**

Nonpriority creditor's name and mailing address
**Wesley Eudy**
**194 Sunset Lake Rd.**
**Stanfield, NC 28163**

Date(s) debt was incurred  **7/27/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,508.48

---

**3.163 5**

Nonpriority creditor's name and mailing address
**Wesley Wicklaund**
**5693 Quail Trail Lane**
**Clover, SC 29710**

Date(s) debt was incurred  **10/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,517.99

---

**3.163 6**

Nonpriority creditor's name and mailing address
**Wiliam Wilson**
**3442 S NC Hwy 127**
**Hickory, NC 28602**

Date(s) debt was incurred  **5/11/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,267.78

---

Debtor __Chadley Management Inc._____    Case number (if known) __22-50726__
          Name

---

| 3.163 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,534.32** |

**Will Doran**
**7106 Big Oak Lane**
**Nolensville, TN 37135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/15/2022__

**Basis for the claim:** __Potential consumer claim__

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,093.86** |

**Will Durham**
**243 Lipe Road**
**Troutman, NC 28166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __7/16/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,343.67** |

**William Airy**
**11500 Zinfandel Ave.NE**
**Albuquerque, NM 87122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/14/2022__

**Basis for the claim:** __Potential consumer claim__

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,556.18** |

**William Canning**
**11240 Ballantyne Crossing Ave**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/22/2022__

**Basis for the claim:** __Potential consumer claim__

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,068.93** |

**William Capers**
**4830 Westray Lane**
**Walkerton, NC 27051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __8/30/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,001.28** |

**William Cecil**
**4300 S County Rd. 400E North**
**North Vernon, IN 47265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __8/6/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,459.99** |

**William Cole**
**1073 Camino Del Sol**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/5/2022__

**Basis for the claim:** __Potential comsumer claim__

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Chadley Management Inc.**
Name

Case number *(if known)*   **22-50726**

---

| 3.164<br>4 | **Nonpriority creditor's name and mailing address**<br>**William Debeljak**<br>**417 W. Peace St.  Apt.**<br>**Raleigh, NC 27603**<br><br>Date(s) debt was incurred  **7/30/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential consumer claim**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$2,268.91** |

| 3.164<br>5 | **Nonpriority creditor's name and mailing address**<br>**William Dunaway**<br>**11899 Black Rd.**<br>**Knoxville, TN 37932**<br><br>Date(s) debt was incurred  **6/29/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$999.00** |

| 3.164<br>6 | **Nonpriority creditor's name and mailing address**<br>**William Elliott**<br>**1602 Brentwood Dr.**<br>**Newton, NC 28658**<br><br>Date(s) debt was incurred  **7/29/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$1,967.73** |

| 3.164<br>7 | **Nonpriority creditor's name and mailing address**<br>**William Gallapo**<br>**11435 S Sawyer**<br>**Chicago, IL 60655**<br><br>Date(s) debt was incurred  **10/4/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$858.93** |

| 3.164<br>8 | **Nonpriority creditor's name and mailing address**<br>**William Hughes**<br>**4016 Kristen St.**<br>**Spring Hill, TN 37174**<br><br>Date(s) debt was incurred  **3/18/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$2,920.31** |

| 3.164<br>9 | **Nonpriority creditor's name and mailing address**<br>**William Jewell**<br>**190 Roberts Rd.**<br>**Watertown, TN 37184**<br><br>Date(s) debt was incurred  **9/8/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$1,229.35** |

| 3.165<br>0 | **Nonpriority creditor's name and mailing address**<br>**William Jones**<br>**2660 Sunnydale Rd.**<br>**Greeneville, TN 37743**<br><br>Date(s) debt was incurred  **9/8/2022**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential comsumer claim**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$2,486.58** |

Debtor  **Chadley Management Inc.**
_____
Name

Case number (if known)  **22-50726**

---

**3.165 1**

**Nonpriority creditor's name and mailing address**

**William Lepley**
**1235 Duffer Hollow Rd.**
**Bethpage, TN 37022**

Date(s) debt was incurred  **3/1/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,799.00**

---

**3.165 2**

**Nonpriority creditor's name and mailing address**

**William Litvjak**
**1501 Oak Dr.**
**Murfreesboro, TN 37128**

Date(s) debt was incurred  **8/27/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,377.51**

---

**3.165 3**

**Nonpriority creditor's name and mailing address**

**William Madson**
**2633 n calle de romy**
**Tucson, AZ 85712**

Date(s) debt was incurred  **5/5/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,389.21**

---

**3.165 4**

**Nonpriority creditor's name and mailing address**

**William McLaughlin**
**2420 w wagon wheels Dr.**
**Tucson, AZ 85745**

Date(s) debt was incurred  **7/28/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,021.81**

---

**3.165 5**

**Nonpriority creditor's name and mailing address**

**William McMurray**
**3518 Tupelo Way**
**Knoxville, TN 37912**

Date(s) debt was incurred  **6/29/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$999.00**

---

**3.165 6**

**Nonpriority creditor's name and mailing address**

**William Moran**
**1851 Great Mountain Ln.**
**Winchester, VA 22602**

Date(s) debt was incurred  **11/5/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,941.44**

---

**3.165 7**

**Nonpriority creditor's name and mailing address**

**William Myers**
**5475 Old Griffin Rd.**
**Chesney, SC 29323**

Date(s) debt was incurred  **11/10/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

**$4,042.18**

---

Debtor   **Chadley Management Inc.**
_____
Name

Case number (if known)   **22-50726**

---

| 3.165 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,262.05 |

**William Napleton**
**15 Ambriance Drive**
**Burr Ridge, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/15/2022

Basis for the claim:  **Potential consumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,443.94 |

**William Nevin**
**6700 Renate Rd.**
**Louisville, KY 40291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2/2022

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,144.15 |

**William Norris**
**2442 Avenida Chaparral**
**Santa Fe, NM 87505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/3/2022

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,297.99 |

**William Parker**
**111 Cathcart Rd.**
**Vonore, TN 37801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/8/2022

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,159.44 |

**William Ponn**
**8030 Williams Ln.**
**Warrenton, VA 20186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2/2022

Basis for the claim:  **Potential comsumer claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $504,726.01 |

**William Rhew**
**6081 Mountain Brook Road**
**Greensboro, NC 27455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/26/2020

Basis for the claim:  **Personal loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $113,764.32 |

**William Rhew**
**6081 Mountain Brook Road**
**Greensboro, NC 27455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/26/20

Basis for the claim:  **Personal loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Chadley Management Inc.**
        Name                                                    Case number (if known)  **22-50726**

---

| 3.166 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Rhew**
**6081 Mountain Brook Road**
**Greensboro, NC 27455**

Date(s) debt was incurred  **3/18/21**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal loan**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,069,000.00**

---

| 3.166 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Rhew**
**6081 Mountain Brook Road**
**Greensboro, NC 27455**

Date(s) debt was incurred  **1/10/22**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal loan**

Is the claim subject to offset?  ■ No  ☐ Yes

**$6,135,190.65**

---

| 3.166 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Riker**
**325 Neita Dr.**
**Salisbury, NC 28147**

Date(s) debt was incurred  **6/23/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,915.18**

---

| 3.166 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Royse**
**136 Elmhurst Dr.**
**Murfreesboro, TN 37129**

Date(s) debt was incurred  **9/16/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,947.75**

---

| 3.166 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Scripps**
**118 13th St**
**Del Mar, CA 92014**

Date(s) debt was incurred  **9/13/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,231.42**

---

| 3.167 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Sherry**
**210 Westfield Dr.**
**Columbia, TN 38401**

Date(s) debt was incurred  **4/13/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,954.59**

---

| 3.167 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Sowell**
**61 Deer Creek Dr.**
**Forsyth, GA 31029**

Date(s) debt was incurred  **9/23/2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,356.92**

---

Debtor    **Chadley Management Inc.**                                    Case number (if known)    **22-50726**
　　　　　　Name

---

| 3.167<br>2 | **Nonpriority creditor's name and mailing address**<br>**William Spruill**<br>**405 Hillway Dr.**<br>**Vista, CA 92084** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,076.42** |

Date(s) debt was incurred  **5/31/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167<br>3 | **Nonpriority creditor's name and mailing address**<br>**William Tellez-Mansy**<br>**2716 Silwood Ct.**<br>**Oakton, VA 22124** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,358.74** |

Date(s) debt was incurred  **7/16/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167<br>4 | **Nonpriority creditor's name and mailing address**<br>**William West**<br>**411 Duff Lane**<br>**Louisville, KY 40207** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,260.94** |

Date(s) debt was incurred  **2/2/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential consumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167<br>5 | **Nonpriority creditor's name and mailing address**<br>**Willie Langley**<br>**2315 Bullrush Lane**<br>**Murfreesboro, TN 37128** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,955.69** |

Date(s) debt was incurred  **6/29/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167<br>6 | **Nonpriority creditor's name and mailing address**<br>**Winston Salem Dash**<br>**Attn: Managing Agent**<br>**926 Brookstown Avenue**<br>**Winston Salem, NC 27101** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,200.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167<br>7 | **Nonpriority creditor's name and mailing address**<br>**Wray WIlliams (Chelsea)**<br>**295 Susanne Dr.**<br>**Oakland, TN 38060** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,346.99** |

Date(s) debt was incurred  **1/10/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167<br>8 | **Nonpriority creditor's name and mailing address**<br>**Wyler Smith**<br>**244 Countryhaven Rd.**<br>**Encinitas, CA 92024** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,509.17** |

Date(s) debt was incurred  **6/8/2022**

Last 4 digits of account number __

Basis for the claim:  **Potential comsumer claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chadley Management Inc.** | Case number (if known) | **22-50726** |
|---|---|---|---|
| | Name | | |

---

**3.167 9**

**Nonpriority creditor's name and mailing address**
**Yang Shim**
**3178 Mary Etta Ln.**
**Herndon, VA 20171**

Date(s) debt was incurred  11/4/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential consumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,524.00

---

**3.168 0**

**Nonpriority creditor's name and mailing address**
**Yasnier Ayala**
**7300 Mount Washington Rd.**
**Louisville, KY 40229**

Date(s) debt was incurred  2/2/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$1,099.00

---

**3.168 1**

**Nonpriority creditor's name and mailing address**
**Zach Ross**
**160 Williamsburg Lane**
**Wadesboro, NC 28170**

Date(s) debt was incurred  9/27/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential consumer claim

Is the claim subject to offset? ■ No ☐ Yes

$4,639.53

---

**3.168 2**

**Nonpriority creditor's name and mailing address**
**Zach Thornton**
**12128 Darby Chase Dr.**
**Charlotte, NC 28277**

Date(s) debt was incurred  8/31/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$2,890.18

---

**3.168 3**

**Nonpriority creditor's name and mailing address**
**Zane Frentheway**
**3905 Rancho Vistoso NW**
**Albuquerque, NM 87120**

Date(s) debt was incurred  7/28/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential comsumer claim

Is the claim subject to offset? ■ No ☐ Yes

$3,588.10

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Dogwood Propco I, LP**<br>**P.O. Box 930689**<br>**Atlanta, GA 31193** | Line  **3.446** <br><br>☐  Not listed. Explain ____ | __ |
| 4.2 | **EREP Forest Hill I, LLC**<br>**9155 Hwy 72**<br>**Germantown, TN 38138** | Line  **3.504** <br><br>☐  Not listed. Explain ____ | __ |

---

Debtor  **Chadley Management Inc.**                                    Case number (if known)  **22-50726**
         _____
         Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Hintz Chaddick LLC**<br>**P.O. Box**<br>**Bartlett, IL 60103** | Line __3.609__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Liberty Safe and Security Products, Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 734561**<br>**Chicago, IL 60673** | Line __3.1012__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Rillito Retail, LLC**<br>**4282 N. 1st Avenue**<br>**Tucson, AZ 85719** | Line __3.1335__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Talentref, Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 8027**<br>**Carol Stream, IL 60197** | Line __3.1513__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Wales & Mikesch, PLLC**<br>**Attn: Jason Wales**<br>**2961 N. Pointe Circle, Ste 203**<br>**Fayetteville, AR 72704** | Line __3.608__<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 396,697.85 |
| 5b. Total claims from Part 2 | 5b. + | $ | 19,777,992.10 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 20,174,689.95 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Chadley Management Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    **22-50726**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Storage unit A8 in Springfield, VA**<br><br>State the term remaining<br><br>List the contract number of any government contract | **7701 Southern Warehousing, LLC**<br>**dba Ready Spaces**<br>**Attn: Managing Agent**<br>**7701 Southern Drive, Suite R**<br>**Springfield, VA 22150** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **HR services contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ADP, Inc.**<br>**Attn: Managing Agent**<br>**One ADP Boulevard**<br>**Roseland, NJ 07068** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Administrative service agreement for 401(k) plan**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alliance Benefit Group- Rocky Mountain**<br>**Attn: Managing Agent**<br>**7090 Union Park Ave, Ste 650**<br>**Midvale, UT 84047** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Lease of two (2) 8HBE30 pallet jacks**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Atlantic Coast Toyotalift**<br>**Attn: Managing agent**<br>**355 Business Park Drive**<br>**Winston Salem, NC 27107** |

Debtor 1    **Chadley Management Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **22-50726**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2812 and 2816 South Rutherford Blvd, Ste B-3 & B-4, Murfreesboro, TN 2/28/2024** | |
|---|---|---|---|
| | State the term remaining | | **Bright-Meyers FM, L.P. Attn: Managing Agent 537 Market Street, Suite 400 Chattanooga, TN 37402** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Services agreement for alarm monitoring services in Rogers, AR** | |
|---|---|---|---|
| | State the term remaining | | **Brinton Electric Security Services LLC Attn: Managing Agent 28972 Cumberland Road Shell Knob, MO 65747** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Dealer agreement** | |
|---|---|---|---|
| | State the term remaining | | **Browning Arms Attn: Managing Agent One Browning Place Morgan, UT 84050** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 6224-A Old Dominion Drive, McLean, VA** | |
|---|---|---|---|
| | State the term remaining | **4/21/2025** | **Chesterbrook One, LLC c/o Federal Realty Investment Trust 1626 East Jefferson Street Rockville, MD 20852** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 19-75 S. Randall Road, North Aurora, IL** | |
|---|---|---|---|
| | State the term remaining | | **Clock Tower North Aurora IL LLC North Aurora IL Clock Tower LLC 371 Hoes Lane Piscataway, NJ 08854** |
| | List the contract number of any government contract | **3/26/2027** | |

| Debtor 1 | **Chadley Management Inc.** | | Case number (*if known*) | 22-50726 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Business Service Agreements** | |
|---|---|---|---|
| | State the term remaining | | **Comcast Business**<br>**Attn: Managing Agent**<br>**1701 John F. Kennedy Blvd.**<br>**Philadelphia, PA 19103** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Services Agreement for Rogers, AR location** | |
|---|---|---|---|
| | State the term remaining | | **CoxCom, LLC**<br>**Attn: Managing Agent**<br>**4978 S 48th Street**<br>**Springdale, AR 72764** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Multiple contracts for security sevices** | |
|---|---|---|---|
| | State the term remaining | | **CPI Security**<br>**Attn: Managing Agent**<br>**4200 Sandy Porter Road**<br>**Charlotte, NC 28273** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **AZ Self Storage Rental Agreement for lease of Cubes B4, B12 & B15** | |
|---|---|---|---|
| | State the term remaining | | **CubeSmart Self Storage**<br>**Attn: Managing Agent**<br>**3899 N Oracle Road**<br>**Tucson, AZ 85705** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1901 Blakenbaker Parkway, Louisville, KY** | |
|---|---|---|---|
| | State the term remaining | 5/2/2026 | **Deck Blankenbaker LLC**<br>**Attn: Managing Agent**<br>**150 Thierman Lane**<br>**Louisville, KY 40207** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Chadley Management Inc.** | | Case number *(if known)* | **22-50726** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1187 Shields Road, Kernersville, NC** | |
|---|---|---|---|
| | State the term remaining | **5/31/2027** | **Dogwood Propco I, LP c/o Dogwood Industrial Properties 307 W. Tremont Avenue, Ste 200 Charlotte, NC 28203** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1351 Bridgeport Drive, Kernersville, NC** | |
|---|---|---|---|
| | State the term remaining | **2/28/2031** | **Dogwood Propco I, LP c/o Dogwood Industrial Properties 307 W. Tremont Avenue, Ste 200 Charlotte, NC 28203** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Software services** | |
|---|---|---|---|
| | State the term remaining | | **Epicor Software Corporation Attn: Managing Agent 804 Las Cimas Parkway Austin, TX 78746** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 9155 Poplar Ave, Ste 21, Germantown, TN** | |
|---|---|---|---|
| | State the term remaining | **6/7/2026** | **EREP Forest Hill I, LLC Attn: Managing Agent 626 Congress Ave, Ste 1925 Austin, TX 78701** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Four (4) storage leases in Louisville, KY** | |
|---|---|---|---|
| | State the term remaining | | **Extra Space Storage Attn: Managing Agent 11440 Blankenbaker Access Drive Louisville, KY 40299** |
| | List the contract number of any government contract | | |

Debtor 1  **Chadley Management Inc.**
　　　First Name　　　　　Middle Name　　　　Last Name

Case number (*if known*)  **22-50726**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

**Five (5) storage leases in Collierville, TN**

State the term remaining

**Extra Space Storage**
**Attn: Managing Agent**
**2010 W. Poplar Avenue**
**Collierville, TN 38017**

List the contract number of any government contract

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of 113-295 Skokie Valley Road, Highland Park, IL**

State the term remaining　**11/17/2025**

**Federal Realty Investment Trust**
**Attn: Managing Agent**
**909 Rose Avenue, Suite 200**
**North Bethesda, MD 20852**

List the contract number of any government contract

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of Store #37 on Fairlawn Ave, Laurel, MD**

State the term remaining　**5/18/2027**

**Federal Realty OP LP**
**Attn: Managing Agent**
**909 Rose Avenue, Ste 200**
**North Bethesda, MD 20852**

List the contract number of any government contract

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

**Commercial security leases for Wheeling and Aurora, IL locations**

State the term remaining

**Forest Security, Inc.**
**Attn: Managing Agent**
**2720 N. Thatcher Avenue**
**River Grove, IL 60171**

List the contract number of any government contract

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of Store #161160 at 161 Linden Street, Wellesley, MA**

State the term remaining　**228/2026**

**FR Linden Square, Inc.**
**c/o Federal Realty Investment Trust**
**909 Rose Avenue, Ste 200**
**North Bethedsa, MD 20852**

List the contract number of any government contract

---

Debtor 1  **Chadley Management Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)  **22-50726**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 6 Bass Pro Drive, Suite 200, Little Rock, AR** | |
|---|---|---|---|
| | State the term remaining | **7/12/2032** | **Gateway Village Lot 2, LLC et al Attn: Managing Agent 6 Bass Pro Drive Little Rock, AR 72210** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2673 Via de la Valle, Suite H, Del Mar, CA** | |
|---|---|---|---|
| | State the term remaining | | **Golden Eagle Real Estate Investment, LP Attn: Managing Agent 2775 Via de la Valle, #200 Del Mar, CA 92014** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2603 W. Pleasant Grove Road, Rogers, AR** | |
|---|---|---|---|
| | State the term remaining | **8/31/2027** | **Hillcrest Holdings, LLC Attn: Managing Agent P.O. Box 564 Johnson, AR 72741** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 530 Hintz Road, Wheeling, IL** | |
|---|---|---|---|
| | State the term remaining | **1/31/2026** | **Hintz Chaddick LLC c/o CSJ Investments LLC 551 Roosevelt Road, #90 Glen Ellyn, IL 60137** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Alarm monitoring contract for Macon, GA location** | |
|---|---|---|---|
| | State the term remaining | | **KMT Systems, Inc. Attn: Managing Agent 2004 Henry Parkway Connector McDonough, GA 30253** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Chadley Management Inc.** | | Case number (*if known*) | **22-50726** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 6255 Zebulon Road, Ste 250, Macon, GA** | |
|---|---|---|---|
| | State the term remaining | **7/24/2032** | **Macon Plantation LLC**<br>**Attn: Managing Agent**<br>**33350 Riverwood Parkway, Ste 450**<br>**Atlanta, GA 30339** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1326 Mebane Oaks Road, Ste 260, Mebane, NC** | |
|---|---|---|---|
| | State the term remaining | **2/1/2025** | **NC-Mebane Garrett-VRX, LLC**<br>**c/o Rivercrest Realty Associates, LLC**<br>**8816 Six Forks Road, Suite 201**<br>**Raleigh, NC 27615** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 120 & 122 South Street, Hopkinton, MA** | |
|---|---|---|---|
| | State the term remaining | **1/31/2026** | **O'Brian Investment Management, LLC**<br>**Attn: Managing Agent**<br>**P.O. Box 1250**<br>**Concord, MA 01742** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud service** | |
|---|---|---|---|
| | State the term remaining | | **Oracle Netsuite**<br>**Attn: Managing Agent**<br>**2300 Oracle Way**<br>**Austin, TX 78741** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 6300 San Mateo Boulevard, Suite D 2/3, Albuquerque, NM** | |
|---|---|---|---|
| | State the term remaining | **9/2026** | **PAPF Albuquerque, LLC**<br>**Attn: Managing Agent**<br>**101 Larkspur Landing Circle, Ste 120**<br>**Larkspur, CA 94939** |
| | List the contract number of any government contract | | |

Debtor 1  **Chadley Management Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*)  **22-50726**
_____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Media license agreement** | |
|---|---|---|---|
| | State the term remaining | | **PHMG**<br>**Attn: Managing Agent**<br>**401 N. Michigan Avenue**<br>**Chicago, IL 60610** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 150 Lovell Road, Ste 105, Knoxville, TN** | |
|---|---|---|---|
| | State the term remaining | **4/14/2025** | **Pintail Properties, LLC**<br>**Attn: Managing Agent**<br>**P.O. Box 10126**<br>**Knoxville, TN 37939** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease agreement for part of 975 Parl Center Drive, Ste B, Vista, CA** | |
|---|---|---|---|
| | State the term remaining | | **Replica Door, LLC**<br>**Attn: Manaing Agent**<br>**965 Park Center Dr**<br>**Vista, CA 92081** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage space B13, F44 and F57 in Albuquerque, NM** | |
|---|---|---|---|
| | State the term remaining | | **Right Space Storage-Pan American**<br>**Attn: Manaing Agent**<br>**4620 Pan American Freeway**<br>**Albuquerque, NM 87109** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 4246-160 N. 1st Avenue, Tucson, AZ** | |
|---|---|---|---|
| | State the term remaining | **12/12/2026** | **Rillito Retail, LLC**<br>**c/o Epic Real Estate Partners, LLC**<br>**515 Congress Avenue, Ste 1925**<br>**Austin, TX 78701** |
| | List the contract number of any government contract | | |

Debtor 1 **Chadley Management Inc.** Case number (*if known*) **22-50726**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone services** | |
| | State the term remaining | **2/24/2023** | **RingCentral, Inc.<br>Attn: Managing Agent<br>20 Davis Drive<br>Belmont, CA 94002** |
| | List the contract number of any government contract | | |
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship agreement** | |
| | State the term remaining | | **Rosemont Hockey Partners L.P.<br>Attn: Managing Agent<br>2301 Ravine Way<br>Glenview, IL 60025** |
| | List the contract number of any government contract | | |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1211 Haley Road, Murfreesboro, TN** | |
| | State the term remaining | **5/31/2025** | **Swanson Developments, LP<br>Attn: Managing Agent<br>1188 Park Avenue<br>Murfreesboro, TN 37129** |
| | List the contract number of any government contract | | |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Talent and HR contract** | |
| | State the term remaining | **8/1/2023** | **Talentref, Inc.<br>Attn: Managing Agent<br>950 17th Street, #700<br>Denver, CO 80202** |
| | List the contract number of any government contract | | |
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Service agreement** | |
| | State the term remaining | | **Unifirst Kernersville<br>Attn: Managing Agent<br>526 Piney Grove Road<br>Kernersville, NC 27284** |
| | List the contract number of any government contract | | |

Debtor 1    **Chadley Management Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **22-50726**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.45.** State what the contract or lease is for and the nature of the debtor's interest — **Dealer agreement**

State the term remaining

List the contract number of any government contract

**United Midwest Savings Bank NA**
**Attn: Consumer Lending Division**
**23950 Commerce Park, Ste 120**
**Beachwood, OH 44122**

**2.46.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of 975 Park Center Drive, Ste B, Vista, CA**

State the term remaining — **12/31/2023**

List the contract number of any government contract

**Wen Feng Chiang**
**c/o Kidder Matthews of CA, Inc.**
**12230 El Camino Real, 4th Floor**
**San Diego, CA 92130**

**2.47.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for baseball sponsorship**

State the term remaining

List the contract number of any government contract

**Winston Salem Dash**
**Attn: Managing Agent**
**926 Brookstown Avenue**
**Winston Salem, NC 27101**

**Fill in this information to identify the case:**

Debtor name __Chadley Management Inc.__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF NORTH CAROLINA__

Case number (if known) __22-50726__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Chadley Capital LLC** | **8 The Green Suite 8260 Dover, DE 19904** | **Dynasty Capital 26 LLC** | ☐ D _____ <br> ■ E/F __3.481__ <br> ☐ G _____ |
| 2.2 | **Chadley Capital LLC** | **8 The Green Suite 8260 Dover, DE 19904** | **Secure Capital, LLC** | ☐ D _____ <br> ■ E/F __3.1448__ <br> ☐ G _____ |
| 2.3 | **Chadley Holdings, Inc.** | **1187 Shields Road Kernersville, NC 27284** | **Dynasty Capital 26 LLC** | ☐ D _____ <br> ■ E/F __3.481__ <br> ☐ G _____ |
| 2.4 | **Emerald Enterprises Inc.** | **1187 Shieilds Road Kernersville, NC 27284** | **Secure Capital, LLC** | ☐ D _____ <br> ■ E/F __3.1448__ <br> ☐ G _____ |
| 2.5 | **Grace McLain Capital Advisors, LLC** | **6081 Mountain Brook Road Greensboro, NC 27455** | **Dynasty Capital 26 LLC** | ☐ D _____ <br> ■ E/F __3.481__ <br> ☐ G _____ |

| Debtor | **Chadley Management Inc.** | | Case number *(if known)* | **22-50726** |
|---|---|---|---|---|

| ☐ | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Grace McLain Capital Advisors, LLC** | 6081 Mountain Brook Road Greensboro, NC 27455 | **Secure Capital, LLC** | ☐ D _____<br>■ E/F __3.1448__<br>☐ G _____ |
| 2.7 | **Grace McLain Capital Partners LP** | 6081 Mountain Brook Road Greensboro, NC 27455 | **Secure Capital, LLC** | ☐ D _____<br>■ E/F __3.1448__<br>☐ G _____ |
| 2.8 | **Valor Manufacturing, LLC** | 6081 Mountain Brook Road Greensboro, NC 27455 | **Dynasty Capital 26 LLC** | ☐ D _____<br>■ E/F __3.481__<br>☐ G _____ |
| 2.9 | **William Rhew** | 6081 Mountain Brook Road Greensboro, NC 27455 | **Fundonatic** | ☐ D _____<br>■ E/F __3.541__<br>☐ G _____ |
| 2.10 | **William Rhew** | 6081 Mountain Brook Road Greensboro, NC 27455 | **Dynasty Capital 26 LLC** | ☐ D _____<br>■ E/F __3.481__<br>☐ G _____ |
| 2.11 | **William Rhew** | 6081 Mountain Brook Road Greensboro, NC 27455 | **Secure Capital, LLC** | ☐ D _____<br>■ E/F __3.1448__<br>☐ G _____ |
| 2.12 | **William Rhew** | 6081 Mountain Brook Road Greensboro, NC 27455 | **Infusion Capital Group** | ☐ D _____<br>■ E/F __3.619__<br>☐ G _____ |
| 2.13 | **William Rhew** | 6081 Mountain Brook Road Greensboro, NC 27455 | **PRIVE Capital, LLC** | ☐ D _____<br>■ E/F __3.1288__<br>☐ G _____ |

| Debtor | **Chadley Management Inc.** | | Case number *(if known)* | **22-50726** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.14 | **William Rhew** | 6081 Mountain Brook Road Greensboro, NC 27455 | **Cobalt Funding Solutions** | ☐ D _____ ■ E/F **3.307** ☐ G _____ |
| 2.15 | **William Rhew** | 6081 Mountain Brook Road Greensboro, NC 27455 | **Diamond Stone Funding** | ☐ D _____ ■ E/F **3.437** ☐ G _____ |
| 2.16 | **William Rhew** | 6081 Mountain Brook Road Greensboro, NC 27455 | **Seamless Captial Group LLC** | ☐ D _____ ■ E/F **3.1445** ☐ G _____ |
| 2.17 | **Brandi Rhew** | 6081 Mountain Brook Road Greensboro, NC 27455 | **Wen Feng Chiang** | ☐ D _____ ☐ E/F _____ ■ G **2.46** |
| 2.18 | **Brandi Rhew** | 6081 Mountain Brook Road Greensboro, NC 27455 | **Clock Tower North Aurora IL LLC** | ☐ D _____ ☐ E/F _____ ■ G **2.9** |
| 2.19 | **Brandi Rhew** | 6081 Mountain Brook Road Greensboro, NC 27455 | **Federal Realty Investment Trust** | ☐ D _____ ☐ E/F _____ ■ G **2.21** |
| 2.20 | **Brandi Rhew** | 6081 Mountain Brook Road Greensboro, NC 27455 | **EREP Forest Hill I, LLC** | ☐ D _____ ☐ E/F _____ ■ G **2.18** |
| 2.21 | **Brandi Rhew** | 6081 Mountain Brook Road Greensboro, NC 27455 | **Chesterbrook One, LLC** | ☐ D _____ ☐ E/F _____ ■ G **2.8** |

| Debtor | **Chadley Management Inc.** | | Case number *(if known)* | **22-50726** |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | Brandi Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | Rillito Retail, LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.39__ |
| 2.23 | Brandi Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | FR Linden Square,<br>Inc. | ☐ D _____<br>☐ E/F _____<br>■ G __2.24__ |
| 2.24 | Brandi Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | Deck Blankenbaker<br>LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.14__ |
| 2.25 | Brandi Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | Federal Realty OP LP | ☐ D _____<br>☐ E/F _____<br>■ G __2.22__ |
| 2.26 | Brandi Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | Golden Eagle Real<br>Estate Investment,<br>LP | ☐ D _____<br>☐ E/F _____<br>■ G __2.26__ |
| 2.27 | Brandi Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | Hintz Chaddick LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.28__ |
| 2.28 | Brandi Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | PAPF Albuquerque,<br>LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.34__ |
| 2.29 | William Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | Wen Feng Chiang | ☐ D _____<br>☐ E/F _____<br>■ G __2.46__ |

Debtor   **Chadley Management Inc.**                                    Case number *(if known)*   **22-50726**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2.30 | William Rhew | 6081 Mountain Brooker Road<br>Greensboro, NC 27455 | Clock Tower North<br>Aurora IL LLC | ☐ D _____<br>☐ E/F _____<br>■ G   **2.9** |
| 2.31 | William Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | Swanson<br>Developments, LP | ☐ D _____<br>☐ E/F _____<br>■ G   **2.42** |
| 2.32 | William Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | PAPF Albuquerque,<br>LLC | ☐ D _____<br>☐ E/F _____<br>■ G   **2.34** |
| 2.33 | William Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | Federal Realty<br>Investment Trust | ☐ D _____<br>☐ E/F _____<br>■ G   **2.21** |
| 2.34 | William Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | EREP Forest Hill I,<br>LLC | ☐ D _____<br>☐ E/F _____<br>■ G   **2.18** |
| 2.35 | William Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | Chesterbrook One,<br>LLC | ☐ D _____<br>☐ E/F _____<br>■ G   **2.8** |
| 2.36 | William Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | Rillito Retail, LLC | ☐ D _____<br>☐ E/F _____<br>■ G   **2.39** |
| 2.37 | William Rhew | 6081 Mountain Brook Road<br>Greensboro, NC 27455 | NC-Mebane<br>Garrett-VRX, LLC | ☐ D _____<br>☐ E/F _____<br>■ G   **2.31** |

| Debtor | **Chadley Management Inc.** | Case number *(if known)* | **22-50726** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | **William Rhew** **6081 Mountain Brook Road** **Greensboro, NC 27455** | **FR Linden Square, Inc.** | ☐ D _____ ☐ E/F _____ ■ G __2.24__ |
| 2.39 | **William Rhew** **6081 Mountain Brook Road** **Greensboro, NC 27455** | **Hillcrest Holdings, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.27__ |
| 2.40 | **William Rhew** **6081 Mountain Brook Road** **Greensboro, NC 27455** | **Bright-Meyers FM, L.P.** | ☐ D _____ ☐ E/F _____ ■ G __2.5__ |
| 2.41 | **William Rhew** **6081 Mountain Brook Road** **Greensboro, NC 27455** | **Deck Blankenbaker LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.14__ |
| 2.42 | **William Rhew** **6081 Mountain Brook Road** **Greensboro, NC 27455** | **Federal Realty OP LP** | ☐ D _____ ☐ E/F _____ ■ G __2.22__ |
| 2.43 | **William Rhew** **6081 Mountain Brook Road** **Greensboro, NC 27455** | **Golden Eagle Real Estate Investment, LP** | ☐ D _____ ☐ E/F _____ ■ G __2.26__ |
| 2.44 | **William Rhew** **6081 Mountain Brook Road** **Greensboro, NC 27455** | **Hintz Chaddick LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.28__ |
| 2.45 | **William Rhew** **6081 Mountain Brook Road** **Greensboro, NC 27455** | **Pintail Properties, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.36__ |

Debtor    **Chadley Management Inc.**                              Case number *(if known)*    **22-50726**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

2.46    **William Rhew**        **6081 Mountain Brook Road**        **Browning**        ☐ D _____
                          **Greensboro, NC 27455**                                  ☐ E/F _____
                                                                                    ■ G ___**2.7**___

**Fill in this information to identify the case:**

Debtor name    **Chadley Management Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    **22-50726**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2022** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$10,262,499.11** |
| **For prior year:** From **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other _____ | **$12,458,898.00** |
| **For year before that:** From **1/01/2020** to **12/31/2020** | ■ Operating a business ☐ Other _____ | **$5,643,318.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| | | | |

Debtor    **Chadley Management Inc.**                                              Case number *(if known)*  **22-50726**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **ADP, Inc.** **Attn: Managing Agent** **One ADP Boulevard** **Roseland, NJ 07068** | **9/9/22 - 12/8/22** | **$618,010.04** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Payroll and payroll taxes** |
| 3.2.  **Secure Capital, LLC** **Attn: Managing Agent** **243 Tresser Blvd, 17th Floor** **Stamford, CT 06901** | **9/9/22 - 12/8/22** | **$21,859.15** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3.  **Truist Bank** **Attn: Managing Agent** **3318 W. Friendly Ave, Ste 200** **Greensboro, NC 27410** | **9/9/22 - 12/8/22** | **$327,838.73** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Chargebacks on merchant account** |
| 3.4.  **Cobalt Funding Solutions** **Attn: Managing Agent** **99 Wall Street, Suite 3618** **New York, NY 10005** | **9/9/22 - 12/8/22** | **$63,302.00** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5.  **Fundonatic** **Attn: Managing Agent** **20200 W Dixie Hwy, Ste 908** **Miami, FL 33180** | **9/9/22 - 12/8/22** | **$53,484.00** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6.  **Truist Bank** **Attn: Managing Agent** **3318 W. Friendly Ave, Ste 200** **Greensboro, NC 27410** | **9/9/22 - 12/8/22** | **$66,999.28** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Merchant fees and other bank fees** |
| 3.7.  **Square Advance** **Attn: Managing Agent** **90 E. Halsey Road** **Parsippany, NJ 07054** | **9/9/22 - 12/8/22** | **$13,116.15** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | **Chadley Management Inc.** | | Case number *(if known)* **22-50726** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Travelers**<br>Attn: Managing Agent<br>P.O. Box 660317<br>Dallas, TX 75266 | 9/9/22 -<br>12/8/22 | $20,722.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.9. **Diamond Stone Funding**<br>Attn: Managing Agent<br>663 East Crescent Avenue<br>Ramsey, NJ 07446 | 9/9/22 -<br>12/8/22 | $15,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Dynasty Capital 26 LLC**<br>Attn: Managing Agent<br>96-14 MMetropolitan Ave, 2nd Fl<br>Forest Hills, NY 11375 | 9/9/22 -<br>12/8/22 | $63,750.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **PRIVE Capital, LLC**<br>Attn: Managing Agent<br>624 King Street W<br>Toranto, ON M5V 1M7 | 9/9/22 -<br>12/8/22 | $19,300.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **United Midwest Savings Bank NA**<br>Attn: Consumer Lending Division<br>23950 Commerce Park, Ste 120<br>Beachwood, OH 44122 | 9/9/22 -<br>12/8/22 | $11,109.76 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Delta Bridge Partners, LLC**<br>Attn: Managing Agent<br>950 Brickell Bay Drive, Ste 4504<br>Miami, FL 33131 | 9/9/22 -<br>12/8/22 | $15,748.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Wex Bank**<br>Attn: Managing Agent<br>P.O. Box 6293<br>Carol Stream, IL 60197 | 9/9/22 -<br>12/8/22 | $10,371.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15. **Golden Eagle Real Estate Investment, LP**<br>Attn: Managing Agent<br>2775 Via de la Valle, #200<br>Del Mar, CA 92014 | 9/9/22 -<br>12/8/22 | $9,372.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **rent** |

Debtor   **Chadley Management Inc.**                                    Case number *(if known)*  **22-50726**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16 **Blue Cross and Blue Shield of NC**<br>**Attn: Managing Agent**<br>**P.O. Box 580011**<br>**Charlotte, NC 28258-0011** | **9/9/22 -**<br>**12/8/22** | **$19,566.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17 **Infusion Capital Group**<br>**Attn: Managing Agent**<br>**40 Wall Street, 28th Floor, # 2765**<br>**New York, NY 10005** | **9/9/22 -**<br>**12/8/22** | **$102,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18 **Capital One**<br>**Attn: Managing Agent**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272** | **9/9/22 -**<br>**12/8/22** | **$95,243.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19 **Penske**<br>**Attn: Managing Agent**<br>**2675 Morgantown Road**<br>**Reading, PA 19607** | **9/9/22 -**<br>**12/8/22** | **$44,668.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20 **Charles Schwab**<br>**Attn: Managing Agent**<br>**P.O. Box 982600**<br>**El Paso, TX 79998** | **9/9/22 -**<br>**12/8/22** | **$22,235.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _retirement plan contributions_ |
| 3.21 **Upsteam Digital**<br>**Attn: Managing Agnet**<br>**221 Rhododendron Court**<br>**Mc Gaheysville, VA 22840** | **9/9/22 -**<br>**12/8/22** | **$7,810.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22 **Liberty Safe and Security Products, Inc.**<br>**Attn: Managing Agent**<br>**1199 West Utah Avenue**<br>**Payson, UT 84651** | **9/9/22 -**<br>**12/8/22** | **$70,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _dealer agreement_ |
| 3.23 **Rio Media**<br>**Attn: Managing Agent**<br>**101 Main Street, Ste 230**<br>**Huntington Beach, CA 92648** | **9/9/22 -**<br>**12/8/22** | **$70,120.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Chadley Management Inc.**                                          Case number *(if known)*  **22-50726**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.24 **Meta Platform** Attn: Managing Agent 15161 Collections Center Drive Chicago, IL 60693 | 9/9/22 - 12/8/22 | $30,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.25 **Oracle Netsuite** Attn: Managing Agent 2300 Oracle Way Austin, TX 78741 | 9/9/22 - 12/8/22 | $17,907.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26 **Epicor Software Corporation** Attn: Managing Agent 804 Las Cimas Parkway Austin, TX 78746 | 9/9/22 - 12/8/22 | $12,868.31 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27 **O'Brian Investment Management, LLC** Attn: Managing Agent P.O. Box 1250 Concord, MA 01742 | 9/9/22 - 12/8/22 | $11,930.14 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **rent** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **William Rhew** 6081 Mountain Brook Road Greensboro, NC 27455 CEO | 12/2021 - 12/2022 | $186,928.29 | **Loan repayment** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor   **Chadley Management Inc.**                               Case number *(if known)*   **22-50726**

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Hillcrest Holdings LLC v Chadley Management Inc** 04 CV-22-3084 | Eviction | Circuit Court of Benton County, Arkansas | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **Chadley Management Inc.**                                      Case number *(if known)*   **22-50726**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Hendren, Redwine & Malone, PLLC** **4600 Marriott Drive** **Suite 150** **Raleigh, NC 27612** | **Retainer** | **12/8/22** | **$10,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** **Chadley Capital LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 **Garrett Lawson** **706 Spencer Drive** **Murfreesboro, TN 37129** | **2018 Kia Optima** | **11/16/2022** | **$15,000.00** |
| **Relationship to debtor** **Employee** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Debtor    Chadley Management Inc.                                              Case number *(if known)*   22-50726

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, address, email, etc.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Chadley Management, Inc. 401(k) Plan | EIN:   83-2933627 |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

Debtor  **Chadley Management Inc.**                                          Case number (*if known*)  **22-50726**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Right Space Storage-Pan American**<br>**Attn: Manaing Agent**<br>**4620 Pan American Freeway**<br>**Albuquerque, NM 87109** | **Keys located inside store**<br><br>**Units B13, F57 & F44** | **Six (6) safes** | ☐ No<br>■ Yes |
| **CubeSmart**<br>**Attn: Managing Agent**<br>**3899 N Oracle Road**<br>**Tucson, AZ 85705** | **Keys located inside store**<br><br>**Units B4, B15 & B12** | **Nothing** | ☐ No<br>■ Yes |
| **Extra Space Storage**<br>**11440 Blankenbaker Access Dr**<br>**Louisville, KY 40299** | **Keys located inside store**<br><br>**Units 00550, 00594, 00547 & 00591** | **Three (3) safes, stair climber and a pallet jack** | ☐ No<br>■ Yes |
| **Extra Space Storage**<br>**Attn: Managing Agent**<br>**2010 W Poplar Avenue**<br>**Collierville, TN 38017** | **Keys located inside store**<br><br>**Units 079, 080, 035, 045 & 091** | **Nothing** | ☐ No<br>■ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor    **Chadley Management Inc.**                              Case number *(if known)*  **22-50726**

---

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Greco Accounting and Tax Inc.** **Attn: Managing Agent** **5470 Hudspeth Dairy Road** **Harrisburg, NC 28075** | **2021 - current** |
| 26a.2.  **Fedyshyn CPA Group PLLC** **Attn: Managing Agent** **800 S Lafayette Street** **Shelby, NC 28150** | **2019 - 2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Greco Accounting and Tax Inc.** **Attn: Managing Agent** **5470 Hudspeth Dairy Road** **Harrisburg, NC 28075** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Bank of America** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | Chadley Management Inc. | Case number (if known) | 22-50726 |

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| William Rhew | 6081 Mountain Brook Road Greensboro, NC 27455 | CEO | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Brandi Rhew | 6081 Mountain Brook Road Greensboro, NC 27455 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Michael Browning | | Director | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | William Rhew 6081 Mountain Brook Road Greensboro, NC 27455 | $102,307.78 | 12/2021 - 9/23/2022 | W2 compensation |
| | Relationship to debtor CEO | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

Debtor    **Chadley Management Inc.**                                    Case number *(if known)*  **22-50726**

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 22, 2022**

**/s/ William Rhew**                                      **William Rhew**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor     **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes