# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 22-50726  
**Case Name:** CHADLEY MANAGEMENT INC.  
**For Period Ending:** 03/31/2023

**Trustee Name:** (530480) Brian R. Anderson  
**Date Filed (f) or Converted (c):** 12/08/2022 (f)  
**§ 341(a) Meeting Date:** 01/20/2023  
**Claims Bar Date:** 03/21/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Cash on hand | 0.00 | 330.57 | | 330.57 | FA | 0.00 | 0.00 |
| 2 | Checking Account at Truist Bank, xxxxxx2890 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | Checking Account at Truist Bank, xxxxxx4902 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | Checking Account at Truist Bank, xxxxxx4910 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | Checking Account at Chase Bank, xxxxxx5862 | 477.88 | 477.88 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | Checking Account at Wilson Bank & Trust | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7 | Checking Account at Bank of America, xxxxxx2641 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8 | Security deposits for multiple commercial leases | 126,424.71 | 126,424.71 | | 0.00 | FA | 0.00 | 0.00 |
| 9 | Finished goods: Safe inventory in eight (8) locations, 12/2022, Net Book Value: $605,338.00, Valuation Method: Recent cost | 605,338.00 | 605,338.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10 | Office furniture located in multiple locations. Valuation Method: Liquidation | 20,000.00 | 20,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11 | Office fixtures located in multiple locations. Valuation Method: Liquidation | 5,000.00 | 5,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | Office equipment located in multiple locations. Valuation Method: Liquidation | 8,000.00 | 8,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13 | Toyota forklift model 8FBE15U s/n 10942. Valuation Method: Liquidation | 25,000.00 | 25,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14 | Two (2) Toyota electric pallet jacks and four (4) Lectrotruck stairclimbers. Valuation Method: Liquidation | 32,000.00 | 32,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15 | "Valor Safe" slogans. Valuation Method: N/A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16 | Valuation Method: N/A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 17 | Valuation Method: N/A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18 | Valuation Method: N/A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19 | spartansafe.com. Valuation Method: N/A N/A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20 | valorsafe.com. Valuation Method: N/A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21 | Customer list. Valuation Method: N/A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22 | Operating loss, Tax Year 2021 | 1,183,679.00 | 1,183,679.00 | | 0.00 | FA | 0.00 | 0.00 |
| 23 | Operating loss, Tax Year 2020 | 479,721.00 | 479,721.00 | | 0.00 | FA | 0.00 | 0.00 |
| 24 | PNM Refund of Utility Deposit | 96.70 | 96.70 | | 96.70 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 22-50726 | Trustee Name: | (530480) Brian R. Anderson |
|---|---|---|---|
| Case Name: | CHADLEY MANAGEMENT INC. | Date Filed (f) or Converted (c): | 12/08/2022 (f) |
| | | § 341(a) Meeting Date: | 01/20/2023 |
| For Period Ending: | 03/31/2023 | Claims Bar Date: | 03/21/2023 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 25 | Utility Deposit Refunds (u)<br><br>Utility Deposit Refunds sent to the owner.<br><br>* Town of Wellesley= $2520.23<br>* City of Danville= $220.81<br>* Knoxville Utility= $764.56<br>* (3) checks from MTE (Tennessee Electric) = $119.32, $132.27, $725.03 | 4,482.22 | 4,482.22 | | 4,482.22 | 0.00 | 0.00 | 0.00 |
| 26 | Returned Funds of Pre-petition vehicle sale of Kia Optima to Garrett Lawson<br><br>Funds being turned over to Trustee from Bill Rhew for pre-petition vehicle sale of a Kia Optima to Garrett Lawson for $15,000 on 11/16/22. Listed on Section 13 of the SOFA. | 15,000.00 | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 27 | Travelers Insurance Refund (u)<br><br>Refund from Travelers Casualty Insurance Company of America - Account 4726W3231 | 17,128.51 | 17,128.51 | | 17,128.51 | FA | 0.00 | 0.00 |
| 28* | Duke Energy - Utility bill refunds (u) (See Footnote) | 243.30 | 243.30 | | 243.30 | FA | 0.00 | 0.00 |
| 29 | Carroll Electric - Utility Refund (u)<br><br>Refund for Electricity services at 2603 West Pleasant Grove, Suite 107, Rogers AR - Account #320026806 | 405.50 | 405.50 | | 405.50 | FA | 0.00 | 0.00 |
| 29 | **Assets Totals (Excluding unknown values)** | **$2,522,996.82** | **$2,523,327.39** | | **$37,686.80** | **$0.00** | **$0.00** | **$0.00** |

RE PROP# 28    $58.12 refund for account #5366 -  1187 Shields Road, STE 10
$138.63 refund for account #9657 - 1187 Shields Road, STE 7
$46.55 refund for account #5035 - 1187 Shields Road, STE 6

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

1st QSR. Public auction held March 6 – 13, 2023. Sale proceeds received.  Preparing report of sale.

*Bank account open

**Initial Projected Date Of Final Report (TFR):** 01/31/2024     **Current Projected Date Of Final Report (TFR):** 01/31/2024

| 04/05/2023 | /s/Brian R. Anderson |
|---|---|
| Date | Brian R. Anderson |

Copy Served On:  Mr. William P. Miller
                 Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | | |  | | |
|---|---|---|---|---|---|
| Case No.: | 22-50726 | Trustee Name: | | Brian R. Anderson (530480) | |
| Case Name: | CHADLEY MANAGEMENT INC. | Bank Name: | | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***3627 | Account #: | | ******7514 Checking | |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | | $2,500,000.00 | |
| | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/25/23 | {24} | PMN Utility | Refund of Utility Deposit | 1129-000 | 96.70 | | 96.70 |
| 03/13/23 | {1} | Chadley Management Inc. | Cash found in office locations by Iron Horse when preparing items for online auction | 1129-000 | 330.57 | | 427.27 |
| 03/15/23 | {25} | Chadley Capital LLC | Utility Deposit Refunds | 1290-000 | 4,482.22 | | 4,909.49 |
| 03/15/23 | {26} | Chadley Capital LLC | Debtor returned funds to Trustee from pre-petition vehicle sale of Kia Optima to Garrett Lawson on 11/16/22 | 1129-000 | 15,000.00 | | 19,909.49 |
| 03/22/23 | {27} | Travelers Property Casualty CL Agency | Refund from insuring company, Travelers Casualty Insurance Company of American, insurance policy - account number 4726W3231 | 1290-000 | 17,128.51 | | 37,038.00 |
| 03/22/23 | {28} | Duke Energy | Refund of deposit for utility bill at 1187 Shields Rd, Ste 10, Kernersville NC (acct #5336) | 1290-000 | 58.12 | | 37,096.12 |
| 03/22/23 | {28} | Duke Energy | Refund of deposit for utility bill at 1187 Shields Rd, Ste 7, Kernersville NC (acct #9657) | 1290-000 | 138.63 | | 37,234.75 |
| 03/24/23 | {29} | Carroll Electric Cooperative Corporation | Refund of Electric Services at 2603 West Pleasant Grove, Suite 107, Rogers AR - Account No. 320026806 | 1290-000 | 405.50 | | 37,640.25 |
| 03/31/23 | {28} | Duke Energy | Refund of deposit for utility bill at 1187 Shields Rd Ste 6, Kernersville NC (acct 5035) | 1290-000 | 46.55 | | 37,686.80 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.57 | 37,663.23 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 9 | Deposits | 37,686.80 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 23.57 |
| | Subtotal | 37,686.80 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 23.57 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 37,686.80 | | | |

Page Subtotals:    $37,686.80    $23.57

{ } Asset Reference(s)                                                                                              ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | | | |
|---|---|---|---|
| **Case No.:** | 22-50726 | **Trustee Name:** | Brian R. Anderson (530480) |
| **Case Name:** | CHADLEY MANAGEMENT INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3627 | **Account #:** | ******7514 Checking |
| **For Period Ending:** | 03/31/2023 | **Blanket Bond (per case limit):** | $2,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $37,686.80 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $37,686.80 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7514 Checking | $37,686.80 | $23.57 | $37,663.23 |
| | **$37,686.80** | **$23.57** | **$37,663.23** |

04/05/2023
Date

/s/Brian R. Anderson
Brian R. Anderson