# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 22-50726  
**Case Name:** CHADLEY MANAGEMENT INC.  
**For Period Ending:** 03/31/2024

**Trustee Name:** (530480) Brian R. Anderson  
**Date Filed (f) or Converted (c):** 12/08/2022 (f)  
**§ 341(a) Meeting Date:** 01/20/2023  
**Claims Bar Date:** 03/21/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Cash on hand | 0.00 | 330.57 | | 330.57 | FA | 0.00 | 0.00 |
| 2 | Checking Account at Truist Bank, xxxxxx2890 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | Checking Account at Truist Bank, xxxxxx4902 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | Checking Account at Truist Bank, xxxxxx4910 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | Checking Account at Chase Bank, xxxxxx5862 | 477.88 | 477.88 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | Checking Account at Wilson Bank & Trust | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7 | Checking Account at Bank of America, xxxxxx2641 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8 | Security deposits for multiple commercial leases | 126,424.71 | 126,424.71 | | 0.00 | FA | 0.00 | 0.00 |
| 9* | Finished goods, including goods held for resale. Safe inventory in eight (8) locations, 12/2022, Net Book Value: $605,338.00, Valuation Method: Recent cost (See Footnote) | 605,338.00 | 474,784.25 | | 0.00 | FA | 130,553.75 | 0.00 |
| 10* | Office furniture located in multiple locations. Valuation Method: Liquidation (See Footnote) | 20,000.00 | 20,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11* | Office fixtures located in multiple locations. Valuation Method: Liquidation (See Footnote) | 5,000.00 | 5,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12* | Office equipment, including all computer equipment and communication systems equipment and software. Office equipment located in multiple locations. Valuation Method: Liquidation (See Footnote) | 8,000.00 | 8,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13 | Toyota forklift model 8FBE15U s/n 10942. Valuation Method: Liquidation<br>Asset sold for $13,000 at public auction. Per agreement with creditor and confirmed in Court Order entered _____ DE ____, $10,400 paid to Toyota with estate retaining balance per carve out agreement. | 25,000.00 | 25,000.00 | | 13,000.00 | FA | 0.00 | 0.00 |
| 14 | Two (2) Toyota electric pallet jacks and four (4) Lectrotruck stairclimbers. Valuation Method: Liquidation | 32,000.00 | 32,000.00 | | 12,000.00 | FA | 0.00 | 0.00 |
| 15 | Patents, copyrights, trademarks, and trade secrets "Valor Safe" slogans. Valuation Method: N/A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16* | VOID (See Footnote) | VOID | VOID | VOID | VOID | VOID | VOID | VOID |
| 17 | VOID | VOID | VOID | VOID | VOID | VOID | VOID | VOID |
| 18* | VOID (See Footnote) | VOID | VOID | VOID | VOID | VOID | VOID | VOID |
| 19 | Internet domain names and websites. spartansafe.com. Valuation Method: N/A N/A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20 | Internet domain names and websites. valorsafe.com. Valuation Method: N/A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21 | Customer list. Valuation Method: N/A | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22 | Operating loss, Tax Year 2021 | 1,183,679.00 | 1,183,679.00 | | 0.00 | FA | 0.00 | 0.00 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 22-50726  
**Case Name:** CHADLEY MANAGEMENT INC.  
**For Period Ending:** 03/31/2024

**Trustee Name:** (530480) Brian R. Anderson  
**Date Filed (f) or Converted (c):** 12/08/2022 (f)  
**§ 341(a) Meeting Date:** 01/20/2023  
**Claims Bar Date:** 03/21/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 23 | Operating loss, Tax Year 2020 | 479,721.00 | 479,721.00 | | 0.00 | FA | 0.00 | 0.00 |
| 24 | PNM Refund of Utility Deposit (u) | 96.70 | 96.70 | | 96.70 | FA | 0.00 | 0.00 |
| 25 | Utility Deposit Refunds (u)<br><br>Utility Deposit Refunds sent to the owner.<br><br>* Town of Wellesley= $2520.23<br>* City of Danville= $220.81<br>* Knoxville Utility= $764.56<br>* (3) checks from MTE (Tennessee Electric) = $119.32, $132.27, $725.03 | 4,482.22 | 4,482.22 | | 4,482.22 | FA | 0.00 | 0.00 |
| 26 | Returned Funds of Pre-petition vehicle sale of Kia Optima to Garrett Lawson<br><br>Funds being turned over to Trustee from Bill Rhew for pre-petition vehicle sale of a Kia Optima to Garrett Lawson for $15,000 on 11/16/22. Listed on Section 13 of the SOFA. | 15,000.00 | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| 27 | Travelers Insurance Refund (u)<br><br>Refund from Travelers Casualty Insurance Company of America - Account 4726W3231 | 17,128.51 | 17,128.51 | | 25,338.51 | FA | 0.00 | 0.00 |
| 28* | Duke Energy - Utility bill refunds (u) (See Footnote) | 489.80 | 489.80 | | 489.80 | FA | 0.00 | 0.00 |
| 29 | Carroll Electric - Utility Refund (u)<br><br>Refund for Electricity services at 2603 West Pleasant Grove, Suite 107, Rogers AR - Account #320026806 | 405.50 | 405.50 | | 405.50 | FA | 0.00 | 0.00 |
| 30 | Auction Proceeds<br><br>Proceeds from Online Public Sale held 3/6/23 - 3/16/23. | 0.00 | 450,844.40 | | 450,844.40 | FA | 0.00 | 0.00 |
| 31 | Buyer's Premium collected at auction (u) | 0.00 | 0.00 | | 47,584.00 | FA | 0.00 | 0.00 |
| 32 | SALES TAX collected at auction (u) | 0.00 | 0.00 | | 18,288.25 | FA | 0.00 | 0.00 |
| INT | INTEREST (u) | Unknown | N/A | | 9,097.48 | Unknown | 0.00 | 0.00 |
| **33** | **Assets Totals (Excluding unknown values)** | **$2,523,243.32** | **$2,843,864.54** | | **$596,957.43** | **$0.00** | **$130,553.75** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

| | |
|---|---|
| **Case No.:** 22-50726 | **Trustee Name:** (530480) Brian R. Anderson |
| **Case Name:** CHADLEY MANAGEMENT INC. | **Date Filed (f) or Converted (c):** 12/08/2022 (f) |
| | **§ 341(a) Meeting Date:** 01/20/2023 |
| **For Period Ending:** 03/31/2024 | **Claims Bar Date:** 03/21/2023 |

RE PROP# 9   SEE ASSET # 30
UCC Blanket lien on all personal property of Debtor- Square Advance

\*\*Order abandoning assets entered 4/13/23, DKT #114, for personal property located at following locations (Kernersville, NC; McLean, VA; Rogers, AR; Macon, GA; N. Aurora, IL, Wheeling IL).

\*\* Order abandoning entered 03/02/2023, DKT # 87 for personal property located at the following locations:
11440 Blankenbaker Access Dr, Louisville- 3 safes, stair climber, pallet jack
7701 Southern Dr, Springfield- 2-3 gun safes
4620 Pan American Rd, Knoxville- 6 safes

\*\*Order abandoning entered 2/17/23 DKT #78 for personal property located at 975 Park Center Drive, Suite B, Vista, CA  - 6 gun safes

\*\*Order abandoning entered 2/17/23 DKT #79 for personal property located at 6300 San Mateo Blvd, Albuquerque NM - 4 gun safes

 \*\*Order abandoning entered 2/17/23 DKT #80 for personal property located at 1207 Haley Rd, Murfreesboro, TN - 5 gun safes and numerous wooden pallets

RE PROP# 10   SEE ASSET # 30
UCC Blanket lien on all personal property of the Debtor - Square Advance.

\*\*Order abandoning assets entered 4/13/23, DKT #114, for personal property located at following locations (Kernersville, NC; McLean, VA; Rogers, AR; Macon, GA; N. Aurora, IL, Wheeling IL).

\*\* Order abandoning entered 03/02/2023, DKT # 87 for personal property located at the following locations:
1187 Shields Rod, Kernersville- office furniture & PP
11440 Blankenbaker Access Dr, Louisville- 3 safes, stair climber, pallet jack
7701 Southern Dr, Springfield- 2-3 gun safes
4620 Pan American Rd, Knoxville- 6 safes

\*\*Order abandoning entered 2/17/23 DKT #78 for personal property located at 975 Park Center Drive, Suite B, Vista, CA  - small amount of office furniture & equipment

\*\*Order abandoning entered 2/17/23 DKT #79 for personal property located at 6300 San Mateo Blvd, Albuquerque NM - small amount of office furniture & equipment

\*\*Order abandoning entered 2/17/23 DKT #80 for personal property located at 1207 Haley Rd, Murfreesboro, TN - small amount of office furniture & equipment

Other personal property was sold at auction

RE PROP# 11   SEE ASSET # 30
UCC Blanket lien on all personal property of the Debtor – Square Advance

\*\*Order abandoning assets entered 4/13/23, DKT #114, for personal property located at following locations (Kernersville, NC; McLean, VA; Rogers, AR; Macon, GA; N. Aurora, IL, Wheeling IL).

\*\* Order abandoning entered 03/02/2023, DKT # 87 for personal property located at the following locations:
1187 Shields Rod, Kernersville- office furniture & PP
11440 Blankenbaker Access Dr, Louisville- 3 safes, stair climber, pallet jack
7701 Southern Dr, Springfield- 2-3 gun safes
4620 Pan American Rd, Knoxville- 6 safes

\*\*Order abandoning entered 2/17/23 DKT #78 for personal property located at 975 Park Center Drive, Suite B, Vista, CA  - small amount of office furniture & equipment

\*\*Order abandoning entered 2/17/23 DKT #79 for personal property located at 6300 San Mateo Blvd, Albuquerque NM - small amount of office furniture & equipment

\*\*Order abandoning entered 2/17/23 DKT #80 for personal property located at 1207 Haley Rd, Murfreesboro, TN - small amount of office furniture & equipment

Other personal property was sold at auction

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-4

| | | |
|---|---|---|
| **Case No.:** 22-50726 | | **Trustee Name:** (530480) Brian R. Anderson |
| **Case Name:** CHADLEY MANAGEMENT INC. | | **Date Filed (f) or Converted (c):** 12/08/2022 (f) |
| | | **§ 341(a) Meeting Date:** 01/20/2023 |
| **For Period Ending:** 03/31/2024 | | **Claims Bar Date:** 03/21/2023 |

RE PROP# 12    SEE ASSET # 30
UCC Blanket lien on all personal property of the Debtor – Square Advance

**Order abandoning assets entered 4/13/23, DKT #114, for personal property located at following locations (Kernersville, NC; McLean, VA; Rogers, AR; Macon, GA; N. Aurora, IL, Wheeling IL).

** Order abandoning entered 03/02/2023, DKT # 87 for personal property located at the following locations:
1187 Shields Rod, Kernersville- office furniture & PP
11440 Blankenbaker Access Dr, Louisville- 3 safes, stair climber, pallet jack
7701 Southern Dr, Springfield- 2-3 gun safes
4620 Pan American Rd, Knoxville- 6 safes

**Order abandoning entered 2/17/23 DKT #78 for personal property located at 975 Park Center Drive, Suite B, Vista, CA  - small amount of office furniture & equipment

**Order abandoning entered 2/17/23 DKT #79 for personal property located at 6300 San Mateo Blvd, Albuquerque NM - small amount of office furniture & equipment

**Order abandoning entered 2/17/23 DKT #80 for personal property located at 1207 Haley Rd, Murfreesboro, TN - small amount of office furniture & equipment

Other personal property was sold at auction

RE PROP# 16    Asset scraped by software provider in error- this is not an actual asset

RE PROP# 18    Asset scraped by software provider in error- this is not an actual asset

RE PROP# 28    $58.12 refund for DIP account #5366 -  1187 Shields Road, STE 10
$138.63 refund for DIP account #9657 - 1187 Shields Road, STE 7
$46.55 refund for DIP account #5035 - 1187 Shields Road, STE 6
$226.70 refund for DIP account #8557 - 1351 Bridgeport Drive
$19.80 refund for DIP account #4167 - 1351 Bridgeport Drive

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

5th QSR.  Continuing to investigating causes of action held by estate against numerous third parties.  In process of terminating 401k plan.

*Bank Account open

**Initial Projected Date Of Final Report (TFR):** 01/31/2024          **Current Projected Date Of Final Report (TFR):** 01/31/2025

| | |
|---|---|
| 04/10/2024 | /s/Brian R. Anderson |
| Date | Brian R. Anderson |

Copy Served On:  John Paul Hughes Cournoyer
Bankruptcy Administrator

## Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 22-50726 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | CHADLEY MANAGEMENT INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3627 | Account #: | ******7514 Money Market Account |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/25/23 | {24} | PMN Utility | Refund of Utility Deposit | 1290-000 | 96.70 | | 96.70 |
| 03/13/23 | {1} | Chadley Management Inc. | Cash found in office locations by Iron Horse when preparing items for online auction | 1129-000 | 330.57 | | 427.27 |
| 03/15/23 | {25} | Chadley Capital LLC | Utility Deposit Refunds | 1290-000 | 4,482.22 | | 4,909.49 |
| 03/15/23 | {26} | Chadley Capital LLC | Debtor returned funds to Trustee from pre-petition vehicle sale of Kia Optima to Garrett Lawson on 11/16/22 | 1129-000 | 15,000.00 | | 19,909.49 |
| 03/22/23 | {27} | Travelers Property Casualty CL Agency | Refund from insuring company, Travelers Casualty Insurance Company of American, insurance policy - account number 4726W3231 | 1290-000 | 17,128.51 | | 37,038.00 |
| 03/22/23 | {28} | Duke Energy | Refund of deposit for utility bill at 1187 Shields Rd, Ste 10, Kernersville NC (acct #5336) | 1290-000 | 58.12 | | 37,096.12 |
| 03/22/23 | {28} | Duke Energy | Refund of deposit for utility bill at 1187 Shields Rd, Ste 7, Kernersville NC (acct #9657) | 1290-000 | 138.63 | | 37,234.75 |
| 03/24/23 | {29} | Carroll Electric Cooperative Corporation | Refund of Electric Services at 2603 West Pleasant Grove, Suite 107, Rogers AR - Account No. 320026806 | 1290-000 | 405.50 | | 37,640.25 |
| 03/31/23 | {28} | Duke Energy | Refund of deposit for utility bill at 1187 Shields Rd Ste 6, Kernersville NC (acct 5035) | 1290-000 | 46.55 | | 37,686.80 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.57 | 37,663.23 |
| 04/28/23 | {28} | Duke Energy | Utility Deposit Refund from 1351 Bridgeport Dr., Kernersville NC, account #********8557 | 1290-000 | 226.70 | | 37,889.93 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 56.33 | 37,833.60 |
| 05/16/23 | | Fox Rothschild LLP | Auction Sale Proceeds per Order Grating Motion for Public Sale entered 3/3/23 DE 89. Funds moved from firm's escrow account in order to pay Auctioneer per Order granting compensation to Iron Horse entered 5/12/23 DE 118 | | 102,585.95 | | 140,419.55 |
| | {31} | | Buyers Premium $47,584.00 | 1229-000 | | | |
| | {32} | | Sales Tax $18,288.25 | 1290-000 | | | |
| | {30} | | Remaining auction proceeds $36,713.70 | 1129-000 | | | |
| 05/18/23 | 101 | Iron Horse Auction Co, Inc | Invoice #23-21008. Auctioneer fees for online public auction held March 6 - 13, 2023 | 3610-000 | | 102,585.95 | 37,833.60 |
| 05/31/23 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 134.50 | | 37,968.10 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.00 | 37,868.10 |

Page Subtotals:   $140,633.95   $102,765.85

{ } Asset Reference(s)                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 22-50726 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | CHADLEY MANAGEMENT INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3627 | Account #: | ******7514 Money Market Account |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,500,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/02/23 |  | Fox Rothschild LLP | Balance of Auction proceeds per Order Grating Motion for Public Sale entered 3/3/23 DE 89  Funds originally placed in firm's escrow account due to Metropolitan bank fees being so high.  Trustee and Metropolitan agreed to cap monthly bank fees. |  | 439,130.70 |  | 476,998.80 |
|  | {13} |  | The Forklift subject to a security interest perfected by a UCC, File No. 2020 8149785 filed with the Delaware Secretary of State. Trustee and Toyota agreed to include the Toyota in the public sale to be sold free and clear of Toyota's lien, with the estate to receive a carve-out of 20% of the gross sale proceeds for the benefit of the estate, with Toyota's lien transferring to the remaining proceeds of sale. Forklift sold for $13,000 - $2600 20% carve out = $10,400 to Toyota.<br><br>$13,000.00 | 1129-000 |  |  |  |
|  | {14} |  | Auction proceeds- pallet jack #1<br><br>$6,000.00 | 1129-000 |  |  |  |
|  | {14} |  | Auction proceeds- pallet jack #2<br><br>$6,000.00 | 1129-000 |  |  |  |
|  | {30} |  | Remaining auction proceeds from various inventory and personal property from various locations<br><br>$414,130.70 | 1129-000 |  |  |  |
| 06/13/23 | {27} | Travelers Property Casualty CL Agency | Refund from insuring company, Travelers Casualty Insurance Company of America, insurance policy - account number 4726W3231 | 1290-000 | 415.00 |  | 477,413.80 |
| 06/30/23 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 861.80 |  | 478,275.60 |
| 06/30/23 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 100.00 | 478,175.60 |
| 07/20/23 | {27} | Travelers Property Casualty CL Agency | Refund from insuring company, Travelers Casualty Insurance Company of American, insurance policy - account number 4726W3231 | 1290-000 | 7,795.00 |  | 485,970.60 |
| 07/28/23 | {28} | Duke Energy | Refund to DIP account #4167 - 1351 Bridgeport Drive. Duke reversed March invoices and determined there was refund due | 1290-000 | 19.80 |  | 485,990.40 |
| 07/31/23 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 919.54 |  | 486,909.94 |
| 07/31/23 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 100.00 | 486,809.94 |
| 08/31/23 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 930.27 |  | 487,740.21 |
| 08/31/23 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 100.00 | 487,640.21 |
| 09/18/23 | 102 | Toyota Industries Commercial Finance, Inc. | Payoff from public sale of Toyota 8FBE15U forklift, S/N 10942 in full satisfaction of secured claim per Order entered 9/13/23 DE 134. | 2990-000 |  | 10,400.00 | 477,240.21 |
| 09/29/23 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 866.61 |  | 478,106.82 |

Page Subtotals:   $450,938.72   $10,700.00

{ } Asset Reference(s)                                                                                                          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 22-50726 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | CHADLEY MANAGEMENT INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3627 | Account #: | ******7514 Money Market Account |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.00 | 478,006.82 |
| 10/31/23 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 942.91 | | 478,949.73 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.00 | 478,849.73 |
| 11/30/23 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 885.54 | | 479,735.27 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.00 | 479,635.27 |
| 12/29/23 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 857.42 | | 480,492.69 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.00 | 480,392.69 |
| 01/31/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 977.23 | | 481,369.92 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.00 | 481,269.92 |
| 02/29/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 860.35 | | 482,130.27 |
| 02/29/24 | 103 | Capital One Bank | 2004 document production - research and processing cost - invoice #******0913 | 2990-000 | | 44.00 | 482,086.27 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.00 | 481,986.27 |
| 03/05/24 | 104 | Wilson Bank & Trust | 2.27.24 Research Invoice for production of documents | 2990-000 | | 348.75 | 481,637.52 |
| 03/29/24 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 861.31 | | 482,498.83 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.00 | 482,398.83 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 15 | Deposits | 587,859.95 | 4 | Checks | 113,378.70 |
| 11 | Interest Postings | 9,097.48 | 13 | Adjustments Out | 1,179.90 |
| | Subtotal | 596,957.43 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 114,558.60 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 596,957.43 | | | |

Page Subtotals:   $5,384.76   $1,092.75

{ } Asset Reference(s)                                                                                          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| | | | |
|---|---|---|---|
| **Case No.:** | 22-50726 | **Trustee Name:** | Brian R. Anderson (530480) |
| **Case Name:** | CHADLEY MANAGEMENT INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3627 | **Account #:** | ******7514 Money Market Account |
| **For Period Ending:** 03/31/2024 | | **Blanket Bond (per case limit):** | $2,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $596,957.43 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $596,957.43 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7514 Money Market Account | $596,957.43 | $114,558.60 | $482,398.83 |
| | **$596,957.43** | **$114,558.60** | **$482,398.83** |

| | |
|---|---|
| 04/10/2024 | /s/Brian R. Anderson |
| Date | Brian R. Anderson |